# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:13-cr-00019-JCH |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | APRIL 8, 2013 |
| | : | |

## <u>NOTICE OF FILING CERTIFICATE OF GOOD STANDING</u>

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned counsel for

defendant Jesse C. Litvak hereby files the attached Certificate of Good Standing on behalf of

Attorney Courtney G. Saleski, who was admitted to practice pro hac vice, for all purposes, in

this action on February 8, 2013.

**DEFENDANT,**
**JESSE C. LITVAK**

By: /s/ Eric Lubochinski
    Ross H. Garber (ct17689)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103
    Telephone: 860-251-5000
    Fax: 860-251-5219
    rgarber@goodwin.com

    Andrew M. Zeitlin (ct21386)
    Eric Lubochinski (ct25842)
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, CT 06901
    Telephone: 203-324-8100
    Fax: 203-324-8199
    azeitlin@goodwin.com
    elubochinski@goodwin.com
    His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, a copy of the foregoing Notice of Filing Certificate of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Eric Lubochinski
Eric Lubochinski (ct25842)



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Courtney G. Saleski, Esq.*

#### DATE OF ADMISSION

#### *December 19, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
Dated:  March 25, 2013

Patricia R. Johnson
Chief Clerk