UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:13-cr-00019-JCH |
| v. | |
| JESSE C. LITVAK | |

## SCHEDULING ORDER

In accordance with the Local Criminal Rules and after consultation with counsel for the Government and counsel for the defendant, the Court hereby ORDERS the following schedule for the filing of pretrial motions and the trial in this case:

| | |
|---|---|
| Defendant's Rule 12(b)(3) Motions | July 27, 2013 |
| Defendant's Rule 16 Discovery | July 27, 2013 |
| Government's Responses to Defendant's Motions | August 26, 2013 |
| Hearing on Defendant's Motions | September 9, 2013 |
| Government's Expert Notice & Summary | October 18, 2013 |
| Defendant's Expert Notice & Summary | October 18, 2013 |
| Government's Rule 404(b) Notice | November 1, 2013 |

2741441v1

| | |
|---|---|
| Proposed voir dire questions | November 8, 2013 |
| Proposed jury instructions | November 8, 2013 |
| Defendant's Witness Lists | November 15, 2013 |
| Defendant's Exhibit Lists and Exhibits for Defendant's Case-in-Chief | November 15, 2013 |
| Defendant's Rule 26.2 (*Jencks*) statements | November 15, 2013 |
| Government's Witness List | November 15, 2013 |
| Government's Exhibit List and Exhibits | November 15, 2013 |
| Government's *Jencks* Act and *Giglio* material | November 15, 2013 |
| Motions *in limine* (both parties) | November 22, 2013 |
| Responses to motions *in limine* | December 13, 2013 |
| Replies to motions *in limine* | December 20, 2013 |
| Hearing on motions *in limine* & Pretrial Conference | January 3, 2014 |
| Jury Selection | February 3, 2014 |
| Trial | February 10, 2014 |

2741441v1

\*   \*   \*

No motions to continue jury selection beyond February 3, 2014 will be granted absent extraordinary or unforeseeable circumstances.

Dated: New Haven, Connecticut
       March _2_, 2013

                                     /s/Janet C. Hall
                                     THE HONORABLE JANET C. HALL
                                     UNITED STATES DISTRICT JUDGE

2741441v1