IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE C. LITVAK | No. 3:13CR19 (JCH)<br><br><br>June 14, 2013 |

### DEFENDANT JESSE C. LITVAK'S UNOPPOSED MOTION TO MODIFY THE ORDER SETTING CONDITIONS OF RELEASE PENDING TRIAL

Jesse C. Litvak hereby moves this Court, for an order modifying the Order Setting Conditions of Release pending trial to permit him to travel to the State of New Jersey without prior notification to pretrial services. In support of this Motion, the undersigned respectfully represents as follows:

1. Mr. Litvak was indicted on January 25, 2013. The Order Setting Conditions of Release entered by U.S. Magistrate Judge Fitzsimmons on January 28, 2013 restricted Mr. Litvak's travel to Connecticut and New York unless preapproved by his pretrial services officer. As a condition of Mr. Litvak's release, he signed a $1 million nonsurety bond.

2. At the March 13, 2013 status conference, the Court (Hall, J.) modified Mr. Litvak's Conditions of Release to permit him to travel domestically provided he notify his pretrial services officer seven days in advance. Since that time, Mr. Litvak has made several domestic trips in compliance with the Court's order.

3. At this time, Mr. Litvak respectfully seeks permission to travel to New Jersey without prior notification. Mr. Litvak and his wife have family in New Jersey with whom they visit frequently.

4. Mr. Litvak's pretrial services officer in New York, Jeff Steimel, has no objection to Mr. Litvak gaining unrestricted travel to New Jersey.

5. AUSA Jonathan Francis also does not object to Mr. Litvak's request.

**WHEREFORE,** the undersigned respectfully requests that the Court enter an Order permitting Jesse C. Litvak to travel to New Jersey without prior notification.

Dated:  June 14, 2013

Respectfully submitted,

**DEFENDANT,
JESSE C. LITVAK**

By: /s/ Ross H. Garber
 Ross H. Garber (ct17689)
 Shipman & Goodwin LLP
 One Constitution Plaza
 Hartford, CT 06103
 Tel.: 860-251-5901
 Fax: 860-251-5219
 E-mail: rgarber@goodwin.com


 Patrick J. Smith (admitted *pro hac vice*)
 DLA Piper LLP (US)
 1251 Avenue of the Americas, 27th Floor
 New York, New York 10020
 Tel.: (212) 335-4500
 Fax: (212) 884-8509
 E-mail: patrick.smith@dlapiper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2013, a copy of the foregoing Unopposed Motion to Modify the Order Setting Conditions of Release Pending Trial was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


    /s/ Ross H. Garber
    Ross H. Garber (17689)