UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:13cr19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | June 25, 2013 |

**GOVERNMENT'S MOTION TO**
**MODIFY SCHEDULING ORDER**

The Government, through undersigned counsel, respectfully moves the Court to modify the April 2, 2013 Scheduling Order [#36] to extend the date for oppositions to the defendant's Rule 12(b)(3) motions by two weeks and reschedule the related motion hearing.

Currently, the defendant's Rule 12(b)(3) motions are due on July 26, 2013, the Government's oppositions are due on August 26, 2013 and the motion hearing is September 9, 2006.  Before the Court entered the Scheduling Order, the two AUSAs appearing in this case scheduled family vacations during the month of August; in addition to other days, both will be out of the office the entire week leading up to Monday, August 26, 2013.  For this reason, the Government seeks a two-week extension for its oppositions, which, if granted, correspondingly necessitates rescheduling the motion hearing.

Counsel for the defense objects to this request and explained its position in the course of several telephone conferences:  the defense is willing to modify the dates in the Scheduling Order, but objects to any modification giving the Government more than four weeks to draft its opposition papers, regardless of whether counsel for the Government will be working during that time or not.  Its objection is tactical, not logistical.  Under local practice, the Government has 21 days to respond to even a simple motion, while here it is unclear how many motions the defense will file on July 26 and how complex a response will be required from the Government.  Given

this, and the six months that the defense will have had to draft these motions since the indictment, a two-week extension to give the Government's attorneys time in the office to prepare oppositions is entirely reasonable.

Accordingly, the Government respectfully requests that the Court extend the date to respond to the defendant's Rule 12(b)(3) motions from August 26, 2013 until September 9, 2013 and reschedule the motion hearing to a convenient new date.

Respectfully submitted,

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY

　　　　　/s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3700

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY