## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | June 26, 2013 |

## DEFENDANT JESSE C. LITVAK'S RESPONSE TO THE GOVERNMENT'S MOTION TO MODIFY THE SCHEDULING ORDER

Jesse C. Litvak hereby submits this response to the government's motion seeking to modify Your Honor's scheduling order by extending the government's time to respond to defendant's Rule 12(b)(3) motions by two weeks. In its motion, the government stated that counsel for the defense objects to any modification giving the government more than four weeks to draft its opposition papers. When initially presented with the request, defense counsel sought to reasonably accommodate the government's request by agreeing to postpone both applicable filing dates (the defense's filing date and the government's response date) by two weeks. The government declined our request to review its submission. While we do not wish to burden the Court with unnecessary motion practice, we also do not believe that the government's one-sided characterization of several telephone conversations is appropriate.

Defendant's counsel confirmed its position via email to the government prior to the government's filing of its motion to modify the scheduling order, as follows:

> [W]e are happy to accommodate your request to file your response to our pre-trial motions 2 weeks later than is now scheduled. We simply think that we should then file our initial motions 2 weeks after they are now scheduled (in other words, by August 9th). As we also discussed, we think that 6 weeks in total to prepare and file your response to our motions seems unreasonably long, as Judge Hall observed at the pre-trial conference in March.

Accordingly, the defendant respectfully requests that the Court maintain the current pre-trial schedule. If, however, the Court extends the date for the government to respond to the

defendant's Rule 12(b)(3) motions by two weeks, then the defendant respectfully requests that his motions be filed with the Court on August 9, 2013.

                Respectfully submitted,

                **DEFENDANT,**
                **JESSE C. LITVAK**

By:      /s/ Patrick J. Smith
    Patrick J. Smith (admitted *pro hac vice*)
    DLA Piper LLP (US)
    1251 Avenue of the Americas, 27th Floor
    New York, New York 10020
    Tel.: (212) 335-4500
    Fax: (212) 884-8509
    E-mail: patrick.smith@dlapiper.com

    *Of Counsel:*

    Ross H. Garber (ct17689)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103
    Tel.: 860-251-5901
    Fax: 860-251-5219
    E-mail: rgarber@goodwin.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2013 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


      By:   /s/ Patrick J. Smith
              Patrick J. Smith