AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesse C. Litvak | ) | Case No. 3:13cr19 (JCH) |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jesse C. Litvak

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 15 USC Sections 78j(B) and 77ff Securities Fraud
Title 18 USC Sections 1031 and 2 Tarp Fraud
Title 18 USC Sections 1001 and 2 False Statements to the Government

Date: 01/28/2013

*Issuing officer's signature*

City and state: New Haven, CT 06510

Kathleen Falcone, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/28/13, and the person was arrested on *(date)* 1/28/13
at *(city and state)* Bridgeport, CT

Date: 2/1/13

*Arresting officer's signature*

Michael Novak, Warrant Coordinator USM
*Printed name and title*