IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:13CR19 (JCH) |
| JESSE C. LITVAK | July 12, 2013 |

### JESSE C. LITVAK'S MOTION SEEKING DISCOVERY AND A HEARING CONCERNING GOVERNMENTAL INTERFERENCE WITH HIS SIXTH AMENDMENT RIGHT TO COUNSEL AND HIS <u>FIFTH AMENDMENT RIGHT TO DUE PROCESS</u>

Defendant Jesse C. Litvak, by and through his counsel, respectfully requests permission to serve subpoenas for limited discovery under Federal Rule of Criminal Procedure 17(c) and further requests that this Court thereafter hold an evidentiary hearing to determine whether the government violated Mr. Litvak's rights under the Fifth and Sixth Amendments to the United States Constitution by causing his former employer, Jefferies and Co., Inc. ("Jefferies"), to severely limit his ability to pay his legal fees.

WHEREFORE, based on the reasons set forth herein and in the accompanying Memorandum of Law, Mr. Litvak should be afforded limited and narrowly targeted discovery to explore whether the government has interfered with his indemnification rights and, consequently, his Sixth Amendment right to counsel and Fifth Amendment right to due process.

**DEFENDANT,**
**JESSE C. LITVAK**

By: /s/ Ross Garber
    Ross H. Garber (ct17689)
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT 06103
    Tel.: 860-251-5901
    Fax: 860-251-5219
    E-mail: rgarber@goodwin.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2013 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/Ross Garber_____
      Ross Garber (ct17689)