IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE C. LITVAK | No. 3:13CR19 (JCH)<br><br><br>July 27, 2013 |

### JESSE C. LITVAK'S MOTION TO DISMISS THE INDICTMENT

The defendant, Jesse C. Litvak, by and through his counsel, respectfully moves to dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B).

First, the Indictment fails to allege sufficiently that Mr. Litvak made or caused to be made a false statement with respect to a matter within the jurisdiction of a department or agency of the United States and, thus, Counts Thirteen through Sixteen, alleging violations of Title 18, United States Code, Section 1001, must be dismissed.

Second, the Indictment fails to allege sufficiently and cannot allege sufficiently that Mr. Litvak committed an act that is within the scope of Title 18, United States Code, Section 1031, and otherwise impermissibly purports to expand Section 1031's scope. Count Twelve must be therefore dismissed.

Third, the Indictment fails to allege materiality, an essential element of each and every crime charged. Thus, all counts of the Indictment must be dismissed.

WHEREFORE, for each of the foregoing reasons and those set forth in the accompanying Memorandum of Law, Mr. Litvak respectfully requests that the Court grant his Motion to Dismiss the Indictment.

2

Respectfully submitted,

**THE DEFENDANT,
JESSE C. LITVAK**


By: /s/ Ross H. Garber
     Ross H. Garber (ct17689)
     Shipman & Goodwin LLP
     One Constitution Plaza
     Hartford, CT 06103
     Telephone: 860-251-5901
     Fax: 860-251-5219
     E-mail:  rgarber@goodwin.com

     Patrick J. Smith (admitted *pro hac vice*)
     Sarah B. Zimmer (admitted *pro hac vice*)
     DLA Piper LLP (US)
     1251 Avenue of the Americas, 27th Floor
     New York, New York 10020
     Tel.: (212) 335-4500
     Fax: (212) 884-8509
     E-mail:  patrick.smith@dlapiper.com
     E-mail:  sarah.zimmer@dlapiper.com

3

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                      /s/ Ross H. Garber
                                      Ross H. Garber