IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE C. LITVAK | No. 3:13CR19 (JCH)<br><br><br>September 23, 2013 |

### JESSE C. LITVAK'S MOTION TO COMPEL DISCOVERY

The defendant, Jesse C. Litvak, by and through his counsel, respectfully moves to compel compliance with the District of Connecticut's Standing Order on Discovery in Criminal Cases, and the Fifth and Sixth Amendments to the Constitution. Mr. Litvak respectfully moves for an order compelling the government to exercise the required due diligence to locate, identify, and produce all documents and objects that are material to the preparation of the defense, and any other materials required by the District's Standing Order on Discovery, the Federal Rules of Criminal Procedure, and the Constitution. Additionally, Mr. Litvak requests that the Court enter an order requiring the government to immediately comply fully with its obligations to produce material in its possession as required by *Brady v. Maryland*, 373 U.S. 83 (1963).

WHEREFORE, for the foregoing reasons and those set forth in the accompanying Memorandum of Law, Mr. Litvak respectfully requests that the Court grant his Motion to compel compliance with the District of Connecticut's Standing Order on Discovery in Criminal Cases, and the Fifth and Sixth Amendments to the Constitution.

2

Respectfully submitted,

**THE DEFENDANT,
JESSE C. LITVAK**

By: /s/ Ross H. Garber
Ross H. Garber (ct17689)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: 860-251-5901
Fax: 860-251-5219
E-mail: rgarber@goodwin.com

Patrick J. Smith (admitted *pro hac vice*)
Sarah B. Zimmer (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 884-8509
E-mail: patrick.smith@dlapiper.com
sarah.zimmer@dlapiper.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                           /s/ Ross H. Garber
                           Ross H. Garber