**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO. |
| Plaintiff, | : | 3:13-CR-00019 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK, | : | |
| Defendant | : | OCTOBER 1, 2013 |

**ORDER RE: MOTION FOR DISCOVERY**
**(Doc. No. 50)**

Having reviewed the documents submitted by the government <u>in camera</u>/<u>ex parte</u> in response to the court's Order (Doc. No. 64), the court concludes that there is no further need for action on Defendant's Motion (Doc. No. 50) or further discovery.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 1st day of October, 2013.

　　　　　　　　　　　　　　　　　　___/s/ Janet C. Hall_____
　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　United States District Judge