IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:13CR19 (JCH) |
| JESSE C. LITVAK | October 11, 2013 |

### NOTICE OF *EX PARTE* SUBMISSION

Pursuant to Local Criminal Rule 57(b)7(e), the Defendant, Jesse C. Litvak, hereby gives notice of the submission of his Second Amended *Ex Parte* Application, which is being submitted to assist the defense in connection with potential witnesses and evidence that may be used at trial. Mr. Litvak's Application is being submitted *ex parte* in order to prevent the defense from being required to prematurely disclose its trial strategy, consideration of potential witnesses, or other privileged information.

Respectfully submitted,

**THE DEFENDANT,
JESSE C. LITVAK**

By: /s/ Ross H. Garber
Ross H. Garber (ct17689)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: 860-251-5901
Fax: 860-251-5219
rgarber@goodwin.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

          /s/ Ross H. Garber
          Ross H. Garber (ct17689)