UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:13-cr-00019-JCH |
| v. : | |
| : | |
| JESSE C. LITVAK : | October 15, 2013 |
| : | |

**APPEARANCE**

Please enter my appearance as attorney for defendant Jesse C. Litvak, in addition to other appearances on his behalf, in the above-captioned matter.

Dated at Hartford, Connecticut this 15th day of October 2013.

**DEFENDANT,
JESSE C. LITVAK**

By: /s/ Michael G. Chase
    Michael G. Chase
    Federal Bar No. ct28935
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, Connecticut 06103
    Telephone: (860) 251-5194
    Facsimile: (860) 251-5219
    E-mail: mchase@goodwin.com
    His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013 a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: /s/ Michael G. Chase
Michael G. Chase (ct28935)