UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CRIMINAL ACTION NO. |
| | : | 3:13-CR-19 |
| v. | : | |
| | : | |
| JESSE C. LITVAK, | : | OCTOBER 21, 2013 |
| Defendant. | : | |

**ORDER RE: DEFENDANT'S EX PARTE SUBMISSION (Doc. No. 70)**

On October 11, 2013, Litvak filed his Second Amended Ex Parte Motion for Issuance of Pre-Trial Subpoenas Duces Tecum (Doc. No. 70). In his Motion, Litvak seeks pretrial production pursuant to Federal Rule of Criminal Procedure 17(c) of records in the possession of six identified Public-Private Investment Funds ("PPIFs") and their managers.

As the court has previously noted, the propriety of applying for subpoenas duces tecum on an ex parte basis is far from settled. See United States v. Urlacher, 136 F.R.D. 550, 555-58 (W.D.N.Y. 1991) (holding that non-indigent defendant was not entitled to make ex parte application for subpoenas duces tecum); but see United States v. Reyes, 162 F.R.D. 468, 470 (S.D.N.Y. 1995) (holding the opposite). Although Litvak alleges that an ex parte application is proper to prevent disclosure of defense strategy, the court is of the view that a redacted version of Litvak's Motion can protect this interest and that the court will benefit in ruling on Litvak's Motion with the input of the government.

Litvak is hereby **ORDERED** to serve a redacted copy of his Motion on the government by close of business tomorrow, **October 22, 2013**. To prevent disclosure of his defense strategy, Litvak may redact the following portions of the Motion: (1) the

1

sentence beginning at the bottom of page 8 through the end of that paragraph ("For example . . . . basis."); (2) any portions of the right column of the chart believed to reveal defense strategy.

The government shall file any opposition to the Motion on or before **October 30, 2013**. Oral argument will be scheduled for **November 4, 2013 at 3 p.m.**

**SO ORDERED.**

Dated at New Haven, Connecticut this 21st day of October, 2013.

                                                         /s/ Janet C. Hall
                                                    Janet C. Hall
                                                    United States District Judge