UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                              :
UNITED STATES OF AMERICA      :
                                              :  CRIMINAL NO. 3:13-cr-00019-JCH
      v.                                   :
                                              :
JESSE C. LITVAK                      :
_____

## MODIFIED SCHEDULING ORDER

In accordance with the Local Criminal Rules and after consultation with counsel for the Government and counsel for the defendant, the Court hereby ORDERS the following schedule for the filing of pretrial motions and the trial in this case:

| | |
|---|---|
| Government's Rule 404(b) Notice | November 1, 2013 |
| Defendant's Expert Notice & Summary | November 8, 2013 |
| Government's Expert Notice & Summary | November 8, 2013 |
| Proposed voir dire questions | November 8, 2013 |
| Proposed jury instructions | November 8, 2013 |
| Defendant's Witness Lists | November 15, 2013 |
| Defendant's Exhibit Lists and Exhibits for Defendant's Case-in-Chief | November 15, 2013 |

| | |
|---|---|
| Defendant's Rule 26.2 (*Jencks*) statements | November 15, 2013 |
| Government's Witness List | November 15, 2013 |
| Government's Exhibit List and Exhibits | November 15, 2013 |
| Government's *Jencks* Act and *Giglio* material | November 15, 2013 |
| Motions *in limine* (both parties) | November 22, 2013 |
| Responses to motions *in limine* | December 13, 2013 |
| Motions to Preclude Expert Witnesses (both parties) | December 13, 2013 |
| Replies to motions *in limine* | December 20, 2013 |
| Hearing on motions *in limine* & Motions to Preclude and begin PTC | January 3, 2014 |
| Cont'd Pretrial Conference | January 10, 2014 |
| Jury Selection | February 3, 2014 |
| Trial | February 10, 2014 |

\*   \*   \*

No motions to continue jury selection beyond February 3, 2014 will be granted absent extraordinary or unforeseeable circumstances.

SO ORDERED.

Dated: New Haven, Connecticut
       October 21, 2013

                        /s/ Janet C. Hall
                        THE HONORABLE JANET C. HALL
                        UNITED STATES DISTRICT JUDGE