UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | November 6, 2013 |

## CONSENT MOTION TO MODIFY MODIFIED SCHEDULING ORDER

The Government, through undersigned counsel, respectfully moves the Court to modify the October 21, 2013 Modified Scheduling Order [Dkt. #81] to extend the deadline for both proposed voir dire and proposed jury instructions from November 8, 2013 to November 15, 2013. The defendant consents to this motion.

Respectfully submitted,

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY


            /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT23923
eric.glover@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                                      /s/
                                        JONATHAN N. FRANCIS
                                        ASSISTANT UNITED STATES ATTORNEY