UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | November 19, 2013 |

## GOVERNMENT'S MOTION TO ADJOURN CERTAIN TRIAL DATES

The Government, through undersigned counsel, respectfully moves the Court to adjourn the trial in this case—recently rescheduled from February 10, 2014 to February 18, 2014—on three dates to accommodate an unavoidable family commitment on the part of one of the Government's case agents. Specifically, the Government seeks to adjourn the trial on February 27 and 28, and March 3, 2014. The defendant takes no position on this motion.

One of the two investigating case agents from the Office of the Special Inspector General for the Troubled Asset Relief Program ("SIGTARP") has a daughter who will be married in Dutchess County, New York, on March 1, 2014. Because of the family commitments that go along with a wedding, the Special Agent will be unavailable to participate in this trial from February 27 until March 4, 2014.

The Special Agent in question is crucial to the Government's presentation of its case. He began work on the investigation that gave rise to the defendant's indictment in February 2012, and is the agent that is most familiar with the relevant witnesses and documents. Therefore, it is imperative that the Special Agent be present for the trial at all times.

Jury selection is scheduled for February 3, 2014, and evidence is to begin on February 18, 2014. The trial was originally scheduled to begin on February 10, 2014, but was continued on November 6, 2013 to February 18, 2014. At this time, the Government conservatively estimates that its direct case, independent of cross-examination, will take approximately seven trial days.

Assuming a roughly equal amount of cross-examination by the defense (which is a matter beyond the Government's control), the Government's case will take is slightly less three than weeks, at longest. Counsel for the Government has conferred with defendant's counsel, who represents that—although the defense did not produce a witness or exhibit list on November 15, 2013 as required by the Court's Scheduling Order—the defense estimates that its case will consist of several witnesses and will last slightly longer than one week. Assuming these estimates to be accurate, evidence in this case will take no more than four trial weeks.

Although conservative estimates are useful to help the Court schedule the matters before it, the Government believes it likely that the case will take substantially less than a full four weeks. For instance, it seems unlikely that cross-examination of the Government's witnesses will take as long as their direct examination. Thus, when evidence was previously scheduled to begin on February 10, the Government was confident that the case could be concluded before February 27. However, given the new February 18 start date, the Government does not believe that the trial can be concluded by February 26, and so it stands to be without a necessary member of the prosecution team during the trial.

Given the importance of the case agent in question to the prosecution of this case and the recent one-week continuance of the start of evidence, the Government respectfully requests that the Court order that the trial be adjourned for each of February 27 and 28, and March 3, 2014. Alternatively, the Government moves to continue the trial to a new date convenient for the Court.

Respectfully submitted,

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY


            /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT23923
eric.glover@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 19, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                  /s/
               JONATHAN N. FRANCIS
               ASSISTANT UNITED STATES ATTORNEY