**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | November 20, 2013 |

## DEFENDANT JESSE C. LITVAK'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO SUBMIT MOTIONS *IN LIMINE*

Pursuant to Local Civil Rule 7(b) and Local Criminal Rule 1(c), the defendant Jesse C. Litvak respectfully moves this Court for an extension of the deadline to file motions *in limine*. Mr. Litvak requests that the November 22, 2013 deadline set forth in the Modified Scheduling Order (Doc. No. 81) be extended to December 3, 2013.

On November 15, 2013, the government identified 105 potential witnesses that it intends to call in its case-in-chief, including 71 fact witnesses and 34 witnesses identified as representatives and/or custodians of records. Also on November 15, the government identified 579 exhibits from among the approximately 109,000 documents produced in pretrial discovery to date.

Counsel for Mr. Litvak are diligently reviewing these documents and investigating the government's potential witnesses in an effort to identify those evidentiary objections capable of being raised and addressed before trial. However, because of the sheer volume of documents requiring review and the complexity of the issues in this case, additional time is needed to properly brief such pretrial objections for the Court and to avoid unwarranted delays at trial.

Accordingly, Mr. Litvak respectfully requests a modest extension of time to file appropriate motions *in limine*. This is the first motion by Mr. Litvak for extension of the deadline to submit motions *in limine*. Mr. Litvak's counsel has conferred with the government, which does not object to this Motion.

WHEREFORE, by virtue of the good cause shown above, the defendant, Jesse C. Litvak, respectfully requests this Court for an extension of time of the deadline to submit motions *in limine*.

>
> Respectfully submitted,
>
> **THE DEFENDANT,**
> **JESSE C. LITVAK**
>
>
> By:   /s/ Ross H. Garber
>   Ross H. Garber
>   Fed. Bar No. ct17689
>   SHIPMAN & GOODWIN LLP
>   1 Constitution Plaza
>   Hartford, Connecticut 06103
>   Tel: (860) 251-5000
>   Fax: (860) 251-5099
>   E-mail: rgarber@goodwin.com
>
>   Patrick J. Smith (admitted *pro hac vice*)
>   Sarah B. Zimmer (admitted *pro hac vice*)
>   DLA Piper LLP (US)
>   1251 Avenue of the Americas, 27th Floor
>   New York, New York 10020
>   Tel.: (212) 335-4500
>   Fax: (212) 884-8509
>   E-mail: patrick.smith@dlapiper.com
>       sarah.zimmer@dlapiper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                /s/ Ross H. Garber
                                                Ross H. Garber