UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | December 3, 2013 |

## GOVERNMENT'S MOTION TO COMPEL
## DEFENDANT TO PRODUCE WITNESS AND EXHIBIT LISTS

The United States hereby respectfully moves the Court for an order compelling the defendant Jesse C. Litvak to comply with the Court's October 24, 2013 Modified Scheduling Order by producing his exhibit list and witness list.

Litvak was indicted on January 25, 2013. On April 2, 2013, the Court granted Litvak's March 29, 2013 Motion for Entry of Scheduling Order, which established the basic pre-trial schedule in this case. Litvak proposed an exchange of exhibit lists and witness lists on November 15, 2013 and the Court entered an order setting that deadline, which was unchanged by the Court's Modified Scheduling Order. According to the Court's Order, "Defendant's Witness Lists" and "Defendant's Exhibit List and Exhibits for Defendant's Case-in-Chief" were due on November 15, 2013.

The Government produced its exhibit list and its witness list on November 15, 2013. Litvak did not. Instead, his counsel sent the Government a one-page letter which stated that "the defense will identify those exhibits and/or witnesses it intends to offer in its case-in-chief, if any, when a decision to present a defense case has been made." Litvak has not indicated when such a decision will be made, or even if it will be made before trial begins on February 18, 2014.

Litvak has known for more than seven months that on November 15 he would be expected to anticipate the witnesses and documents that he may offer at trial. The Government is

not seeking absolute certainty; at this early date, it is understandable if Litvak's counsel has not yet definitively determined whether he will call a particular witness, seek to introduce a particular document, or even put on a case at all. However, that uncertainty is no reason to defy the Court's order and conceal the outline of the potential defense case that Litvak's counsel has formulated. As reflected by the Government's November 19, 2013 motion, in estimating the length of his potential case, Litvak's counsel generally described a multi-witness defense case that would last slightly longer than a week. Consistent with the Court's Scheduling Order, Litvak should be compelled to disclose the witnesses and exhibits that might be part of that case.

A defendant has the constitutional right not to offer a defense, but he has no right to ignore the Court's order about what documents and witnesses he might offer in a defense case. Accordingly, the Government respectfully requests that the Court enter an order compelling Litvak to immediately comply with the Modified Scheduling Order by producing his exhibit list and witness list.

    Respectfully submitted,

    DEIRDRE M. DALY
    ACTING UNITED STATES ATTORNEY

    _____/s/_____
    JONATHAN N. FRANCIS
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. phv05083
    jonathan.francis@usdoj.gov

    ERIC J. GLOVER
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. CT23923
    eric.glover@usdoj.gov

    157 Church Street, 25th Floor
    New Haven, CT  06510
    Tel.: (203) 821-3700

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

<pre>
                                        /s/
                              JONATHAN N. FRANCIS
                              ASSISTANT UNITED STATES ATTORNEY
</pre>