IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | December 11, 2013 |

## MR. LITVAK'S MOTION TO SUPPLEMENT THE SCHEDULING ORDER

Defendant Jesse C. Litvak moves the Court to supplement the Scheduling Order by permitting Mr. Litvak to update his expert notice by January 17, 2014, approximately one month in advance of trial.

On November 8, 2013, pursuant to the Scheduling Order and Fed. R. Crim. P. 16(b)(1)(C), the defense provided the government with Mr. Litvak's expert notice and summary. That notice made explicit that there had been no final decision to call any experts or, indeed, to present any defense at all. (Letter from Patrick J. Smith to AUSA Jonathan N. Francis, dated Nov. 8, 2013, at 1 ("should there be a defense case, [Mr. Litvak] may call the below-listed expert witnesses")). Mr. Litvak's notice identified two expert witnesses, described their qualifications, and summarized their opinions and the bases therefore. Mr. Litvak believes that the November 8, 2013 notice satisfies his obligations under Rule 16(b)(1)(C) with respect to potential expert testimony. Mr. Litvak's expert notice also advised the government that due to the fee dispute with Mr. Litvak's former employer, Mr. Litvak lacked the resources—until very recently—to fund the projects necessary to prepare the experts' testimony. As a result, certain projects commissioned by the defense, including a thorough review and analysis of the discovery materials provided by the government, were (and still are) ongoing as of the date of Mr. Litvak's expert notice. Accordingly, Mr. Litvak advised the government that he may need to amend or

supplement the summaries of testimony set forth in his November 8th disclosure as the experts continued to review materials and to prepare for possible testimony. On December 6, 2013, the government requested that Mr. Litvak immediately withdraw his "defective" expert notice or amend it to comply with Rule 16(b)(1)(C).

As of the date of this motion, more than two months in advance of trial, Mr. Litvak continues to work with the two expert witnesses identified in his notice. The defense anticipates that it will be in a position to provide an updated notice regarding experts by January 17, 2014, more than one month before the actual trial is scheduled to commence. In *United States v. Ferguson,* Crim. No. 3:06CR137 (CFD), 2007 WL 4539646, at *1-2 (D. Conn. Dec. 14, 2007) (Droney. J.), the court allowed Defendant to serve its updated expert notice only one week prior to the close of the government's case-in-chief. Here, the defendant proposes providing updated expert notice a full month before the government's case commences, at a time when the potential expert witnesses will have performed sufficient additional work to provide a more comprehensive description of the opinions they would offer in the event they testify at trial.

Counsel for Mr. Litvak has conferred with the government concerning this application. The government advised the defense that it objects to this motion.

WHEREFORE, Mr. Litvak respectfully requests that the Court grant Mr. Litvak's Motion to Supplement the Scheduling Order to permit him to amend his expert notice and summary by January 17, 2014.

Respectfully submitted,

**THE DEFENDANT,
JESSE C. LITVAK**


By:   /s/ Ross H. Garber
    Ross H. Garber (ct17689)
    SHIPMAN & GOODWIN LLP
    1 Constitution Plaza
    Hartford, Connecticut 06103
    Tel:  (860) 251-5000
    Fax:  (860) 251-5099
    E-mail:  rgarber@goodwin.com

    Patrick J. Smith (admitted *pro hac vice*)
    Sarah B. Zimmer (admitted *pro hac vice*)
    DLA Piper LLP (US)
    1251 Avenue of the Americas, 27th Floor
    New York, New York 10020
    Tel.:  (212) 335-4500
    Fax:  (212) 884-8509
    E-mail:  patrick.smith@dlapiper.com
          sarah.zimmer@dlapiper.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 11, 2013 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/     Ross H. Garber_____