UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | December 11, 2013 |

## MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER

The United States hereby respectfully moves for an order limiting disclosure of certain documents of the U.S. Securities and Exchange Commission ("SEC") and the purposes for which such disclosure may be made.

The Government expects to disclose to the defendant Jesse C. Litvak certain documents of the SEC.  Accordingly, the Government seeks an order from this Court providing for protection of such material according to the provisions set forth in the attached proposed order.

Counsel for the Government has consulted with defense counsel, who does not object to entry of a protective order.  However, the parties have not been able to agree on the text of a proposed protective order.

                                              Respectfully submitted,

                                              DEIRDRE M. DALY
                                              UNITED STATES ATTORNEY

                                              _____/s/_____
                                              JONATHAN N. FRANCIS
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Federal Bar No. phv05083
                                              jonathan.francis@usdoj.gov
                                              ERIC J. GLOVER
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Federal Bar No. CT23923
                                              eric.glover@usdoj.gov

                                              157 Church Street, 25th Floor
                                              New Haven, CT  06510
                                              Tel.: (203) 821-3700

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

>                /s/
> JONATHAN N. FRANCIS
> ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 3:13CR19(JCH) |
| : | |
| v. : | |
| : | |
| JESSE C. LITVAK : | |

**[PROPOSED] PROTECTIVE ORDER**

On motion of the United States for an order limiting the disclosure of certain materials of the U.S. Securities and Exchange Commission ("SEC") and the purposes for which such disclosure may be made, and it appearing to the Court that the United States expects to disclose to the defendant certain documents of the SEC (hereinafter the "Disclosed SEC Materials"),

It is hereby ORDERED:

1. Except as permitted by this Order, or other court order, defense counsel shall not disclose the Disclosed SEC Materials or the contents thereof to any other person, provided that, for the sole purpose of preparing for trial, defense counsel may provide Disclosed SEC Materials to the following:

    a. the defendant;

    b. any prospective witness and his or her attorneys; and

    c. defense counsel's secretaries, clerical workers, paralegals, experts and any other persons retained to assist in the preparation of this case for trial.

2. Each witness or potential witness to whom Disclosed SEC Materials have been shown or their contents disclosed pursuant to paragraph 1(b) of this Order, shall not discuss with or disclose the contents thereof to anyone other than (a) defense counsel (including defense counsel's secretaries, clerical workers, paralegals, experts and any other persons retained to

assist in the preparation of this case for trial); or (b) the witness's counsel, who shall not be permitted to further disclose such material.

3. Defense counsel shall take appropriate measures to ensure that each person to whom counsel discloses material covered by this Order, including counsel's representatives and employees, understands the limited purpose for which it is being disclosed and the prohibition against further dissemination.

4. Any notes or recorded notations of any kind that defense counsel, their secretaries, clerical workers, paralegals, experts and any other persons retained to assist in the preparation of this case for trial may make relating to the contents of the Disclosed SEC Materials shall not be shown to anyone except defense counsel and the persons listed in paragraph 1(a)-(c) of this Order, and defense counsel shall maintain the confidentiality of these materials pursuant to the terms of this Order after this case is disposed of by trial, appeal, if any, or other resolution of the charges against the Defendants.

5. All Disclosed SEC Materials disclosed pursuant to paragraphs 1 of this Order and all copies thereof shall either be promptly destroyed or returned to the United States after disposition by final, non-appealable judgment or other resolution of the charges against the defendant, including collateral attack.  Nothing herein shall constitute a waiver by the defendant to seek as discovery the Disclosed SEC Materials in any civil cases in which he is named as a party and which are related to the subject matter of this case, or of any other party to object to such discovery requests.

6. Subject to applicable rules and laws of professional conduct (including without limitation the attorney-client privilege), in the event the terms of this Order are violated, defense

- 3 -

counsel shall advise counsel for the United States immediately of the nature and circumstances of such violation; and

7. Nothing contained herein shall restrict or prevent any party from using any materials at trial to the extent otherwise permitted by law or restrict or prevent any party from citing any materials in court papers filed in this case, provided such filings are made under seal where appropriate.

Dated: New Haven, Connecticut
December \_\_\_, 2013

_____
THE HONORABLE JANET C. HALL
UNITED STATES DISTRICT JUDGE