IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | December 20, 2013 |

### JESSE C. LITVAK'S MOTION
### TO RESCHEDULE HEARNG DATE

Defendant Jesse C. Litvak respectfully moves to reschedule the Motion Hearing and Pretrial Conference presently scheduled for January 3, 2014. Lead Counsel for Mr. Litvak has been scheduled to undergo a medical procedure on January 2, 2014, which will preclude him from attending the hearing on January 3rd. Accordingly, there is good cause to reschedule the hearing to an available date thereafter.

The undersigned has conferred with counsel for the government who takes no position on this Motion.

Respectfully submitted,

**THE DEFENDANT,
JESSE C. LITVAK**


By:   /s/ Ross H. Garber
    Ross H. Garber
    Fed. Bar No. ct17689
    SHIPMAN & GOODWIN LLP
    1 Constitution Plaza
    Hartford, Connecticut 06103
    Tel:  (860) 251-5000
    Fax:  (860) 251-5099
    E-mail:  rgarber@goodwin.com

    Patrick J. Smith (admitted *pro hac vice*)
    Sarah B. Zimmer (admitted *pro hac vice*)
    DLA Piper LLP (US)
    1251 Avenue of the Americas, 27th Floor
    New York, New York 10020
    Tel.:  (212) 335-4500
    Fax:  (212) 884-8509
    E-mail:  patrick.smith@dlapiper.com
           sarah.zimmer@dlapiper.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                /s/ Ross H. Garber
                                Ross H. Garber