IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE C. LITVAK | No. 3:13CR19 (JCH)<br><br><br><br>December 24, 2013 |

### JESSE C. LITVAK'S MOTION TO CONTINUE THE TRIAL DATE

Defendant Jesse C. Litvak hereby moves, in the interest of justice, for a continuance of the trial date (jury selection is presently scheduled for February 3, 2014, with the presentation of evidence to begin on February 18, 2014), to permit the defense time to thoroughly review voluminous materials first produced by the government on December 17, 2013. Reviewing with care the more than one million pages of highly relevant materials is an enormous task, but it is one that is absolutely necessary to mount a proper defense.

At the November 4, 2013, hearing on Mr. Litvak's Motion to Compel Discovery, the government promised to produce more than "1.3 million" pages of material concerning the PPIP program that was in SIGTARP's possession. (Mot. Comp. Tr. at 40:19-41:1). Approximately six weeks later, on December 17, 2013, after repeated inquiries by the defense, the defense received a hard drive from the government containing the requested documents. These documents were processed and uploaded to the defense's document management system by December 20, 2013, at which time the defense began to search the production for relevant material. While we have devoted significant resources to reviewing the documents we just received, while juggling the many other crucial trial preparation tasks, we have only scratched the surface of the documents we can review. As explained in Mr. Litvak's Notice of Additional

*Brady* and Discovery Violations, the defense is in the process of manually converting more than one million pages of this production into a usable format due to technical issues with the documents' original or native format. The defense notified the government that approximately 1,200 documents were unreviewable in their current format and requested that the government reproduce these documents in a useable one. The government insisted that it did not have access to an alternative format and thus, it is up to the defense to make use of the documents in their current form.

As described in Mr. Litvak's Notice of Additional Brady and Discovery Violations, filed today, these documents contain evidence that is both exculpatory and material to the preparation of the defense. They do not contain mere evidentiary detail or minor points. Rather, the evidence discovered by the defense, as outlined in its Notice of Additional Brady and Discovery Violations, concerns core issues in this case. Identifying and reviewing all of the potentially relevant documents from the more than one million pages just produced— in addition to the in-progress review of the more than 1.5 million pages of documents previously produced by the government in 10 other productions since February 2013—will take significant time and resources. Furthermore, once the defense identifies all of the relevant documents from the SIGTARP production, its experts will require significant time to review and analyze the documents so that they may effectively be used for Mr. Litvak's defense.

WHEREFORE, Mr. Litvak hereby respectfully requests that the Court grant his motion for a continuance of the trial date to permit the defense time to thoroughly review voluminous materials first produced by the government on December 17, 2013.

Respectfully submitted,

**THE DEFENDANT,**
**JESSE C. LITVAK**


By:   /s/ Ross H. Garber
    Ross H. Garber (ct17689)
    SHIPMAN & GOODWIN LLP
    1 Constitution Plaza
    Hartford, Connecticut 06103
    Tel:  (860) 251-5000
    Fax:  (860) 251-5099
    Email:  rgarber@goodwin.com

    Patrick J. Smith (admitted *pro hac vice*)
    Sarah B. Zimmer (admitted *pro hac vice*)
    DLA Piper LLP (US)
    1251 Avenue of the Americas, 27th Floor
    New York, New York 10020
    Tel.:  (212) 335-4500
    Fax:  (212) 884-8509
    Email:  patrick.smith@dlapiper.com
          sarah.zimmer@dlapiper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                               /s/ Ross H. Garber_____
                                               Ross H. Garber