UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | January 6, 2014 |

## **MOTION TO SEAL**

The United States hereby respectfully moves for an order sealing the Government's Opposition to Defendant's Motion to Compel Disclosure and for Sanctions.

The United States files this motion, consistent with the Court's December 30, 2013 order [Dkt. #116], to preserve the confidentiality of an on-going grand jury investigation, because portions of the Government's filing contains the identity of grand jury witnesses and their testimony.

                    Respectfully submitted,

                    DEIRDRE M. DALY
                    UNITED STATES ATTORNEY

                    _____/s/_____
                    JONATHAN N. FRANCIS
                    ASSISTANT UNITED STATES ATTORNEY
                    Federal Bar No. phv05083
                    jonathan.francis@usdoj.gov

                    ERIC J. GLOVER
                    ASSISTANT UNITED STATES ATTORNEY
                    Federal Bar No. CT23923
                    eric.glover@usdoj.gov

                    157 Church Street, 25th Floor
                    New Haven, CT  06510
                    Tel.: (203) 821-3700

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY