# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | January 9, 2014 |

## MOTION TO SEAL

Jesse C. Litvak respectfully files this Motion to Seal (i) Mr. Litvak's Unredacted Reply to the Government's Opposition to Defendant's Motion to Compel Disclosure and for Sanctions; and (ii) documents referenced in Mr. Litvak's Reply brief, which are subject to the Protective Order entered in this case. Mr. Litvak files this Motion in light of the Protective Order entered on December 18, 2013 (Doc. No. 121) and the Court's December 30, 2013 Order (Doc. No. 135) concerning grand jury material. Further, in light of the government's pending motion for a protective order covering witness interview memoranda (Doc. No. 144) – to which the defense will be filing a response – Mr. Litvak is filing his Reply with such material redacted, pending the Court's resolution of that Motion.

Respectfully Submitted,

**THE DEFENDANT,
JESSE C. LITVAK**

By:   /s/ Ross H. Garber
    Ross H. Garber
    Fed. Bar No. ct17689
    SHIPMAN & GOODWIN LLP
    1 Constitution Plaza
    Hartford, Connecticut 06103
    Tel: (860) 251-5000
    Fax: (860) 251-5099
    E-mail: rgarber@goodwin.com

    Patrick J. Smith (admitted *pro hac vice*)
    Sarah B. Zimmer (admitted *pro hac vice*)
    DLA Piper LLP (US)
    1251 Avenue of the Americas, 27th Floor
    New York, New York 10020
    Tel.: (212) 335-4500
    Fax: (212) 884-8509
    E-mail: patrick.smith@dlapiper.com
            sarah.zimmer@dlapiper.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          /s/ Ross H. Garber
                                          Ross H. Garber