UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | January 12, 2014 |

## MOTION TO SEAL

The United States hereby respectfully moves for an order sealing the Government's Response to Defendant's Motion to Supplement the Record.

The United States files this motion, consistent with the Court's December 20, 2013 order [Dkt. #121], to preserve the confidentiality of certain materials of the U.S. Securities and Exchange Commission.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT23923
eric.glover@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                /s/
                                        JONATHAN N. FRANCIS
                                        ASSISTANT UNITED STATES ATTORNEY