Criminal Std (6/13/2012)

HONORABLE: _____
DEPUTY CLERK _____ RPTR/ECRO/TAPE _____
USPO _____ INTERPRETER _____
TOTAL TIME: ____ hours ____ minutes
DATE: _____ START TIME: _____ END TIME: _____

**COURTROOM MINUTES**

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG

- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG

- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF

- ☐ IN CAMERA HRG
- COMPETENCY HRG
- FORFEITURE
- MOTION HRG

x pretrial conf.

CRIMINAL NO. _____ DEFT # _____
_____
AUSA

**UNITED STATES OF AMERICA**
vs
_____
Counsel for Defendant Ret ☐ CJA ☐ PDA ☐

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal     to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the _____
- ☐ ...... Petition to Enter Guilty Plea filed                                (indict, superseding indict, info)
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☐ ...... Jury Selection set for _____ at _____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $____ on count(s) ____. Total $____ Due immediately   Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... ____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | granted | denied | advisement |
|---|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Deft _____ Motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Deft _____ Motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Govt Motion _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Govt Motion _____ | ☐ | ☐ | ☐ |

(Additional rows with ☐ filed ☐ granted ☐ denied ☐ advisement)

Gov't Motion #104 – denying in part as follows: part(i) denied to extent the gov't can connect fraudulent transactions to Mr. Litvak's income and w/out prej. to dft moving for limiting instruction, part (ii) den w/out prej to renew or move for limiting instr., part (iii) denied w/out prej to renew w/respect to particular evid/exh, part (iv) term w/out prej.; Gov't has until 1/17 to submit brief re Daubert; dft to submit opp. by 1/24; mot. to exclude exhibits by 1/31