IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | January 24, 2014 |

### JESSE C. LITVAK'S MOTION ON CONSENT FOR PERMISSION TO BRING COMPUTER EQUIPMENT INTO THE COURTROOM

Defendant Jesse C. Litvak respectfully requests the Court's permission for DOAR Litigation Consulting ("DOAR"), a consulting firm retained by the defense, to bring internet-enabled laptop computers into the courtroom and access the Court's wireless internet during jury selection. The defense has retained DOAR to assist with jury selection and the trial in this case. DOAR's services include conducting internet research of prospective jurors during *voir dire* in order to advise defense counsel during jury selection, to identify potential juror conflicts, and to guard against possible juror misconduct.

The search methodology to be employed by DOAR will not be disruptive or result in any communication with potential jurors. Further, the defense will report any juror misconduct promptly to the Court and opposing counsel. The undersigned have conferred with counsel for the government and the government has no objection this Motion being granted. The parties have agreed to the text of the Proposed Order attached to this Motion.

WHEREFORE, based on the reasons set forth herein and in the accompanying memorandum of law, we respectfully request the Court's permission for DOAR to bring its computer equipment into the courtroom and access the Court's wireless internet during jury selection.

Respectfully Submitted,
**THE DEFENDANT,
JESSE C. LITVAK**


By: /s/ Ross H. Garber
    Ross H. Garber (ct17689)
    Michael G. Chase (ct28935)
    SHIPMAN & GOODWIN LLP
    1 Constitution Plaza
    Hartford, Connecticut 06103
    Tel:  (860) 251-5000
    Fax:  (860) 251-5099
    E-mail:  rgarber@goodwin.com

    Patrick J. Smith (admitted *pro hac vice*)
    Sarah B. Zimmer (admitted *pro hac vice*)
    DLA Piper LLP (US)
    1251 Avenue of the Americas, 27th Floor
    New York, New York 10020
    Tel.:  (212) 335-4500
    Fax:  (212) 884-8509
    E-mail:  patrick.smith@dlapiper.com
           sarah.zimmer@dlapiper.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                              /s/ Ross H. Garber
                                                                Ross H. Garber