UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | January 24, 2014 |

## GOVERNMENT'S PROFFER OF SCHEME EVIDENCE

Pursuant to the Court's request at the hearing on January 10, 2014, the Government respectfully submits the attached Proffer of Scheme Evidence.  The Government has identified 16 transactions, in addition to those charged in the Indictment, that it intends to offer in its case-in-chief to prove the fraudulent scheme alleged in the Indictment.

Although the defendant previously asked the Court to preclude the Government's from offering more than 10 such transactions. [Doc. #104-1, 12/3/13], the Government has drastically narrowed the scope of its "other transactions" in order to arrive at these 16 transactions, and therefore the Court should not further limit the Government's evidence.  Indeed, the Government's entire exhibit list currently contains only 160 exhibits, or less than half as many as the defense's January 17, 2014 list of 365 exhibits.

The Government respectfully notes that it reserves the right to use additional transactions beyond the 16 transactions identified herein to respond to arguments raised by the defense at trial, during any defense case and during any rebuttal case the Government may put on.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

 /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT23923
eric.glover@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

        /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY

United States v. Jesse C. Litvak
3:13cr19(JCH)
Summary of Government's Scheme Evidence Exhibits

| Gov't Ex.# | Transaction Date | Relevance | Bases for Admission |
|---|---|---|---|
| 401 - 402 | 11/3/09 | Jefferies purchased the CMLTI 2007-AR8 bond at a price of 70, but hours later Litvak attempts to sell the bond to AllianceBernstein ("AB," the victim in the three transactions that are charged in Counts 1, 2, 3, 12(a), 12(b), 12(c), 13 and 14) by misrepresenting that he purchased at price of 71-16 [71.50]. The government may use these exhibits with Michael Canter of AB and Special Agent James O'Connor of SIGTARP as an example of defendant misrepresenting Jefferies' acquisition price in order to attempt to sell a bond at an inflated price and to demonstrate the modus operandi of Litvak scheme. | GX401 - FRE 803(6) (trade ticket is a business record) GX402 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |
| 403 - 405 | 4/1/10 | Jefferies purchased the RALI 2007-QH1 A1 bond at a price of 56, but Litvak misrepresents to AB that "he will sell me bonds at 56-24 [56.75] . . . . I would work for 2-4/32s [2 to 4 ticks] on these with you."  Jefferies actually made 28/32s due to this lie, rather than the 4/32s that AB agreed to pay, a difference worth approximately $141,496.44.  This 4/1/10 trade occurs the day after the transactions charged in Counts 1 and 2, and the defendant compares the "rali bonds" to the "lxs bond" that he is alleged to have sold to AB on 3/31/10 using fraudulent misrepresentations; although Litvak tells AB that "I think that lxs bond was a great buy," the government calculates that Litvak's fraud caused AB a loss of $602,396.92 on that 3/31/10 trade, alone.  The government may use these exhibits with Michael Canter of AB and SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme, his financial motive to lie, his fraudulent intent and the false relationship of trust that he created with his victims. | GX403 - FRE 803(6) (trade ticket is a business record) GX404-05 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |
| 406 - 407 | 5/4/10 | Jefferies purchased the WAMU 2006-AR14 1A1 bond at a price of 88-24 [88.75], but Litvak misrepresents to AB that "he will sell me 30mm orig[inal face value] at 89.50 bro." Although Litvak offers that "i will work for whatever you want on this one" and AB tells | GX406 - FRE 803(6) (trade ticket is a business record) GX407 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |

| Gov't Ex.# | Transaction Date | Relevance | Bases for Admission |
|---|---|---|---|
| | | him to "tack on 4 ticks [4/32s]," Jefferies actually made 28/32s due to Litvak's lie, a difference worth approximately $69,991.26.<br><br>The government may use these exhibits with Michael Canter of AB and SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme, his financial motive to lie, his fraudulent intent and the false relationship of trust that he created with his victims. | |
| 408 - 409 | 6/29/10 | In a "bid list" or auction trade, AB instructed Litvak to bid "45-17+" [45 and 17 ½ ticks, or 45.546875] for the WMALT 2007-OA3 2A bond and told Litvak to "add 4 ticks [4/32s]" as Jefferies' compensation.   Litvak actually bid the seller 45-04 [45.125] and 45-16 [45.50], and misrepresented that 45-04 was the cover price, or second highest bid in the auction. Rather than the 4 ticks AB authorized Litvak to add as compensation, Jefferies made 13 ½ and 1 ½ ticks, a difference worth approximately $14,411.37.<br><br>The government may use these exhibits with Michael Canter of AB and SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme in bid list trades, his financial motive to lie, his fraudulent intent, the false relationship of trust that he created with his victims and the importance of even ½ of a tick in the RMBS market. | GX408 - FRE 803(6) (trade ticket is a business record) GX409 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |
| 410 - 411 | 9/14/10 | In a bid list trade, AB instructed Litvak to bid 66-20 [66.625] for the HVMLT 2007-7 2A1A bond, and "add 4 tics" as compensation. Litvak actually bid the seller 66-17 [66.53125] and took an extra 3 ticks, worth approximately $3,120.53.<br><br>The government may use these exhibits with Michael Canter of AB and SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme in bid list trades, his fraudulent intent, the false relationship of trust that he created with his victims and his willingness to lie for even relatively small amounts of money. | GX410 - FRE 803(6) (trade ticket is a business record) GX411 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |

