UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | January 26, 2014 |

## MOTION TO SEAL

The United States hereby respectfully moves for an order sealing the Government's January 26, 2014 Notice.

The United States files this motion for the reasons set forth in the Notice.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

         /s/         
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT23923
eric.glover@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                       /s/
                          JONATHAN N. FRANCIS
                          ASSISTANT UNITED STATES ATTORNEY