IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | FILED UNDER SEAL |
| JESSE C. LITVAK | January 27, 2014 |

## MOTION TO SEAL

Jesse C. Litvak respectfully files this Motion to Seal his Response to the Government's Notice (Doc. No. 166).  Mr. Litvak asks that his Response be sealed pending resolution of the government's Motion to Seal its Notice (Doc. No. 165).

Respectfully Submitted,

**THE DEFENDANT,**
**JESSE C. LITVAK**

By:  /s/ Ross H. Garber
  Ross H. Garber
  Fed. Bar No. ct17689
  SHIPMAN & GOODWIN LLP
  1 Constitution Plaza
  Hartford, Connecticut 06103
  Tel:  (860) 251-5000
  Fax:  (860) 251-5099
  E-mail:  rgarber@goodwin.com

  Patrick J. Smith (admitted *pro hac vice*)
  Sarah B. Zimmer (admitted *pro hac vice*)
  DLA Piper LLP (US)
  1251 Avenue of the Americas, 27th Floor
  New York, New York 10020
  Tel.:  (212) 335-4500
  Fax:  (212) 884-8509
  E-mail:  patrick.smith@dlapiper.com
       sarah.zimmer@dlapiper.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                            /s/ Ross H. Garber
                                              Ross H. Garber