IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE C. LITVAK | No. 3:13CR19 (JCH)<br><br>January 31, 2014 |

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR PERMISSION TO BRING COMPUTER EQUIPMENT INTO THE COURTROOM**

This matter having come before the Court on Defendant Jesse C. Litvak's Motion for Permission to Bring Computer Equipment Into the Courtroom during jury selection; the Court having reviewed the motion and accompanying memorandum; and after due deliberation and sufficient cause appearing therefor, the Court finds that the motion should be GRANTED.

Accordingly, it is hereby ORDERED:

1. DOAR Litigation Consulting ("DOAR"), the consulting firm retained by Mr. Litvak, shall be permitted to bring internet-enabled electronic devices into the courtroom and to access the Court's wireless internet connection in order to conduct research of potential jurors during jury selection.

2. The parties, their counsel and agents, including DOAR, are prohibited from making unauthorized or improper direct contact with prospective or current jurors, including by conducting searches which could leave a record with the account holder of having been searched by a specific party.

3. All parties are prohibited from informing jurors that internet searches are being conducted of them.

4. In the event that either party, its counsel or agents, including DOAR, learn that a

prospective juror has failed to disclose information that renders the juror unfit to serve as a juror in this case, that party is to inform the Court and opposing counsel immediately. This obligation is ongoing.

Dated: New Haven, Connecticut
January 31, 2014

/s/ Janet C. Hall
THE HONORABLE JANET C. HALL
UNITED STATES DISTRICT JUDGE