UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | January 31, 2014 |

## GOVERNMENT'S NOTICE OF
## OBJECTIONS TO CERTAIN DEFENSE EXHIBITS

The Government respectfully submits this notice and the attached chart of its objections to certain of the defendant's 365 exhibits.

At the Court's direction, the parties have exchanged objections and conferred. As the attached chart reflects, the parties were unable to resolve hundreds of the Government's objections to the defendant's exhibits on relevance and/or hearsay grounds. During the parties' discussion, the defense stated that it expects to seek to introduce a limited number of its current proposed exhibits, but that it cannot identify or offer a basis to admit those exhibits into evidence until after the Government begins its case.

Instead, the defense has proposed delaying resolution of objections to its exhibits until a later date. The defense has made a good faith representation that it would inform the Government of the objected-to exhibits that it will actually seek to offer in its case-in-chief—as well as the evidentiary basis for their admission—sufficiently far in advance to permit the Court to take up any unresolved objections. The Government is prepared to accept the defense's commitment and agrees that its proposed procedure will likely be more efficient than attempting to determine the relevance of or non-hearsay purpose for the defense's exhibits without an offer of the proposed basis for admission.

Notwithstanding the above proposal, the Government submits this notice to preserve its

- 2 -

objections to the defendant's exhibits as noted, which include the grounds raised in the Government's Motion In Limine to Exclude Defendant's Hearsay Statements in Electronic Communications [Dkt. #101, 12/3/13].

        Respectfully submitted,

        DEIRDRE M. DALY
        ACTING UNITED STATES ATTORNEY

            /s/
        JONATHAN N. FRANCIS
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. phv05083
        jonathan.francis@usdoj.gov

        ERIC J. GLOVER
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. CT23923
        eric.glover@usdoj.gov

        157 Church Street, 25th Floor
        New Haven, CT  06510
        Tel.: (203) 821-3700

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                               /s/
                              JONATHAN N. FRANCIS
                              ASSISTANT UNITED STATES ATTORNEY

*United States v. Litvak*
3:11CR19(JCH)
Government's Objections to Defendant's 1/17/14 Exhibit List

| Doc # | Defense Ex. # | Dates | Description | Bates Range | Basis for Objection |
|---|---|---|---|---|---|
| 1 | | 03/19/09 | Mortgage Markup Report e-mail from Lisa Rizzi-Grieco to Johan Eveland | JEFF SGTP 057160 | 401 |
| 2 | | 03/01/12 | Communication from Joseph Allgor to Michael Sharp, Lauri Scoran, and Bob Albano. | JEFF SGTP 091557 - JEFF SGTP 091559 | 401, 801 |
| 3 | | N/A | Mortgage and Asset-Backed Group Supervisory Checklist | JEFF SGTP 059114, JEFF SGTP 059117 - JEFF SGTP 059121, JEFF SGTP 059123 - JEFF SGTP 059124, JEFF SGTP 059126 - JEFF SGTP 059128 - JEFF SGTP 059129, JEFF SGTP 059131 - JEFF SGTP 059134, JEFF SGTP 059139 - JEFF SGTP 059149, JEFF SGTP 059154 | 401 |
| 4 | | 12/15/11 | Communication from Bill Jennings to Stuart Kronick, Marc DeFife, Brian Pereirra, Johan Eveland, and Brian McGrath | JEFF SGTP 088282 - JEFF SGTP 088283 | 401, 801 |
| 5 | | 1/26/11; 1/23/11 | Communication between Bill Jennings and various recipients | JEFF SGTP 022929, JEFF SGTP 001896 | 401, 801 |
| 6 | | N/A | Orchestria - Deployment Overview | JEFF SGTP 317937; JEFF SGTP 317945 | 401 |
| 7 | | N/A | CA DLP External Agent API Specification | JEFF SGTP 316535; JEFF SGTP 316586 | 401 |
| 8 | | 04/02/10 | Communication between Lisa Rizzi-Grieco, Johan Eveland, Bill Jennings, and various recipients | JEFF SGTP 006299 - JEFF SGTP 006302 | 401 |
| 9 | | 11/23/10 | Communication between Lisa Rizzi-Grieco, Johan Eveland, Bill Jennings, and various recipients | JEFF SGTP 057860 - JEFF SGTP 057862 | 401 |
| 10 | | 12/24/09 | Communication between Lisa Rizzi-Grieco, Johan Eveland, Bill Jennings, and various recipients | JEFF SGTP 006306 - JEFF SGTP 006307 | 401 |
| 11 | | 12/10/09 | Mortgage Markup report | JEFF SGTP 058684 - JEFF SGTP 057690 | 401 |
| 12 | | N/A | D.E. Shaw Settlement Agreement and Release | JEFF SGTP 346637 - JEFF SGTP 346652 | 401 |
| 13 | | 03/20/12 | AllianceBernstein Settlement Agreement and Release | JEFF SGTP 002327 - JEFF SGTP 002333 | 401 |
| 14 | | 03/11/11 | Communication between Stuart Kronick and various recipients | JEFF SGTP 002867 - JEFF SGTP 002871 | 401 |
| 15 | | 11/10/10 | Communication between Sasan Soleimani, Ken Zegar, and Haward Wang | JEFF SGTP 002780 | 401, 801 |
| 16 | | 11/10/10 | Communication between Ken Zegar and various recipients | JEFF SGTP 002781 | 401 |
| 17 | | 06/21/11 | Communication between Ken Zegar and Pooja Pathak | JEFF SGTP 005971 | 401, 801 |
| 18 | | 06/21/11 | Communication between Ken Zegar and Chris Choka | JEFF SGTP 005975 | 401, 801 |
| 19 | | 06/21/11 | Communication between Ken Zegar and Steve Oricoli | JEFF SGTP 005976 | 401, 801 |
| 20 | | 06/21/11 | Communication between Ken Zegar and Jing Yang | JEFF SGTP 005977 | 401, 801 |
| 21 | | 06/07/11 | Communication from Joe Paonessa to Ken Zegar | JEFF SGTP 005886 | 401 |
| 22 | | 06/07/11 | Communication from Ken Zegar to Vita Padalino | JEFF SGTP 005915 | 401 |
| 23 | | 06/07/11 | Communication from Vita Padalino to Ken Zegar | JEFF SGTP 005919 | 401 |
| 24 | | 06/07/11 | Communication from Carl Brown to Ken Zegar | JEFF SGTP 005921 | 401 |
| 25 | | 01/13/11 | Communication between Jesse Litvak and Scott Auker | JEFF SGTP 371589 - JEFF SGTP 371590 | 401, 801 |
| 26 | | 01/13/11 | Communication between Scott Auker and Drew Casino | JEFF SGTP 371591 | 401, 801 |
| 27 | | 01/13/11 | Communication between Jesse Litvak, Scott Auker, and Kevin Lamoin | JEFF SGTP 371593 | 401, 801 |
| 28 | | 01/13/11 | Communication between Jesse Litvak and Haward Wang | JEFF SGTP 371594 | 401, 801 |
| 29 | | 06/22/10 | Communication between Stephen Virgilio and Andrew Flick | JEFF SGTP 371605 | 401, 801 |
| 30 | | 06/22/10 | Communication between Bethany Evitts and Andrew Flick | JEFF SGTP 371606 | 401, 801 |
| 31 | | 09/30/09 | Communication between Ken Zegar, Scott Auker, and Kevin Lamoin | JEFF SGTP 371612 - JEFF SGTP 371613 | 401, 801 |
| 32 | | 09/30/09 | Communication between Ken Zegar, Scott Auker, and Kevin Lamoin | JEFF SGTP 371611 | 401, 801 |
| 33 | | 05/21/10 | Communication between Jesse Litvak, Sasan Soleimani, Monica Nazareno, and Jason Eynon | JEFF SGTP 371492 | 401, 801 |
| 34 | | 05/19/10 | Communication between Sasan Soleimani and Jesse Litvak | JEFF SGTP 371483 | 401, 801 |
| 35 | | 05/19/10 | Communication between Jesse Litvak, Sasan Soleimani, Monica Nazareno, and Jason Eynon | JEFF SGTP 371484 | 401, 801 |
| 36 | | 11/30/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 370794 | |

