Crim-Trial (2/5/2010)

HONORABLE: _____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes   USPO_____INTERPRETER_____

DATE:_____ START TIME: _____ END TIME:_____

LUNCH RECESS   FROM: _____  TO: _____

RECESS (if more than ½ hr)   FROM: _____  TO: _____

CRIMINAL NO._____Deft #_____

UNITED STATES OF AMERICA                    _____
vs                                                                    AUSA

_____              _____
                                                                    Defendant's Counsel

## CRIMINAL JURY SELECTION/CALENDAR CALL

☐............  Deft _____ failed to appear. Bench Warrant to be issued.

☐............  ☐ Call of the Calendar held ☐ Call of the Calendar over to _____

☐............  ☐ Jury Selection held ☐ Jury Selection continued until _____

☐............  Grand Jury Selection : GJ #_____Foreperson: _____Deputy FP_____

☐......#____  Deft _____motion_____ ☐ granted ☐denied ☐ advisement

☐......#____  Deft _____motion_____ ☐ granted ☐denied ☐ advisement

☐......#____  Deft_____motion_____ ☐ granted ☐denied ☐ advisement

☐......#____  Govt's motion _____ ☐ granted ☐denied ☐ advisement

☐......#____  Govt's motion _____ ☐ granted ☐denied ☐ advisement

☐............  Deft _____Oral motion _____ ☐granted ☐denied ☐advisement

☐............  Deft _____Oral motion _____ ☐granted ☐denied ☐advisement

☐............  Govt's oral motion _____ ☐ granted ☐denied ☐ advisement

☐............  Govt's oral motion _____ ☐ granted ☐denied ☐ advisement

☐............  _____ ☐ filed

☐............  _____ ☐ filed

☐............  _____ ☐ filed

☐............  _____ ☐ filed

☐............  _____ jurors present

☐............  Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐............  Voir Dire by Court

☐............  Peremptory challenges exercised

☐............  Jury of _____and _____alternates drawn ☐ and sworn ☐ Jury Trial commences

☐............  Remaining jurors excused

☐............  Trial continued until _____at _____

☐............  COPY TO: JURY CLERK with juror lists