UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Crim No. 3:13CR19 (JCH) |
| | : | |
| JESSE C. LITVAK, | : | |
| | : | |
| Defendant. | : | February 4, 2014 |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney John B. Hughes, as local counsel for the Securities and Exchange Commission, in the above-captioned action.

        Respectfully submitted,

        DEIRDRE M. DALY
        UNITED STATES ATTORNEY


        /s/ John B. Hughes
        JOHN B. HUGHES
        ASSISTANT U.S. ATTORNEY
        CHIEF, CIVIL DIVISION
        157 CHURCH STREET-23RD FL.
        NEW HAVEN, CT   06510
        (203) 821-3700 FAX: (203) 773-5373
        FEDERAL BAR #: ct05289
        john.hughes@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on this February 4, 2014, a copy of the Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

    /s/ John B. Hughes
JOHN B. HUGHES
CHIEF, CIVIL DIVISION