Criminal Std  (6/13/2012)

HONORABLE: _____
DEPUTY CLERK _____    RPTR/ECRO/TAPE _____
USPO _____    INTERPRETER _____
TOTAL TIME: ____ hours ____ minutes
DATE: _____   START TIME: _____   END TIME: _____

**COURTROOM MINUTES**   Recess: 1:55-2:35

☐ IA-INITIAL APPEAR   ☐ BOND HRG          ☐ CHANGE OF PLEA      ☐ IN CAMERA HRG
☐ IA- RULE 5          ☐ DETENTION HRG     ☐ WAIVER/PLEA HRG       COMPETENCY HRG
☐ ARRAIGNMENT         ☐ PROBABLE CAUSE    ☐ EXTRADITION HRG       FORFEITURE
☐ CONFLICT HRG        ☐ EVIDENTIARY HRG   ☐ STATUS CONF           MOTION HRG

CRIMINAL NO. _____   DEFT # _____
                                               _____
                                               AUSA

**UNITED STATES OF AMERICA**
                vs
                                               _____
                                               Counsel for Defendant Ret ☐  CJA ☐  PDA ☐

═══════════════════════════════════════════════════════════════════

☐ .......Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of _____
☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
☐ ...... Order Appointing Federal Public Defender's Office filed
☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ...... Appearance of _____ filed
☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ...... Plea Agreement Ltr filed ☐ under seal   to be e-filed
☐ ......Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____
☐ ...... Petition to Enter Guilty Plea filed                              (indict, superseding indict, info)
☐ ...... Defendant motions due _____ ; Government responses due _____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ .......Hearing on Pending Motions scheduled for _____ at _____
☐ ...... Jury Selection set for _____ at _____
☐ ...... Remaining Count(s) to be dismissed at sentencing
☐ ...... Sentencing set for _____ at _____   ☐ Probation 246B Order for PSI & Report
☐ ...... Special Assessment of $_____ on count(s)_____. Total $_____   Due immediately   Pay at sentencing
☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating /another District of _____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ...... Defendant detained
☐ ......         Hearing ☐ waived ☐ set for _____   ☐ continued until _____
☐ ...... Set Attorney Flag and notify Federal Grievance Clerk
                              ☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Deft _____ Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Deft _____ Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Govt Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Govt Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ filed | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ filed | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ filed | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ filed | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ filed | ☐ | ☐ | ☐ |