UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | February 17, 2014 |

## GOVERNMENT'S WITNESS LIST

At the February 18, 2014 trial, the Government anticipates calling the following witnesses:

1.  Michael Canter of AllianceBernstein

2.  Thomas Carocci of the Financial Industry Regulatory Authority (FINRA)

3.  Katherine Corso of York Capital Management

4.  Johan Eveland of Jefferies LLC

5.  Vladimir Lemin of Magnetar Capital

6.  Tracy Lincoln of Jefferies LLC

7.  David Miller formerly of the Department of the Treasury, Office of Financial Stability

8.  Brian Norris of Invesco Ltd.

9.  Special Agent James O'Connor of the Office of the Special Inspector General for the Troubled Asset Relief Program

10. Al Vlajinac of Wellington Management Company

11. Joel Wollman of QVT Financial

12. Robert Welch of Jefferies LLC

13. Adam Wolf of Bloomberg LP

The Government reserves the right to call additional witnesses in its case-in-chief or in any rebuttal case to rebut claims that may be made as part of the defense in this case.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT23923
eric.glover@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 17, 2014, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF

System.

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