| Gov't Ex.# | Transaction Date | Relevance | Bases for Admission |
|---|---|---|---|
| 412 - 415 | 1/12/11 | At 11:29:46 a.m., Litvak attempted to interest AB in purchasing the HVMLT 2007-7 2A1A bond on which he had an order to sell.  At 11:54:43 a.m., Litvak reported to a Jefferies salesperson named B___ S___ that he had bought the bond at 74-16 [74.50], and instructed her to get AB to pay 75.  S___ attempts to do so, misrepresenting to AB that a third party seller still owns the bond.  At 12:13:28, S___ reported to Litvak that AB was offering 74.50, and tells him "going to tell him the guy will sell to us at 74-28 best," to which Litvak replies "ok" 11 minutes later.  At 12:28:33, Litvak misrepresents to AB that "i would have to buy bonds at 74-28 . . . . .i would work for 2/32s if you wanted."  AB replied that "4 tics is fine."  Instead of 4 ticks, due to Litvak's lie, Jefferies took 16 ticks, a difference worth approximately $11,263.14.<br><br>The government may use these exhibits with Michael Canter of AB and SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme in order trades, his fraudulent intent and the false relationship of trust that he created with his victims. | GX412 - FRE 803(6) (trade ticket is a business record) GX413 – not offered for the truth, but for Litvak's awareness as of 10:24 a.m. that he could buy the bond for 74-16 GX414-15 – FRE 801(d)(2)(A) (defendant's admissions); FRE 801(d)(2)(E) (co-conspirator's statements); not for truth because defendant and S___ are lying |
| 416 - 417 | 6/23/09 | Litvak purchased the WAMU 2006-AR7 1A bond at 38 at 2:25:27 p.m.  After that, he misrepresented to the hedge fund Magnetar that the third party seller still owns the bonds and that "he is 38-16 [38.50] to us . . . .will work for whatever you feel comfy with . . . .6/32s?"  When Magnetar negotiated for a lower price, Litvak misrepresented that the non-existent seller "is willing to sell em to me at 38-14."  Magnetar responded to Litvak's request to "pay me 4/32s off that level" with the question, "will that work for you?"  Litvak responded that "im easy bro . . .life is too short."  Magnetar offers "then I'll pay you 38-20 and you will give me heads up next time before you show the bonds to your other guys."<br><br>Instead of the 6/32s that Magnetar agreed to pay Litvak in compensation, Jefferies actually took 20/32s, a difference worth approximately $44,537.39. | GX416 - FRE 803(6) (trade ticket is a business record) GX417 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |

- 3 -

| Gov't Ex.# | Transaction Date | Relevance | Bases for Admission |
|---|---|---|---|
| | | The government may use these exhibits with Vladimir Lemin of Magnetar and SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme in order trades, his financial motive to lie, his fraudulent intent and the false relationship of trust that he created with his victims. | |
| 418-420 | 1/11/11 | In a negotiation Litvak was brokering between Magnetar and a seller of a HVMLT 2004-9 4A3 bond, at 2:47:22 p.m., Litvak learned that he could purchase the bond at 60-16 [60.50]. Litvak misrepresented to Magnetar that "they are offering me bonds at 61."  Magnetar agreed to buy at 61 and asked Litvak "Can you get me done at 61? Or do i have to pay you on top?"  Litvak responded with the misrepresentation that was purchasing the bond from the seller at "4/32s cheap to 61" or at 60-28 [60.875].  Litvak continued "so you can have em at 61 and if you are feeling the love anything above that would be great." Magnetar agreed "61-04 is cool." Instead of the 8/32s that Magnetar agreed to compensate Litvak, Jefferies actually took 20 ticks, a difference worth more than $30,000. The government may use these exhibits with Vladimir Lemin of Magnetar and SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme, his fraudulent intent, his financial motive to lie and the false relationship of trust that he created with his victims. | GX418 - FRE 803(6) (trade ticket is a business record) GX419 – FRE 801(d)(2(A) (defendant's admissions); not for truth because defendant is lying GX420 – FRE 801(d)(2)(E) (co-conspirator's statement); not offered for the truth, but for Litvak's awareness as of 2:47:22 p.m. that he could buy the bond for 60-16 |
| 421 - 422 | 1/6/11 | In the course of negotiating with hedge fund QVT and a seller over the CWALT 2007-OH3 A3 bond, Litvak told QVT "full disclosure . . .i, gonna try and buy em obv as low as i can . . . im gonna just go by them as cheap as i can and will protect you on half the bonds . . .will ping you with color when i buy em."  Litvak then misrepresented to QVT that "im buying bonds at 25-8 [25.25] from him. sold [half to another buyer] at 25-16 [25.50]." QVT inquired "so how cheap can I buy?" and Litvak responded "i will leave that up to you big man . . ..u know me.   im easy," before | GX421 - FRE 803(6) (trade ticket is a business record) GX422 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |

| Gov't Ex.# | Transaction Date | Relevance | Bases for Admission |
|---|---|---|---|
| | | proposing 25-12 [25.375]. Litvak actually purchased the bond at 24-28 [24.875], meaning that instead of the 4/32s that QVT agreed to pay Jefferies, Litvak took 16/32s, a difference worth approximately $71,940.05.<br><br>The government may use these exhibits with Joel Wollman of QVT and SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme, his financial motive to lie, his fraudulent intent and the false relationship of trust that he created with his victims. | |
| 423 - 424 | 3/26/10 | In negotiating the sale of the BSARM 2007-4 22A1 bond, Litvak misrepresented to Angelo Gordon that "we be good brotha.   bot em at 77-12 [77.375]."   Angelo Gordon responded "77-20 [77.625].   thnx."   Jefferies actually purchased the bond at 77-08, and instead of the 8/32s that Angelo Gordon agreed to compensate Litvak, he took 12/32s, a difference worth approximately $8,545.04.<br><br>The government may use these exhibits with SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme, his fraudulent intent, the false relationship of trust that he created with his victims and his willingness to lie even over relatively small amounts of money. | GX423 - FRE 803(6) (trade ticket is a business record) GX424 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |
| 425 - 426 | 5/3/10 | Jefferies purchased the BSARM 2007-4 22A1 bond at a price of 74 on 4/29/10.   On 5/3/10, Litvak misrepresents to Angelo Gordon that "some guy showing me 755k [original face value] and offering me bonds at 77.50." Angelo Gordon responded, "buy em, up 8 to me.   wherever u get em."   After further misrepresentations about his negotiations with the fictitious seller, Litvak misrepresented that "i fok'd [fill-or-killed, or made a take it or leave it bid] him at 76 and waiting to hear back."   Litvak then inquired "were goo d bro . . . 76-8 ok?"   By misrepresenting that the bond was being sold by a third party seller, Litvak was able to extract 8/32s of undeserved compensation from Angelo Gordon, worth | GX425 - FRE 803(6) (trade ticket is a business record) GX426 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |

- 5 -

| Gov't Ex.# | Transaction Date | Relevance | Bases for Admission |
|---|---|---|---|
| | | $1,496.37.<br><br>The government may use these exhibits with SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme, his fraudulent intent, the false relationship of trust that he created with his victims and his willingness to lie even over relatively small amounts of money. | |
| 427 - 428 | 2/17/09 | In negotiating the sale of the BAFC 2006-G 2A5 bond, Litvak told Soros Fund Management ("Soros") that he had told the seller "not to get too cute . . . .believe me . . .im work for u bro."  Litvak then misrepresented "28-16 [28.50] and they are yours, . . . .and that is with me makin 8 ticks  [8/32s]. . . .full disclosure . . . .thats how i roll."  In fact, Jefferies purchased the bond at 27-16 [27.50], or 24 /32s cheaper than he misrepresented to Soros, a difference worth $398,026.21.<br><br>The government may use these exhibits with SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme, his financial motive to lie, his fraudulent intent and the false relationship of trust that he created with his victims. | GX427 - FRE 803(6) (trade ticket is a business record) GX428 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because defendant is lying |
| 429 - 430 | 2/24/09 | Litvak purchased the LUM 2006-6 A1 bond at a price of 39.  He informed B    S    of this and then instructed her to make a misrepresentation to Duquesne Capital Management ("Duquesne"):  "just tell him that we pay 39-16 [39.50] and get him to try and pay us a little . . .if not . . .we will work for free :)"  S    then did as Litvak had instructed, writing to Duquesne "we (Jef) can buy the bonds at 39-16.  What do you want to pay us on top?"<br><br>Instead of paying Jefferies nothing, due to Litvak and S    's lie, Duquesne paid Jefferies compensation of approximately $12,446.35.<br><br>The government may use these exhibits with SIGTARP Special Agent O'Connor to demonstrate the modus operandi of Litvak's scheme, his financial motive to lie and his fraudulent intent | GX429 - FRE 803(6) (trade ticket is a business record) GX430 – FRE 801(d)(2)(A) (defendant's admissions); FRE 801(d)(2)(E) (co-conspirator's statement); not for truth because defendant is offering instruction; not for truth because S    is lying |