(Red type denotes apparent duplicate exhibits.)

| # | | Date | Description | Bates | Rules |
|---|---|---|---|---|---|
| 37 | | 06/25/10 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 020017 | 401, 801 |
| 38 | | 01/11/11 | Communication between Jason Spieler and Ken Zegar | JEFF SGTP 028052 | 401, 801 |
| 39 | | 03/04/11 | Communication between Brian McGrath and John Vibert | JEFF SGTP 028060 | 401, 801 |
| 40 | | 04/15/11 | Communication between Craig Holloway, Ken Zegar, and James McLaughlin | JEFF SGTP 028064 - JEFF SGTP 028065 | 401, 801 |
| 41 | | 11/29/11 | Communication between Kevin Blaney, and Paul Thompson | JEFF SGTP 028218 | 401, 801 |
| 42 | | 11/29/11 | Communication between Ken Zegar and Kevin Blaney | JEFF SGTP 028219 | 401, 801 |
| 43 | | 11/20/11 | Communication between Jesse Litvak, Bill Jennings, Kevin Lamoin, and Shirley Prada | JEFF SGTP 031650 | 401, 801 |
| 44 | | 12/09/09 | Communication between Jesse Litvak and Peter McMullin | JEFF SGTP 031728 | 401, 801 |
| 45 | | 05/07/10 | Communication between Jason Eynon, Jesse Litvak and Sasan Soleimani | JEFF SGTP 033049 - JEFF SGTP 033050 | 401, 801 |
| 46 | | 06/28/11 | Communication between Jesse Litvak, Brian McGrath, Corey Brisee, Louis Simone, and Jason Spieler | JEFF SGTP 035146 | 401, 801 |
| 47 | | 02/05/09 | Communication between Johan Eveland, Lisa Rizzi-Grieco, P. Nicholson, T. Cronin, and T. Thees | JEFF SGTP 057084 | 401 |
| 48 | | 04/02/09 | Communication between Johan Eveland, Lisa Rizzi-Grieco, P. Nicholson, T. Cronin, and T. Thees | JEFF SGTP 057213 | 401 |
| 49 | | 05/19/09 | Communication between Nicholas Emmanuel and Jesse Litvak | JEFF SGTP 371311 - JEFF SGTP 371312 | 801 |
| 50 | | 03/10/09 | Communication between Brian McGrath and Jesse Litvak | JEFF SGTP 371457 | 401, 801 |
| 51 | | 03/10/09 | Communication between Jesse Litvak and Daniel Nealis | JEFF SGTP 371458 | 401, 801 |
| 52 | | 03/10/09 | Communication between Jesse Litvak, Brian McGrath, and Kevin Lamoin | JEFF SGTP 371453 - JEFF SGTP 371454 | 401, 801 |
| 53 | | 12/14/11 | Communication between Stuart Kronick and Brian McGrath | JEFF SGTP 088007 | 401, 801 |
| 54 | | 12/14/11 | Communication between Brian Pereira and Bill Jennings | JEFF SGTP 088126 | 401, 801 |
| 55 | | 12/14/11 | Communication between Brian Pereira, Johan Eveland and Bill Jennings | JEFF SGTP 088184 | 401, 801 |
| 56 | | 12/14/11 | Communication between Johan Eveland, Brian Pereira and Bill Jennings | JEF SGTP 088185 | 401, 801 |
| 57 | | 12/14/11 | Communication between Brian Pereira and Bill Jennings | JEFF SGTP 088321 - JEFF SGTP 088322 | 401 |
| 58 | | 09/30/09 | Communication between Ken Zegar, Scott Auker, and Kevin Lamoin | JEFF SGTP 371611 - JEFF SGTP 371613 | 401, 801 |
| 59 | | 06/30/11 | Communication between Jesse Litvak and Haward Wang | JEFF SGTP 371546 - JEFF SGTP 371547 | 401, 801 |
| 60 | | 10/03/11 | Communication between Jesse Litvak and Corey Brisee | JEFF SGTP 035238 - JEFF SGTP 035239 | 401, 801 |
| 61 | | 05/21/10 | Communication between Jesse Litvak, Sasan Soleimani, Jason Eynon, and Monica Nazareno | JEFF SGTP 371492 | 401, 801 |
| 62 | | 01/26/10 | Communication for Steve Kirchner and Jesse Litvak | JEFF SGTP 371474 | 401, 801 |
| 63 | | 09/09/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 013143 | 401, 801 |
| 64 | | 09/09/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 013147 | 401, 801 |
| 65 | | 10/11/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 025027 - JEFF SGTP 025028 | 401, 801 |
| 66 | | 03/01/10 | Communication between Mario Rivera, and Jesse Litvak | JEFF SGTP 371403 - JEFF SGTP 371404 | 801 |
| 67 | | 03/01/10 | Communication between Brian McGrath and Jesse Litvak | JEFF SGTP 371405 - JEFF SGTP 371407 | 801 |
| 68 | | 07/26/10 | Communication between Sasan Soleimani, Ken Zegar, Jason Eynon, Soleimani, and Monica Nazareno | JEFF SGTP 006017 | 401, 801 |
| 69 | | 08/10/11 | Communication between Chris Choka and Ken Zegar | JEFF SGTP 006110 | 401, 801 |
| 70 | | 08/10/11 | Communication between Ken Zegar and Steve Kirchner | JEFF SGTP 006111 | 401, 801 |
| 71 | | 01/20/09 | Communication between Jesse Litvak, Bill Jennings, and Kevin Lamoin | JEFF SGTP 007303 - JEFF SGTP 007304 | 401, 801 |
| 72 | | 01/29/09 | Communication between Jesse Litvak and Bill Jennings | JEFF SGTP 007643 | 401, 801 |
| 73 | | 02/11/09 | Communication between Jesse Litvak and various recipients | JEFF SGTP 007895 - JEFF SGTP 007896 | 401, 801 |
| 74 | | 07/08/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 011878 | 401, 801 |
| 75 | | 11/30/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014476 | 401, 801 |
| 76 | | 12/03/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014617 | 401, 801 |
| 77 | | 02/03/11 | Communication between Chris Bolger and Steve Oricoli | JEFF SGTP 371601 - JEFF SGTP 371604 | 401, 801 |
| 78 | | 11/24/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014411 | 401, 801 |
| 79 | | 11/24/09 | Communication between Jesse Litvak and various recipients | JEFF SGTP 014407 - JEFF SGTP 014409 | 401 |
| 80 | | 11/24/09 | Communication between Beth Starr and Robert Schick | JEFF SGTP 002040 | 401 |
| 81 | | 01/06/10 | Communication between Jesse Litvak, Mark Plansky, and Jeffrey Farkas | JEFF SGTP 035870 | 401, 801 |
| 82 | | 01/06/10 | Communication between Mark Plansky and Jesse Litvak | JEFF SGTP 035867 | 401, 801 |
| 83 | | 11/30/09 | Communication between Bill Jennings, Beth Starr, and Shirley Prada | JEFF SGTP 370791 | 401, 801 |