- 6 -

| Gov't Ex.# | Transaction Date | Relevance | Bases for Admission |
|---|---|---|---|
| 431 - 432 | 5/19/09 | Litvak purchased a MHL 2004-1 A1 bond at a price of 69-01 [69.03125].  Litvak lied to N      E            a salesperson at Jefferies "we buy at 70 (i bot at 69-16 [69.50] . . .)."  E            responded "let me see if I can get something from them," referring to a prospective buyer.  E            then asked Litvak, "No way for them to know where we bid, right[?]"  Litvak's responded, "no shot what-so-ever that the will know where we bot."  E            later wrote to Litvak that he had "told them we bought at 70 . . ..asking if we know what cover [second best price offered] was . . .how should I handle?"  Litvak responded with another lie:  "cover was 69-08 [69.25]," which plainly was untrue, since Jefferies had paid less than that to buy the bond.<br><br>These instructions and admissions by Litvak demonstrate his misrepresentations, fraudulent intent and knowledge of an opportunity to commit fraud based on the fact that there is "no shot what-so-ever" that the buyer will know if they are lied to about Jefferies' purchase price. | GX431 - FRE 803(6) (trade ticket is a business record) GX432 – FRE 801(d)(2)(A) (defendant's admissions); FRE 801(d)(2)(E) (co-conspirator's statement); not for truth because defendant is offering instruction; not for truth because Litvak is lying |
| 433 - 434 | 6/3/11 | In selling a BSMF 2007-AR4 2A1 bond to Adam Sklar at Monarch Alternative Capital ("Monarch"), Litvak stated that "i just bot these h61s," meaning high 61s, and that the cover (or second highest offered price) was 60-16.  Minutes later, Litvak wrote to B       M          , a trader at J.P. Morgan Securities as follows:  "I bot bsmf.  Called sklar and just sold it to them.  . . . I paid 61.  Sold em at 62.  . . . told them i paid h61s."  M            responded "haha.   f that guy."  Litvak continued, "60-16 was my cover fyi."<br><br>These admissions by Litvak demonstrate his fraudulent intent, misrepresentations and knowledge that his misrepresentation was material to Monarch, in that it caused Monarch to pay an inflated price for the bond. | GX433 – FRE 801(d)(2)(A) (defendant's admissions); not for truth because Litvak is lying GX434 – FRE 801(d)(2)(A) (defendant's admissions) |
| 435 - 436 | 10/24/11 | In working with K      B        , a salesperson at Jefferies, to trade a WFMBS 2006-AR8 3A1 bond, Litvak stated that the seller "came down to 77-16 [77.50]."  Litvak noted that "would | GX435 - FRE 803(6) (trade ticket is a business record) GX436 – FRE 801(d)(2)(A) (defendant's admissions); |

- 7 -

- 8 -

| Gov't Ex.# | Transaction Date | Relevance | Bases for Admission |
|---|---|---|---|
| | | love to make 1 pt," then asked B        to communicate with the prospective buyer at AIG:   "wanna go back to him at 78-20 [78.625]?   (tell him he would sell to us bonds 78-16 [78.50])."   Jefferies sold the bond to AIG at the price of 78-16 [78.50], and later confirmed to B        "bot em at 77-8."<br><br>Although the government has not located B       's communications with AIG, it is relevant that the 1 point lie that Litvak proposed B       tell was worth approximately $322,094.10.<br><br>These instructions and admissions by Litvak demonstrate his fraudulent intent, misrepresentations and knowledge that such misrepresentation would be material to AIG, in that he sought to "make 1 pt" by having B inflate Jefferies' acquisition price by one point. | not for truth because defendant is offering instruction; not for truth because Litvak is lying |