| # | | Date | Description | Bates | Obj |
|---|---|---|---|---|---|
| 84 | | 10/03/11 | Communication between Jesse Litvak and Stuart Kronick | JEFF SGTP 035232 | 801 |
| 85 | | 03/02/11 | Communication between Jonathan Hill and Chris Bolger | JEFF SGTP 004578 | 401, 801 |
| 86 | | 03/29/11 | Communication between Jesse Litvak and Ken Zegar | JEFF SGTP 034973 | 401, 801 |
| 87 | | 05/12/10 | Communication between Ben Hunsaker and Various recipients | JEFF SGTP 061952 | 401, 801 |
| 88 | | 11/23/09 | Communication between Beth Starr and Ken Zegar | JEFF SGTP 002550 | 401, 801 |
| 89 | | 07/15/10 | Communication between Jesse Litvak and Bill Jennings | JEFF SGTP 029507 | 401, 801 |
| 90 | | 11/22/10 | Communication between Thomas Durkin and Jesse Litvak | JEFF SGTP 034501 - JEFF SGTP 034502 | 401, 801 |
| 91 | | 12/15/10 | Communication between Jesse Litvak and PK Banks | JEFF SGTP 371525 - JEFF SGTP 371529 | 401, 801 |
| 92 | | 05/18/10 | Communication between Jesse Litvak and Perry Rahbar | JEFF SGTP 050568 - JEFF SGTP 050571 | 401, 801 |
| 93 | | 11/28/11 | Communication between Brian McGrath and Stuart Kronick | JEFF SGTP 084954 - JEFF SGTP 084955 | 401, 801 |
| 94 | | 10/29/09 | Communication between Jesse Litvak and Mark Plansky, and Jeffery Farkas | JEFF SGTP 370598 | 801 |
| 95 | | 04/12/11 | Communication between Steve Oricoli and Chris Bolger | JEFF SGTP 004624 | 401, 801 |
| 96 | | 01/26/10 | Communication between Steve Kirchner and Jesse Litvak | JEFF SGTP 371474 | 401, 801 |
| 97 | | 01/26/10 | Communication between Alvin Sarabangchong, Jesse Litvak, Steve Kirchner | JEFF SGTP 371475 | 401, 801 |
| 98 | | 03/10/09 | Communication between Jesse Litvak, Brian McGrath, and Kevin Lamoin | JEFF SGTP 371454 | 401, 801 |
| 99 | | 03/01/10 | Communication between Jesse Litvak, and Beth Starr | JEFF SGTP 371408 - JEFF SGTP 371409 | 801 |
| 100 | | 10/24/11 | Communication between Kevin Blaney and Jesse Litvak | JEFF SGTP 371350 - JEFF SGTP 371351 | 801 |
| 101 | | 03/03/10 | Communication between Jesse Litvak, and Mark Plansky | JEFF SGTP 371322 - JEFF SGTP 371323 | 401, 801 |
| 102 | | 05/06/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 027340 | 401, 801 |
| 103 | | 06/08/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 027451 | 401, 801 |
| 104 | | 06/25/10 | Communication between Jesse Litvak and Bill Jennings | JEFF SGTP 027021 | 401, 801 |
| 105 | | 12/09/09 | Communication between Jesse Litvak and Bill Jennings | JEFF SGTP 026266 | 401, 801 |
| 106 | | 10/11/11 | Communication between Jesse Litvak and Bill Jennings | JEFF SGTP 025016 | 401, 801 |
| 107 | | 08/16/11 | Communication between Bill Jennings, Kevin Blaney, Brian McGrath, Stuart Kronick, Jesse Litvak, Ken Zegar, Adam Smith, Scott Auker, and Brian Pereira | JEFF SGTP 024805 | 401, 801 |
| 108 | | 07/20/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 024540 | 401, 801 |
| 109 | | 11/13/09 | Communication between Bill Jennings and various recipients | JEFF SGTP 014161 - JEFF SGTP 014162 | 401, 801 |
| 110 | | 09/28/10 | Communication between Jesse Litvak, Kevin Lamoin, Robert Schick, and Chris Bolger | JEFF SGTP 002265 - JEFF SGTP 002269 | 801 |
| 111 | | 11/18/10 | Communication between Jesse Litvak and PK Banks | JEFF SGTP 371517 - JEFF SGTP 371520 | 401, 801 |
| 112 | | 07/22/10 | Communication between Kevin Lamoin and various recipients | JEFF SGTP 035467 - JEFF SGTP 035468 | 401, 801 |
| 113 | | 04/06/10 | Communication between Ken Zegar and Jesse Litvak | JEFF SGTP 032558 - JEFF SGTP 032560 | 401, 801 |
| 114 | | 07/10/09 | Communication between Jesse Litvak and various recipients | JEFF SGTP 371459 | no obj |
| 115 | | 08/16/10 | Communication between Jesse Litvak and Ken Zegar | JEFF SGTP 033807 | 401, 801 |
| 116 | | 05/06/19 | Communication between Jesse Litvak and various recipients | JEFF SGTP 032989 - JEFF SGTP 032993 | 401, 801 |
| 117 | | 10/27/10 | Communication between Jason Eynon and various recipients | JEFF SGTP 034260 - JEFF SGTP 034261 | 401, 801 |
| 118 | | 09/14/10 | Communication between Jesse Litvak, Christopher Heaney, and Chris O'Neill | JEFF SGTP 033884 | 401, 801 |
| 119 | | 05/03/10 | Communication between Jesse Litvak and Thomas Durkin | JEFF SGTP 032873 | 801 |
| 120 | | 11/09/10 | Communication between Ken Zegar and various recipients | JEFF SGTP 034397 - JEFF SGTP 034398 | 401, 801 |
| 121 | | 05/03/10 | Communication between Jesse Litvak and Brian Norris | JEFF SGTP 032872 | 401, 801 |
| 122 | | 11/01/10 | Communication between Jesse Litvak and Bill Jennings, and Johan Eveland | JEFF SGTP 021701 | 401, 801 |
| 123 | | 05/21/10 | Communication between Jeffery Farkas, Jesse Litvak, Mark Plansky, Vladimir Lemin, and Stuart Kronick | JEFF SEC 006249 - JEFF SEC 006257 | 401, 801 |
| 124 | | 09/23/09 | Communication between Jesse Litvak, Vladimir Lemin, and Kurt Palmer | JEFF SGTP 059279 - JEFF SGTP 059280 | 401, 801 |
| 125 | | 05/04/10 | Communication between Jesse Litvak and Peter McMullin | JEFF SGTP 032889 | 401, 801 |
| 126 | | 10/24/11 | Communication between Johan Eveland, Sonia Han, Robert Glass, and Bill Jennings | JEFF SGTP 077799 | 401, 801 |
| 127 | | 12/15/10 | Communication between Jesse Litvak and PK Banks | JEFF SGTP 371525 - JEFF SGTP 371529 | 401, 801 |
| 128 | | 12/02/11 | Communication between Stuart Kronick and Jesse Litvak | JEFF SGTP 086034 - JEFF SGTP 086035 | 401, 801 |
| 129 | | 02/11/11 | Communication between Jesse Litvak and various recipients | JEFF SGTP 023221 - JEFF SGTP 023223 | 401, 801 |
| 130 | | 03/18/09 | Communication between Jesse Litvak and various recipients | JEFF SGTP 008614 | 401, 801 |

| | | | | | |
|---|---|---|---|---|---|
| 131 | | 11/21/11 | Communication between Bill Jennings, Robert Campbell, Johan Eveland, and Daniela DiMonte | JEFF SGTP 083155 - JEFF SGTP 083158 | 401, 801 |
| 132 | | N/A | Trade confirmation for 3/31/10 LXS 2007-15N 2A1 trade | JEFF SGTP 000527 | 401 as to handwriting |
| 133 | | N/A | Internal trade confirmation for 4/1/10 LXS 2007-15N 2A1 trade | JEFF SGTP 175555 | |
| 134 | | N/A | Trade confirmation e-mail from Jesse Maffei to Joel Wollman | QVT-LTVK 00000272 | |
| 135 | | N/A | Trade confirmation e-mail from Joel Wollman to Jesse Maffei | QVT-LTVK 00000274 | |
| 136 | | 05/13/10 | Communication between Jesse Litvak and Perry Rahbar | JEFF SGTP 025514-JEFF SGTP 025519 | 401, 801 |
| 137 | | 03/31/10 | Communication from David Schwartz to Bill Jennings | CTRL00130103 (Wayzata flash drive, message # | 401, 801 |
| 138 | | 04/01/10 | Communication between David Schwartz and Pat Halloran | CTRL00130103 (Wayzata flash drive, message # | 401, 801 |
| 139 | | N/A | Trade History for HVMLT 06-10 2A1A | JEFF SGTP 000591 | 401 as to other trades and handwriting |
| 140 | | N/A | Internal trade confirmation for HVMLT 06-10 2A1A | JEFF SGTP 000597 | |
| 141 | | N/A | Internal trade confirmation for LXS 2007-15N 2A1 | JEFF SGTP 000527 | |
| 142 | | N/A | AllianceBernstein PPIP executed trades chart | AB000074 | |
| 143 | | N/A | Jefferies's quarterly statement for AllianceBernstein's PPIP | JEFF SGTP 001191-JEFF SGTP 001205 | 401 |
| 144 | | N/A | Jefferies's quarterly statement for AllianceBernstein's PPIP | JEFF SGTP 001206-JEFF SGTP 001236 | 401 |
| 145 | | 3/1/2010 | Communication between Beth Starr and Michael Canter | JEFF SGTP 002066 | 401 |
| 146 | | N/A | Analytics relating to various bonds | AB000100-AB000157 | 401 |
| 147 | | N/A | AllianceBernstein PPIP executed trades chart | AB000075 | |
| 148 | | N/A | Jefferies's external trade confirmation of HVMLT 2007-7 2A1A trade | JEFF SGTP 000502 | |
| 149 | | 06/22/11 | Communication between Victor Bhagat to Michael Canter, Oktay Babayev, and Robert Schick | AB000005 | |
| 150 | | | AllianceBernstein Performance Summary Report for HVMLT 2007-7 2A1A | AB000006-AB000013 | |
| 151 | | 06/28/11 | Communication between Corey Brisee and Robert Schick | AB000099 | |
| 152 | | N/A | Trade History of DSLA 06-AR1 2A1 | JEFF SGTP 002537 | 401 as to other trades |
| 153 | | 11/02/09 | Communications between Katherine Costanzo and Shirley Prada | JEFF SGTP 218827-JEFF SGTP 218829 | 401, 801 |
| 154 | | N/A | Trade History of FHAMS 05-AA 102 A1 | JEFF SGTP 176288 | |
| 155 | | N/A | Jefferies FHAMS 05-AA10 2A1 Mark-Up Report | JEFF SGTP 057860-JEFF SGTP 057862 | 401 |
| 156 | | N/A | Jefferies External Trade Confirmation of FHAMS 05-AA10 2A1 | JEFF SGTP 176289-JEFF SGTP 176290 | |
| 157 | | 07/01/10 | Communication between Haward Wang and Jesse Litvak | JEFF SGTP 033590-JEFF SGTP 033591 | 401 |
| 158 | | 07/01/10 | Communications between Jesse Litvak, Beth Starr, and Michael Canter | JEFF SGTP 033536-JEFF SGTP 033537 | 401, 801 |
| 159 | | N/A | Invesco's working papers regarding SARM 2005-21 7A1 | INVESCO 000045 | |
| 160 | | N/A | Invesco's working papers and PPIP account trade questionnaire regarding FHASI 07-AR1 1A1 | INVESCO 000001-INVESCO 000017 | |
| 161 | | 12/14/09 | Communication between Jesse Litvak and various recipients | JEFF SGTP 015048-JEFF SGTP 015051 | |
| 162 | | 12/23/09 | Communication between James McLaughlin, Stuart Kronick, Ken Zegar, Haward Wang, and Jonathan Hill | JEFF SGTP 031797 | |
| 163 | | N/A | Trade Data from Wellington regarding WFMBS 06-AR12 1A1 | WMC JEF-0004 | 401 as to other trades |
| 164 | | 05/28/09 | Communication between Jesse Litvak and Keri Anisgarten | JEFF SGTP 025460 | |
| 165 | | N/A | Trade confirmation for INDX 07-AR7 2A1 trade | JEFF SGTP 175387 -JEFF SGTP 175388 | 401 as to handwriting |
| 166 | | N/A | MFA Analysis of INDX 07-AR7 2A1 | MFA-00031 –MFA-00072 | 401 as to handwriting |
| 167 | | 05/28/09 | Communication between Kevin Lamoin and Jesse Litvak | JEFF SGTP 025461 | |
| 168 | | 05/28/09 | Communication between Kevin Lamoin and Alvin Sarabanchong | MFA-00027 –MFA-00028 | |
| 169 | | 11/12/10 | Communication between Jesse Litvak, Joshua Banschick, and Perry Rahbar | JEFF SGTP 052630 - JEFF SGTP 052631 | 401, 801 |
| 170 | | 03/22/10 | Communication between Ross Shapiro, Arthur Chu, Joel Wollman, and Justin Bae | QVT-LTVK-00000023-QVT-LTVK-000000026 | 401 |
| 171 | | 03/22/10 | Communication between Jesse Maffei and Arthur Chu, Joel Wollman, Lisa Fuerst, Simon Berring, and Justin Bae | QVT-LTVK-00000186 | 401 |
| 172 | | 03/23/10 | Communication between Jesse Litvak and various recipients | JEFF SGTP 048571 - JEFF SGTP 048575 | 401, 801 |
| 173 | | 03/16/10 | Communication between Jesse Litvak, Haward Wang, and Ken Zegar | JEFF SGTP 060557 | 401, 801 |
| 174 | | 03/26/10 | Communication between Jesse Litvak and various recipients | JEFF SGTP 060569 - JEFF SGTP 060573 | 401, 801 |
| 175 | | 03/26/10 | Communication between Joel Wollman and Shirley Prada | QVT-LTVK 00000254 -QVT-LTVK 00000255 | 401 |

| | | | | | |
|---|---|---|---|---|---|
| 176 | | 03/29/10 | Communication between Jesse Litvak and Scott Auker | JEFF SGTP 025469 | 401, 801 |
| 177 | | N/A | Jefferies's Internal Report of Trade Confirms | JEFF SGTP 175489 | |
| 178 | | 03/22/10 | Communication from ABS-Offers@qvt.com to Lisa Fuerst, Joel Wollman, Simon Berring, and Justin Bae | QVT-LTVK-00000306 | 401 |
| 179 | | 03/22/10 | Communication between Jen Drexler, Arthur Chu, Joel Wollman, Lisa Fuerst, Simon Berring, and Justin Bae | QVT-LTVK-00000234 | 401 |
| 180 | | 03/22/10 | Communication from ABS-Offers@qvt.com to Lisa Fuerst, Joel Wollman, Simon Berring, and Justin Bae | QVT-LTVK-00000302 | 401 |
| 181 | | 03/23/10 | Communication between Beth Starr and various recipients | QVT-LTVK-00000237-QVT-LTVK-00000238 | 401 |
| 182 | | 03/23/10 | Communication between Beth Starr and various recipients | QVT-LTVK-00000237-QVT-LTVK-00000238 | 401 |
| 183 | | 03/25/10 | Communication between Intesar Haider, Arthur Chu, and Joel Wollman | QVT-LTVK-00000241 | 401 |
| 184 | | 03/26/10 | Communication between Beth Starr, Lisa Fuerst, Joel Wollman, Simon Berring, and Justin Bae | QVT-LTVK-00000248-QVT-LTVK-00000249 | 401 |
| 185 | | N/A | Various communications between Lisa Rizzi-Grieco and Jesse Litvak; Mortgage Markup reports | JEFF SGTP 058684 -JEFF SGTP 058690 | 401 |
| 186 | | 12/10/09 | Trade confirmation for NYMT 05-2 A | JEFF SGTP 176174 | |
| 187 | | 01/05/10 | Communication between Jesse Litvak and Perry Rahbar | JEFF SGTP 047184-JEFF SGTP 047185 | 401, 801 |
| 188 | | 07/14/09 | Communication between Jesse Litvak, Bill Jennings, Kevin Lamoin, and Shirley Prada | JEFF SGTP 026206 | 401, 801 |
| 189 | | 08/10/11 | Communications between Ken Zegar, Brian McGrath, Gary Litt, and Jefferies's sales force | JEFF SGTP 006079-JEFF SGTP 006080 | 401, 801 |
| 190 | | 08/31/11 | Communication between Perry Rahbar and Jesse Litvak | JEFF SGTP 003076-JEFF SGTP 003086 | 401, 801 |
| 191 | | N/A | Legacy Securities Public Private Investment Program- Program Update for Quarter Ending December 31, 2009 | JEFF SGTP 001062-JEFF SGTP 001069 | |
| 192 | | 09/30/11 | Communication between Stuart Kronick and Jonathan Hill | JEFF SGTP 004351 | 401, 801 |
| 193 | | 10/24/11 | Communication between Jesse Litvak, Ben Hunsaker, and Bill Jennings | JEFF SGTP 027739 | 401, 801 |
| 194 | | 04/06/10 | Communication between Ken Zegar and Jesse Litvak | JEFF SGTP 032552-JEFF SGTP 032554 | 401, 801 |
| 195 | | 12/21/10 | Communication between Jesse Litvak, Kevin Lamoin, and Nicholas Thompson | JEFF SGTP 034630 - JEFF SGTP 034631 | 401, 801 |
| 196 | | 03/02/11 | Communication between Kevin Blaney and Ken Zegar; Communication between Kevin Blaney and Mohit Marria | JEFF SGTP 035782 - JEFF SGTP 035785; JEFF SGTP 035770 - JEFF SGTP 035772 | 401, 801 |
| 197 | | 02/03/09 | Communication between Jesse Litvak and Perry Rahbar | JEFF SGTP 036970 | 401, 801 |
| 198 | | 04/15/11 | Communications between Ken Zegar and Brian McGrath | JEFF SGTP 028079 | 401, 801 |
| 199 | | 09/30/11 | Communication between Kevin Blaney and Jonathan Hill | JEFF SGTP 028129 - JEFF SGTP 028130 | 401, 801 |
| 200 | | 09/30/11 | Communication between Stuart Kronick and Jonathan Hill | JEFF SGTP 028131 | 401, 801 |
| 201 | | 03/04/11 | Communication between Ken Zegar, Brian McGrath, Louis Simone, and Jason Spieler | JEFF SGTP 028059 | 401, 801 |
| 202 | | 03/30/10 | Communication between Jesse Litvak, Jason Eynon, and Sasan Soleimani | JEFF SGTP 032482 | 401, 801 |
| 203 | | 02/15/11 | Communication between Roberto Sella, Kevin Blaney, and Kevin Lamoin | JEFF SGTP 035959 | 401, 801 |
| 204 | | 01/28/11 | Bloomberg trade ticket for RAMP 2004-RS4 MII2 | JEFF SGTP 035963 | 401 |
| 205 | | 02/15/11 | Bloomberg trade ticket for RAMP 2004-RS4 MII2 | JEFF SGTP 035964 | 401 |
| 206 | | 11/29/11 | Communication between Ken Zegar and Kevin Blaney | JEFF SGTP 036003 | 401, 801 |
| 207 | | 11/29/11 | Bloomberg trade ticket for ARSI 2004-W11 M6 | JEFF SGTP 036004 | 401 |
| 208 | | 11/29/11 | Communication between Paul Thompson and Kevin Blaney | JEFF SGTP 035995 | 401, 801 |
| 209 | | 11/29/11 | Communication between Kevin Blaney and Shirley Prada | JEFF SGTP 035996 | 401, 801 |
| 210 | | 11/29/11 | Bloomberg trade ticket for ARSI 2004-W11 M6 | JEFF SGTP 036006 | 401 |
| 211 | | 11/21/11 | Communication between Stuart Kronick, Brian McGrath, Louis Simone, and Jason Spieler; Communication between Brian McGrath and Stuart Kronick | JEFF SGTP 083313;JEFF SGTP 083322 | 401, 801 |

| | | | | | |
|---|---|---|---|---|---|
| 212 | | 02/15/11 | Communication between Roberto Sella, Kevin Blaney, and Kevin Lamoin | JEFF SGTP 035961 | 401, 801 |
| 213 | | 02/15/11 | Trade history for RAMP 2004-RS4 MII2 | JEFF SGTP 176365 | 401, 801 |
| 214 | | 01/07/11 | Communication between Jesse Litvak and Jason Spieler | JEFF SGTP 025621 - JEFF SGTP 025627 | 401, 801 |
| 215 | | 01/07/11 | Communication between Jason Spieler and PK Banks | JEFF SGTP 025639 - JEFF SGTP 025641 | 401, 801 |
| 216 | | 09/15/11 | Communication between Adam Isaacson, Stuart Kronick, and James Harris | JEFF SGTP 005592 - JEFF SGTP 005593 | 401, 801 |
| 217 | | 09/15/11 | Communication between Stuart Kronick and Jeff Zinn | JEFF SGTP 005567 | 401, 801 |
| 218 | | 09/15/11 | Communication between Stuart Kronick and various recipients | JEFF SGTP 005577 - JEFF SGTP 005578 | 401, 801 |
| 219 | | 09/09/11 | Communication between Stuart Kronick and Steven Hulett | JEFF SGTP 068919 | 401, 801 |
| 220 | | 07/26/11 | Communication between Neil Aggarwal, Jesse Litvak, and Ken Zegar | JEFF SGTP 006010 | 401, 801 |
| 221 | | 08/10/11 | Communication between Ken Zegar, Brian McGrath, Corey Brisee, Louis Simone and Jason Spieler | JEFF SGTP 006079 | 401, 801 |
| 222 | | 08/10/11 | Communication between Brian McGrath and Ken Zegar | JEFF SGTP 006080 | 401, 801 |
| 223 | | 08/10/11 | Communication between Ken Zegar, Brian McGrath, Corey Brisee, Louis Simone and Jason Spieler | JEFF SGTP 006081 | 401, 801 |
| 224 | | 08/10/11 | Communication between Ken Zegar and John Vibert | JEFF SGTP 006106 | 401, 801 |
| 225 | | 08/10/11 | Trading Blotter | JEFF SGTP 006113 | 401, 801 |
| 226 | | 10/04/11 | Communication between Stuart Kronick, Jason Eynon, Sasan Soleimani, Monica Nazareno, Bill Jennings, and Jonathan Hill | JEFF SGTP 027728 | 401, 801 |
| 227 | | 10/04/11 | Communication between Stuart Kronick, Jason Spieler, Brian McGrath, and Jonathan Hill | JEFF SGTP 027732 | 401, 801 |
| 228 | | 03/19/10 | Communication between Jesse Litvak and Thomas Durkin | JEFF SGTP 032264 | 401, 801 |
| 229 | | 04/06/10 | Communication between Ken Zegar and Jesse Litvak | JEFF SGTP 032568 | 401, 801 |
| 230 | | 04/15/10 | Communication between Ken Zegar, Beth Starr, and Kevin Lamoin | JEFF SGTP 032663 | 401, 801 |
| 231 | | 04/15/10 | Communication between Ken Zegar and Steve Kirchner | JEFF SGTP 032666 | 401, 801 |
| 232 | | 04/15/10 | Communication between Ken Zegar and Stuart Goldberg | JEFF SGTP 032716 | 401, 801 |
| 233 | | 04/15/10 | Communication between Stuart Goldberg and Ken Zegar | JEFF SGTP 032717 | 401, 801 |
| 234 | | 04/15/10 | Communication between Steve Kirchner and Ken Zegar | JEFF SGTP 032723 | 401, 801 |
| 235 | | 06/11/10 | Communication between Beth Starr, Jesse Litvak, Ken Zegar, and Haward Wang | JEFF SGTP 033275 | 401, 801 |
| 236 | | 06/11/10 | Communication between Ken Zegar and Jesse Litvak | JEFF SGTP 033278 | 401, 801 |
| 237 | | 02/04/09 | Markup report | JEFF SGTP 057085 - JEFF SGTP 057086 | 401 |
| 238 | | 04/01/09 | Markup report | JEFF SGTP 057214 - JEFF SGTP 057217 | 401 |
| 239 | | 05/27/10 | Markup report | JEFF SGTP 058784 - JEFF SGTP 058789 | 401 |
| 240 | | 09/09/11 | Communication between Stuart Kronick and Steven Hulett | JEFF SGTP 068919 | 401, 801 |
| 241 | | 03/04/10 | Communication between Brian McGrath and Jesse Litvak | JEFF SGTP 371476 - JEFF SGTP 371477 | 401, 801 |
| 242 | | 08/26/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 012980 | 401, 801 |
| 243 | | 09/09/09 | Communication between Jesse Litvak, Bill Jennings, Kevin Lamoin, and Shirley Prada | JEFF SGTP 013149 | 401, 801 |
| 244 | | 11/03/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014032 | 401 |
| 245 | | 11/16/09 | Communication between Bill Jennings, Jesse Litvak, Kevin Lamoin, and Shirley Prada | JEFF SGTP 014201 | 401, 801 |
| 246 | | 11/16/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014206 | 401, 801 |
| 247 | | 11/24/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014411 | 401, 801 |
| 248 | | 01/14/10 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 015492 | 401, 801 |
| 249 | | 10/08/10 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 021419 - JEFF SGTP 021420 | 401, 801 |
| 250 | | 05/22/09 | Communication between Bill Jennings, Jesse Litvak, Kevin Lamoin, and Shirley Prada | JEFF SGTP 026146 | 401, 801 |
| 251 | | 05/22/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026147 | 401, 801 |

| # | Date | Description | Bates | Objections |
|---|------|-------------|-------|------------|
| 252 | 12/09/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026267 | 401, 801 |
| 253 | 12/09/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026268 | 401, 801 |
| 254 | 01/07/10 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026354 | 401 |
| 255 | 04/14/10 | Communication between Jesse Litvak, Beth Starr, and Kevin Lamoin | JEFF SGTP 032625 | 401, 801 |
| 256 | 06/08/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 027491 | 401 |
| 257 | 11/16/09 | Communication between Beth Starr and Jesse Litvak | JEFF SGTP 031564 | 401, 801 |
| 258 | 05/07/10 | Communication between Kevin Blaney and Jesse Litvak | JEFF SGTP 033063 | 401, 801 |
| 259 | 06/13/11 | Communication between Stuart Goldberg and Jesse Litvak | JEFF SGTP 035053 | 401, 801 |
| 260 | 05/04/10 | Communication between Jason Eynon and Jesse Litvak | JEFF SGTP 061739 | 401, 801 |
| 261 | 05/22/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 370401 | 401, 801 |
| 262 | 03/01/10 | Communication between Brian McGrath and Jesse Litvak | JEFF SGTP 371405 | 801 |
| 263 | N/A | Spreadsheet of supervisor-reviewed communications | JEFF SGTP 371307 | 401 |
| 264 | 02/06/09 | Communication between Bill Jennings and various recipients | JEFF SGTP 007828 | 401, 801 |
| 265 | N/A | Spreadsheet with Litvak's trades from January 2009 through December 2011 | JEFF SGTP 371617 | |
| 266 | 04/01/10 | Markup report | JEFF SGTP 092940 –JEFF SGTP 092944 | 401 |
| 267 | 12/03/09 | GR-NEAM order ticket and valuation | GRNEAM000127-GRNEAM000129 | |
| 268 | 12/04/09 | Communication from Haward Wang to various recipients | JEFF SGTP 031681; JEFF SGTP 031682 | 401 |
| 269 | 12/15/09 | Communication from Haward Wang to various recipients | JEFF SGTP 031769 –JEFF SGTP 031770 | 401 |
| 270 | 03/29/10 | Communication between Jesse Litvak and Shirley Prada | JEFF SGTP 025472 | |
| 271 | 08/11/11 | Communication between Adam Sklar and Jesse Litvak | JEFF SGTP 025856 –JEFF SGTP 025857 | 401, 801 |
| 272 | 12/09/09 | Communication between Jesse Litvak and Bill Jennings | JEFF SGTP 026267 | 401, 801 |
| 273 | N/A | QVT valuations and buy/sell prices for LXS 2007-15N 2A1 and CWALT 2006-OA3 1A1 | QVT-LTVK-DEF-00000001 | 401 as to other trades |
| 274 | 10/07/10 | Selecting Fund Managers for the Legacy Securities Public-Private Investment Program | TBD | |
| 275 | N/A | Application for Treasury Investment in a Legacy Securities Public-Private Investment Fund | TBD | |
| 276 | N/A | Guidelines for the Legacy Securities Public-Private Investment Program | TBD | |
| 277 | 07/08/09 | United States Department of the Treasury Form Letter of Intent | TBD | |
| 278 | N/A | Legacy Securities Public-Private Investment Program (PPIP) Summary of Conflicts of Interest Rules and Ethical Guidelines | TBD | |
| 279 | 05/08/13 | Legacy Securities Public-Private Investment Program: Program Update-Quarter Ended 3/31/13 | TBD | |
| 280 | 10/21/11 | Legacy Securities Public-Private Investment Program: Program Update - Quarter Ended 9/30/11 | TBD | |
| 281 | 03/22/10 | US Treasury letter to AllianceBernstein | TBD | |
| 282 | N/A | Loan Agreement between the Bank of NY Mellon and the United States Department of the Treasury | TBD | |
| 283 | 07/16/10 | US Treasury letter to AllianceBernstein | TBD | |
| 284 | N/A | Amended and Restated Limited Partnership Agreement of AllianceBernstein Legacy Securities Master Fund, L.P. | TBD | |
| 285 | N/A | Amended and Restated Limited Partnership Agreement of Invesco Legacy Securities Master Fund, L.P. | TBD | |
| 286 | N/A | Amended and Restated Limited Partnership Agreement of Wellington Management Legacy Securities PPIF Master Fund, L.P. | TBD | |
| 287 | N/A | Amended and Restated Limited Partnership Agreement of RLJ Western Asset Public/Private Master Fund, L.P. | TBD | |
| 288 | N/A | Amended and Restated Limited Partnership Agreement of BlackRock PPIF, L.P. | TBD | |
| 289 | N/A | Amended and Restated Limited Partnership Agreement of AG GECC PPIF Master Fund, L.P. | TBD | |
| 290 | 09/05/12 | Engagement Memorandum – Evaluation of Treasury's Oversight Related to Public-Private Investment Program Trading Activity | TBD | |
| 291 | 10/02/09 | Engagement Memorandum – Review of the Internal Controls for the Legacy Securities Program under Treasury's Public-Private Investment Program | TBD | |

| # | Date | Description | Bates | Obj. |
|---|---|---|---|---|
| 292 | 11/16/10 | Engagement Memorandum – Review of Treasury's Oversight of the Internal Controls for the Legacy Securities Public-Private Investment Program | TBD | |
| 293 | 04/28/09 | SIGTARP Release -TALF Task Force Expanded to Address Public-Private Investment Plan | TBD | 401 |
| 294 | N/A | Legacy Securities Public Private Investment Program - FAQs | TBD | |
| 295 | 07/24/13 | SIGTARP Quarterly Report to Congress | TBD | |
| 296 | 01/30/13 | SIGTARP Quarterly Report to Congress | TBD | |
| 297 | 10/26/10 | SIGTARP Quarterly Report to Congress | TBD | |
| 298 | 01/06/10 | Communication between K. Costanzo and W. Wachtel | York-00011 | 401, 801 |
| 299 | 01/07/10 | Communication between K. Costanzo and various York recipients | York-00009 | 401, 801 |
| 300 | 01/07/10 | WAMCO's Internal Trade Ticket for DSLA 06-AR1 2A1A | WESTERN 00001-00002 | |
| 301 | 02/24/10 | Internal Trade Ticket for FHAMS 05-AA10 2A1 | MAGNETAR000079 | 401 |
| 302 | 06/24/10 | Invesco PPIP Account Trade Questionnaire | INVESCO 000049-000056 | |
| 303 | 06/24/10 | Invesco Working Papers regarding purchase of FHASI 2007-AR1 1A1 | INVESCO 000063-000064 | |
| 304 | 06/24/10 | Internal Invesco Trade Ticket regarding FHASI 2007-AR1 1A1 | INVESCO 000059-000061 | 401 as to other trades |
| 305 | 06/24/10 | FHASI 2007-AR1 1A1 Trade Ticket | JEFF SGTP 006524 | |
| 306 | 07/01/10 | Invesco PPIP Account Trade Questionnaire | INVESCO 000019-000032 | |
| 307 | 07/01/10 | Internal Invesco Trade Ticket regarding SARM 2005-21 7A1 | INVESCO 000039-000040 | |
| 308 | 03/26/10 | Communication between Jesse Litvak and Joel Wollman | QVT-LTVK-00000253 | 401, 801 |
| 309 | 03/29/10 | Trade confirmation for CWALT 06-AR3 1A1 | QVT-LTVK-00000269 | |
| 310 | 03/26/10 | Communication between Jesse Litvak and Joel Wollman | QVT-LTVK-0000000001-00000002 | 401 |
| 311 | N/A | Analysis of the CWALT and LXS Bonds | QVT-LTVK-DEF-00000001 | 401 as to other trades |
| 312 | 12/8/2009 | Email from Peter McMullin to Rory Brown | REDTOP 00001- REDTOP 00002 | 401 |
| 313 | 12/9/2009 | Communication between Jesse Litvak and Peter McMullin | JEFF SGTP 035846 | |
| 314 | 12/9/2009 | Trade Ticket sent by Kevin Lamoin to Peter McMullin regarding NYMT 05-2A | REDTOP-00004 | |
| 315 | 12/9/2009 | Email from Peter McMullin to Rory Brown, Jerry Ellis, and Jordan Rothstein | REDTOP-00003 | 401 |
| 316 | 12/9/2009 | Trade Ticket for Red Top's sale of NYMT 05-2 A to Bank of America | RT0002 | 401 |
| 317 | 5/28/2009 | Communication between Jesse Litvak and Alvin Sarabanchong | JEFF SGTP 025452 | 801 |
| 318 | 5/28/2009 | Communication between Alvin Sarabanchong and Kevin Blaney | MFA-00023 | |
| 319 | N/A | MFA Jacket Folder Handwritten Note | MFA-00030 | |
| 320 | 5/12/2014 | Fixed Income Organizational Chart | JEFF SGTP 004251-004271 | 401 |
| 321 | 12/23/2009 | Communication between Al Vlajinac and various Wellington recipients | WMC.JEF - 0001.003 | |
| 322 | 12/14/2009 | Communication between Jesse Litvak, Beth Starr, and Shirley Prada | JEFF SIGTARP 027929 | 801 |
| 323 | 12/23/2009 | Communication between Jesse Litvak and Al Vlajinac | WMC.LITV- 00006 | 801 |
| 324 | 12/23/2009 | Communication between Al Vlajinac and various Wellington Traders | WMC JEF - 0001.003 | |
| 325 | 12/21/2009 | Communication between Ken Zegar and Al Vlajinac | WMC.LITV- 00004 | 401, 801 |
| 326 | 9/3/2013 | Communication between Katherine Costanzo and Mark Schein | YORK00009 | 401 |
| 327 | 12/21/2009 | Communication between Ken Zegar and Al Vlajinac | WMC.LITV-00004 | 401, 801 |
| 328 | 1/7/2010 | Communication between Katherine Costanzo and Mark Schein | YORK 00009 | 401 |
| 329 | 3/31/2010 | Trade Ticket for Wayzata's Sale of LXS 07-15N 2A1 | WAYZ00005 – WAYZ-00008 | |
| 330 | 3/31/2010 | Communication between Prantap Chaturvedi and Jesse Litvak | JEFF SIGTARP 060655 | |
| 331 | 3/31/2010 | Trade Ticket for Wayzata Sale of HVMLT 06-10 2A1A | WAYZ-00001 - WAYZ-00004 | |
| 332 | 6/22/2011 | Communication between Robert Schick and Oktay Babayev | AB000066 | |
| 333 | 4/1/2010 | Trade Ticket for Wayzata's Sale of LXS 07-15N 2A1 | WAYZ-00009 - WAYZ-00012 | |
| 334 | N/A | Bank of New York Spreadsheet of PPIP Trades | BONY_000001 – BONY_000104 | |
| 335 | N/A | Bank of New York Trade Data for the Period of March 15, 2013 to Present | BNYM-LIT 000001 - BNYM-LIT 000004 | 401 |
| 336 | N/A | All PPIF Managers' Monthly and Quarterly Reports to Treasury | Various Bates Ranges | 403 |
| 337 | 3/24/2011 | Communication between Chris Bolger and various WAMCO and Jefferies recipients | JEFF SGTP 006530 - JEFF SGTP 006532 | 401, 801 |
| 338 | 3/24/2011 | Communication between Sasan Soleimani and Ben Hunsaker | JEFF SGTP 006529 | 401, 801 |
| 339 | 3/24/2011 | Communication between Chris Bolger and Jonathan Hill | JEFF SGTP 006533 | |
| 340 | 3/24/2011 | Communication between Jonathan Hill, Scott Auker, Kevin Lamoin, and Chris Bolger | JEFF SGTP 006534 | 401, 801 |

| | | | | |
|---|---|---|---|---|
| 341 | | 3/24/2011 | Communication between Sasan Soleimani, Chris Bolger, and Jonathan Hill | JEFF SGTP 006535 | 401, 801 |
| 342 | | 3/24/2011 | Communication between Sasan Soleimani and Stuart Kronick | JEFF SGTP 006536 | 401, 801 |
| 343 | | 3/24/2011 | Communication between Sasan Soleimani and Ben Hunsaker | JEFF SGTP 006537 - JEFF SGTP 006539 | 401, 801 |
| 344 | | 3/24/2011 | Communication between Scott Auker and Chris Bolger | JEFF SGTP 006543 | 401, 801 |
| 345 | | 3/24/2011 | Communication between Sasan Soleimani and Ben Hunsaker | JEFF SGTP 006540 | 401, 801 |
| 346 | | 3/24/2011 | Communication between Sasan Soleimani and Stuart Kronick | JEFF SGTP 006542 | 401, 801 |
| 347 | | 3/24/2011 | Communication between Sasan Soleimani and Ben Hunsaker | JEFF SGTP 006544 | 401, 801 |
| 348 | | 3/24/2011 | Communication between Sasan Soleimani and Chris Bolger | JEFF SGTP 006545 | 401, 801 |
| 349 | | 3/24/2011 | Communication between Chris Bolger and Stuart Kronick | JEFF SGTP 006546 | 401, 801 |
| <span style="color:red">350</span> | | <span style="color:red">8/10/2011</span> | <span style="color:red">Communication between Ken Zegar and various Jefferies recipients</span> | <span style="color:red">JEFF SGTP 006079</span> | <span style="color:red">401, 801</span> |
| <span style="color:red">351</span> | | <span style="color:red">8/10/2011</span> | <span style="color:red">Communication between Brian McGrath and Ken Zegar</span> | <span style="color:red">JEFF SGTP 006080</span> | <span style="color:red">401, 801</span> |
| 352 | | 1/11/2011 | Communication between Ken Zegar, Sasan Soleimani, Jason Eynon, and Monica Nazareno | JEFF SGTP 028051 | 401, 801 |
| 353 | | 1/11/2011 | Communication between Sasan Soleimani and Ken Zegar | JEFF SGTP 028054 | 401, 801 |
| <span style="color:red">354</span> | | <span style="color:red">3/4/2011</span> | <span style="color:red">Communication between Ken Zegar, Brian McGrath, Louis Simone, and Jason Spieler</span> | <span style="color:red">JEFF SGTP 028059</span> | <span style="color:red">401, 801</span> |
| <span style="color:red">355</span> | | <span style="color:red">3/4/2011</span> | <span style="color:red">Communication between Brian McGrath and John Vibert</span> | <span style="color:red">JEFF SGTP 028060</span> | <span style="color:red">401, 801</span> |
| 356 | | 3/4/2011 | Communication between Ken Zegar, Scott Auker, and Kevin Lamoin | JEFF SGTP 028061 | 401, 801 |
| 357 | | 3/4/2011 | Communication between Scott Auker and Nilam Patel | JEFF SGTP 028062 | 401, 801 |
| 358 | | 3/4/2011 | Communication between Scott Auker and Paul Park | JEFF SGTP 028063 | 401, 801 |
| <span style="color:red">359</span> | | <span style="color:red">4/15/2011</span> | <span style="color:red">Communication between Ken Zegar and Brian McGrath</span> | <span style="color:red">JEFF SGTP 028079</span> | <span style="color:red">401, 801</span> |
| 360 | | 4/15/2011 | Communication between Stuart Kronick and various recipients | JEFF SFGTP 028090 - JEFF SGTP 028093 | 401, 801 |
| <span style="color:red">361</span> | | <span style="color:red">4/15/2011</span> | <span style="color:red">Communication between Craig Holloway, Ken Zegar, and James McLaughlin</span> | <span style="color:red">JEFF SGTP 028064 - JEFF SGTP 028065</span> | <span style="color:red">401, 801</span> |
| 362 | | 3/11/2011 | Jefferies MBS Position Report | JEFF SGTP 034816 | 401, 801 |
| 363 | | 3/2/2011 | Communication between Ken Zegar and various recipients | JEFF SGTP 034796 - JEFF SGTP 034798 | 401, 801 |
| 364 | | 4/23/2012 | Communication between Ken Zegar and various Jefferies recipients | JEFF SGTP 004372 | 401, 801 |
| 365 | | 4/23/2012 | Communication between Mark Plansky and Scott Yedid | JEFF SGTP 028160 - JEFF SGTP 028161 | 401, 801 |