United States v. Litvak - 3:13CR19(JCH) - Government's Proposed Trial Exhibits

| Exhibit Number | Bates Range | Description | Redacted |
|---|---|---|---|
| 1 | JEFF SGTP 000336-000338 | 11/10/11 Communication from Beth Starr to representatives of AllianceBernstein | |
| 10A | JEFF SGTP 025500 | Trade Ticket for Jefferies' purchase of HVMLT 2006-10 2A1A | |
| 10B | JEFF SGTP 025501 | Trade Ticket for Jefferies' sale of HVMLT 2006-10 2A1A | |
| 11 | AB0000015 | 3/30/10 Communication from Jesse Litvak to Michael Canter | |
| 12 | JEFF SGTP 025478-025482 | 3/31/10 Communication between William Jennings and Wayzata | |
| 13A | JEFF SGTP 025486-025487 | 3/31/10 Communications between Jesse Litvak to Michael Canter | |
| 13B | JEFF SGTP 025492 | 3/31/10 Communication between Jesse Litvak and Parantap Chaturvedi | |
| 13C | JEFF SGTP 025493 | 3/31/2010 Internal Trade Ticket for Jefferies' sale of HVMLT 2006-10 2A1A | |
| 14 | JEFF SGTP 025483, AB000001 | 3/31/10 Email drafted by Jesse Litvak to himself | |
| 15A | JEFF SGTP 026502 | 3/31/10 Communications between William Jennings and Jesse Litvak | |
| 15B | JEFF SGTP 025485 | 3/31/10 Communications between William Jennings and Jesse Litvak | |
| 15C | JEFF SGTP 026503 | 3/31/10 Communications between William Jennings and Jesse Litvak | |
| 16A | JEFF SGTP 025488 | 3/31/10 Communication between William Jennings and Wayzata | |
| 16B | JEFF SGTP 025490 | 3/31/10 Communication between William Jennings and Wayzata | |
| 16C | JEFF SGTP 025491 | 3/31/10 Communication between William Jennings and Kevin Lamoin | |
| 17 | JEFF SGTP 025489 | 3/31/10 Communication from William Jennings to Jesse Litvak | |
| 20A | JEFF SGTP 025505 | Trade Ticket for Jefferies' purchase of LXS 2007-15N 2A11 | |
| 20B | JEFF SGTP 025504 | Trade Ticket for Jefferies sale of LXS 2007-15N 2A1 | |
| 30A | JEFF SGTP 025817 | Trade ticket for Jefferies' purchase of HVMLT 2007-7 2A1A | |
| 30B | JEFF SGTP 025816 | Trade ticket for Jefferies' sale of HVMLT 2007-7 2A1A | |
| 31A | JEFF SGTP 025761 | 6/22/11 Communication from Brian McGrath to Jesse Litvak | |
| 31B | JEFF SGTP 025768 | 6/22/11 Communications between Jesse Litvak and Gary Litt | |
| 32A | JEFF SGTP 025763 | 6/22/11 Communications between Jesse Litvak and Ben Morganstein | |
| 32B | JEFF SGTP 025799 | 6/22/11 Communications between Jesse Litvak and Ben Morganstein | |
| 32C | JEFF SGTP 025796-025798 | 6/22/11 Communications between Jesse Litvak and Ben Morganstein | Y |
| 33A | SFM-LITVAK-0000025 | 6/22/11 Communication between Jason Spieler and Gary Litt | |
| 33B | JEFF SGTP 025780 | 6/22/11 Communication between Jesse Litvak and Gary Litt | |
| 33C | JEFF SGTP 025785-86 | 6/22/11 Communication between Representatives of Jefferies and Gary Litt | |
| 33D | SFM-LITVAK-0000026 | 6/22/11 Communication from Jason Spieler to Gary Litt | |
| 34 | JEFF SGTP 025793-025794 | 6/22/11 Communication between Jesse Litvak and Jordan Reiger | |
| 35 | JEFF SGTP 025787-025792 | 6/22/11 Communication between Jesse Litvak and Robert Schick | Y |
| 40A | JEFF SGTP 006526 | Trade ticket for Jefferies' purchase of SARM 2005-21 7A1 | |
| 40B | JEFF SGTP 006527 | Trade ticket for Jefferies' sale of SARM 2005-21 7A1 | |
| 41 | JEFF SGTP 006519 | 7/1/10 Communication from Kevin Blaney to Jesse Litvak | |
| 42 | INVESCO 000152 | 7/1/10 Communication from Jesse Litvak to Brian Norris | |
| 43 | JEFF SGTP 006521-006523 | 7/1/10 Communication between Brian Norris and Jesse Litvak | Y |
| 44A | INVESCO 000019 | Invesco's work papers for 7/1/10 SARM 2005-21 7A1 trade | |
| 44B | INVESCO 000021-000024 | Invesco's work papers for 7/1/10 SARM 2005-21 7A1 trade | |
| 44C | INVESCO 000025 | Invesco's work papers for 7/1/10 SARM 2005-21 7A1 trade | |

United States v. Litvak - 3:13CR19(JCH) - Government's Proposed Trial Exhibits

| | | | |
|---|---|---|---|
| 50A | JEFF SGTP 027951 | Trade ticket for Jefferies' purchase of WFMBS 2006-AR12 1A1 | |
| 50B | JEFF SGTP 027952 | Trade ticket for Jefferies' sale of WFMBS 2006-AR12 1A1 | |
| 51 | WMC JEF-0010 | 12/14/09 Notation in Wellington Trader's Notebook | |
| 52 | JEFF SGTP 027929 | 12/14/09 Communication from Jesse Litvak to Beth Starr and Shirley Prada | |
| 53 | JEFF SGTP 027935 | 12/18/09 Communication between Beth Starr and Jesse Litvak | |
| 54A | WMC JEF-0001.018 | 12/18/09 Communication between Jesse Litvak and Al Vlajinac | |
| 54B | WMC JEF-0001.017 | 12/18/09 Communication between Jesse Litvak and Al Vlajinac | |
| 55 | JEFF SGTP 027936 | 12/21/09 Communication from Ken Zegar to Jesse Litvak | |
| 56 | JEFF SGTP 027937 | 12/21/09 Communication between Jesse Litvak and Jason Eynon | |
| 57 | WMC JEF-0001.016 | 12/23/09 Communication between Jesse Litvak and Al Vlajinac | |
| 58A | WMC JEF-0009 | Wellington trading notes | |
| 58B | WMC.LITV-001 | Screenshot of trade ticket | |
| 60A | JEFF SGTP 025468 | Trade ticket for Jefferies' purchase of INDX 2007-AR7 2A1 | |
| 60B | JEFF SGTP 025467 | Trade ticket for Jefferies' sale of INDX 2007-AR7 2A1 | |
| 61A | JEFF SGTP 025422-23, 025425-31 | 5/28/09 Communication between Alvin Sarabanchong and Jesse Litvak | |
| 61B | JEFF SGTP 025439-43, 025447 | 5/28/09 Communication between Alvin Sarabanchong and Jesse Litvak | |
| 61C | JEFF SGTP 025448-025452 | 5/28/09 Communication between Alvin Sarabanchong and Jesse Litvak | |
| 61D | JEFF SGTP 025455-025456 | 5/28/09 Communication between Alvin Sarabanchong and Jesse Litvak | |
| 62A | JEFF SGTP 025424 | 5/28/09 Communication between Keri Anisgarten and Jesse Litvak | |
| 62B | JEFF SGTP 025432-025435 | 5/28/09 Communication between Keri Anisgarten and Jesse Litvak | |
| 62C | JEFF SGTP 025436-025438 | 5/28/09 Communication between Keri Anisgarten and Jesse Litvak | |
| 62D | JEFF SGTP 025444-025446 | 5/28/09 Communication between Keri Anisgarten and Jesse Litvak | |
| 62E | JEFF SGTP 025453-025454 | 5/28/09 Communication between Keri Anisgarten and Jesse Litvak | |
| 62F | JEFF SGTP 025457 | 5/28/09 Communication between Keri Anisgarten and Jesse Litvak | |
| 63A | JEFF SGTP 025465 | 5/28/09 Communication by Jesse Litvak within Jefferies | |
| 63B | JEFF SGTP 006248 | 5/28/09 Communication by Jesse Litvak within Jefferies | |
| 63C | JEFF SGTP 006247 | 5/28/09 Communication by Jesse Litvak within Jefferies | |
| 70A | JEFF SGTP 035854 | Trade ticket for Jefferies' purchase of NYMT 2005-2A | |
| 70B | JEFF SGTP 035855 | Trade ticket for Jefferies' sale of NYMT 2005-2A | |
| 71 | GRNEAM000006, 000001 | 12/2/09 Communication between William Jennings and Gen Re | |
| 72A | JEFF SGTP 035811 | 12/3/09 Communication between William Jennings and Jesse Litvak | |
| 72B | JEFF SGTP 035813 | 12/3/09 Communication4s between William Jennings and Jesse Litvak | |
| 72C | JEFF SGTP 035815 | 12/7/09 Communication between William Jennings and Jesse Litvak | |
| 72D | JEFF SGTP 026259 | 12/7/09 Communication between William Jennings and Jesse Litvak | |
| 72E | JEFF SGTP 026260 | 12/7/09 Communication between William Jennings and Jesse Litvak | |
| 72F | JEFF SGTP 031684 | 12/7/2009 Communication from Jesse Litvak to Beth Starr and Shirley Prada | |
| 72G | JEFF SGTP 026261 | 12/7/09 Communication between William Jennings and Jesse Litvak | |
| 72H | JEFF SGTP 035816-035819 | 12/8/09 Communication between William Jennings and Jesse Litvak | |
| 72I | JEFF SGTP 035838 | 12/8/09 Communication between Jesse Litvak and members of Jefferies | |
| 73 | JEFF SGTP 035828 | 12/8/09 Communication from Beth Starr to Jesse Litvak | |

United States v. Litvak - 3:13CR19(JCH) - Government's Proposed Trial Exhibits

| | | | |
|---|---|---|---|
| 74 | JEFF SGTP 035831 | 12/8/09 Communication between Jesse Litvak and Alvin Sarabanchong | |
| 75 | JEFF SGTP 035820, 035840-43, 035845 | 12/8/09 Communication between Jesse Litvak and Red Top | |
| 76A | JEFF SGTP 035844 | 12/9/09 Communication between Jesse Litvak and Bill Jennings | |
| 76B | JEFF SGTP 035851-035852 | 12/9/09 Communications from Jesse Litvak within Jefferies | Y |
| 80A | JEFF SGTP 006436 | Trade ticket for Jefferies' purchase of DSLA 2006-AR1 2A1A | |
| 80B | JEFF SGTP 006437 | Trade ticket for Jefferies' sale of DSLA 2006-AR1 2A1A | |
| 81A | JEFF SGTP 006432-006433 | 1/7/10 Communication between Katherine Costanzo and Jesse Litvak | |
| 81B | JEFF SGTP 006434 | 1/7/10 Communication between Jesse Litvak and Beth Starr | |
| 81C | YORK-00025-00027 | 1/7/10 Communication from Katherine Costanzo to Jesse Litvak | |
| 82A | JEFF SGTP 006431 | 1/7/10 Communication between Jesse Litvak and Jeff Katz | |
| 82B | WAMCO-000082 | 1/7/10 Communication from Jeff Katz to Sasan Soleimani | |
| 82C | WESTERN 00002 | Western Asset's internal trade ticket for purchase of DSLA 2006-AR1 2A1A | |
| 90A | JEFF SGTP 025475 | Trade ticket for Jefferies' purchase of CWALT 2006-0A3 1A1 | |
| 90B | JEFF SGTP 025474, QVT-LTVK-00000268 | Trade tickets for Jefferies' sale of CWALT 2006-0A3 1A1 | |
| 91 | QVT-LTVK-0267 | 3/29/10 Communication from Jesse Litvak to Joel Wollman | |
| 92 | JEFF SGTP 006270 | 3/29/10 Communication between Jesse Litvak and Joel Wollman | |
| 100A | JEFF SGTP 035712 | Trade ticket for Jefferies' purchase of LXS 2007-15N 2A1 | |
| 100B | JEFF SGTP 035713 | Trade ticket for Jefferies' sale of LXS 2007-15N 2A1 | |
| 101 | JEFF SGTP 035682, 035685-87, 035690, 035693 | 4/1/10 Communications between Wayzata and Jesse Litvak | |
| 102A | JEFF SGTP 035705-035706 | 4/1/10 Communications between Jesse Litvak and Joel Wollman; Communication from Jesse Litvak re: trade ticket | Y |
| 102B | JEFF SGTP 035707 | 4/1/10 Communication from Jesse Litvak to Parantap Chaturvedi | |
| 103 | JEFF SGTP 035702-035703 | 4/1/10 Communications between Jesse Litvak and William Jennings | |
| 110A | JEFF SGTP 035946 | Trade ticket for Jefferies' purchase of FHAMS 2005-AA10 2A1 | |
| 110B | JEFF SGTP 035947-035950 | Trade tickets for Jefferies' sale of FHAMS 2005-AA10 2A1 | |
| 111 | GRNEAM0068 | 11/18/10 Communications between Gen Re and Ken Zegar | |
| 112 | JEFF SGTP 035942-035944 | 11/22/10 Communications between Vladimir Lemin and Jesse Litvak | |
| 113 | JEFF SGTP 028198-028199 | 11/22/10 Communication between Jesse Litvak and Mark Plansky | |
| 160A | JEFF SGTP 006496 | Trade ticket for Jefferies' purchase of FHASI 2007-AR1 1A1 | |
| 160B | JEFF SGTO 006497 | Trade ticket for Jefferies' sale of FHASI 2007-AR1 1A1 | |
| 161A | JEFF SGTP 033450 | 6/24/10 Communications between Jesse Litvak and Brian Kienzle | |
| 161B | JEFF SGTP 033438 | 6/24/10 Communications between Jesse Litvak and Brian Kienzle | |
| 162A | JEFF SGTP 033442-033443 | 6/24/10 Communication from Brian Norris to Jesse Litvak | |
| 162B | JEFF SGTP 006494 | 624/10 Communication from Jesse Litvak to Brian Norris | |
| 162C | JEFF SGTP 033446 | 624/10 Communication from Jesse Litvak to Brian Norris | |
| 163 | INVESCO 000049-000051, INVESCO 000053-000054 | Invesco Ltd. PPIP Account Trade Questions | |

United States v. Litvak - 3:13CR19(JCH) - Government's Proposed Trial Exhibits

| | | | |
|---|---|---|---|
| 201 | JEFF SGTP 371792 | Spreadsheet reflecting all of defendant's trading from 1/2009-12/2011 | |
| 202 | JEFF SGTP 032941-032947 | 5/5/10 Communication between Perry Rahbar and Jesse Litvak | |
| 203A | JEFF SGTP 371618-371619 | Jesse Litvak's W-2 (2008) | |
| 203B | JEFF SGTP 371620-371621 | Jesse Litvak's W-2 (2009) | |
| 203C | JEFF SGTP 371622-371623 | Jesse Litvak's W-2 (2010) | |
| 203D | JEFF SGTP 371624-371625 | Jesse Litvak's W-2 (2011) | |
| 203E | JEFF SGTP 371626-371627 | Jesse Litvak's W-2 (2012) | |
| 204A | JEFF SGTP 002540-002541 | Equity Award Statement | |
| 204B | JEFF SGTP 002542-A | Litvak P&L Statement | |
| 205 | JEFF SGTP 002453-0002461 | Jesse Litvak's Employment Contract | |
| ~~206~~ | WITHDRAWN | | |
| 207A | JEFF SGTP 371938-371947 | Jefferies' Code of Ethics (Nov. 2007) | |
| 207B | JEFF SGTP 371948-371957 | Jefferies' Code of Ethics (Nov. 2008) | |
| 207C | JEFF SGTP 371958-371967 | Jefferies' Code of Ethics (Feb. 2010) | |
| 207D | JEFF SGTP 371968-371977 | Jefferies' Code of Ethics (Nov. 2010) | |
| 207E | JEFF SGTP 006318-006328 | Jefferies' Code of Ethics (Nov. 2011) | |
| 208 | JEFF SGTP 002408-002412 | Jesse Litvak's New Hire Compliance Questionnaire - 2008 | |
| 209 | JEFF SGTP 002413-002418 | Jesse Litvak's Annual Compliance Questionnaire - 2008 | |
| 210 | JEFF SGTP 002419-002424 | Jesse Litvak's Annual Compliance Questionnaire - 2009 | |
| 211 | JEFF SGTP 002425-002431 | Jesse Litvak's Annual Compliance Questionnaire - 2010 | |
| 212 | JEFF SGTP 002432-002436 | Jesse Litvak's Annual Compliance Questionnaire - 2011 | |
| 213A | JEFF SGTP 174861-97 | Annual Compliance Meeting (2009) | |
| 213B | JEFF SGTP 174858-60 | Annual Compliance Meeting Sign-In (2009) | |
| 213C | JEFF SGTP 174698-713 | Annual Compliance Training Mortgage Trading and Sales Compliance (2010) | |
| 213D | JEFF SGTP 174863-67 | Annual Compliance Training Mortgage Sign-In (2010) | |
| 213E | JEFF SGTP 174788-804 | Annual Compliance Training Mortgage Trading and Sales Compliance (2011) | |
| 213F | JEFF SGTP 174871-76 | Annual Compliance Training - Mortgage Group Sign-In (Nov. 17, 2011) | |
| 213G | JEFF SGTP 174877-93 | Jefferies' Fixed Income and High Yield Compliance Training | |
| 213H | JEFF SGTP 174894-917 | Jefferies' Compliance Training | |
| 213I | JEFF SGTP 174918-38 | Jefferies' Compliance Training (Oct. 2011) | |
| 213J | JEFF SGTP 174647-67 | New Employee Mortgage Training and Sales Compliance Training | |
| 213K | JEFF SGTP 174677-80 | Electronic Communications Training | |
| 213L | JEFF SGTP 174747-74 | New Employee Mortgage Training and Sales Compliance Training (2011) | |
| 214A | JEFF SGTP 372068-372100 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Fixed Income Sales and Trading Personnel (July 2008) | |
| 214B | JEFF SGTP 372101-372135 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Fixed Income Sales and Trading Personnel (May 2009) | |
| 214C | JEFF SGTP 372136-372171 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Fixed Income Sales and Trading Personnel (May 2010) | |

United States v. Litvak - 3:13CR19(JCH) - Government's Proposed Trial Exhibits

| | | | |
|---|---|---|---|
| 214D | JEFF SGTP 372172-372206 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Fixed Income Sales and Trading Personnel (July 2010) | |
| 214E | JEFF SGTP 372207-372242 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Fixed Income Sales and Trading Personnel (May 2011) | |
| 214F | JEFF SGTP 372243-372274 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Fixed Income Sales and Trading Personnel (October 2011) | |
| 214G | JEFF SGTP 006329-006360 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Fixed Income Sales and Trading Personnel (July 2012) | |
| 215A | JEFF SGTP 372275-372301 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Mortgage & Asset Backed Securities Sales and Trading Personnel (July 2009) | |
| 215B | JEFF SGTP 372302-372327 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Mortgage & Asset Backed Securities Sales and Trading Personnel (April 2010) | |
| 215C | JEFF SGTP 372328-372354 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Mortgage & Asset Backed Securities Sales and Trading Personnel (May 2010) | |
| 215D | JEFF SGTP 372355-372382 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Mortgage & Asset Backed Securities Sales and Trading Personnel (May 2011) | |
| 215E | JEFF SGTP 002364-002393 | Jefferies' Compliance Policy Manual: Compliance and Supervisory Policies and Procedures for Mortgage & Asset Backed Securities Sales and Trading Personnel (October 2011) | |
| 216 | FINRA-000395-000410 | FINRA's CRD report for Jesse Litvak | Y |
| 217A | FINRA-000411-000448 | Content Outline for the General Securities Registered Representative Examination (Test Series 7) | |
| 217B | FINRA-000502-000608 | Uniform Securities Agent State Law Examination Study Guide | |
| 218 | JEFF SGTP 371978 | P&L Report for Jefferies' Mortgage Desk 2009 | |
| 219 | JEFF SGTP 371979 | P&L Report for Jefferies' Mortgage Desk 2010 | |
| 220 | | MOVED TO 337 | |
| 221 | | MOVED TO 338 | |
| ~~301~~ | WITHDRAWN | | |
| 302 | JEFF SGTP 098134-098136 | 7/21/09 Communication between Jesse Litvak and Perry Rahbar | Y |
| 303 | JEFF SGTP 043812 | 7/9/09 Communication rom Jesse Litvak to Perry Rahbar | |
| ~~304~~ | WITHDRAWN | | |
| 305 | JEFF SGTP 029266 | 10/27/09 Communication between Jesse Litvak and William Jennings | |
| 306 | JEFF SGTP 046454-046457 | 11/3/09 Communication between Jesse Litvak and Perry Rahbar | Y |
| 307 | JEFF SGTP 031557 | 11/16/09 Communication between Jesse Litvak and Thomas Durkin | Y |
| 308 | JEFF SGTP 031597 | 11/18/09 Communication between Jesse Litvak and Ilan Stern | |
| 309 | JEFF SGTP 014471 | 11/30/09 Communication between Jesse Litvak and William Jennings | |

United States v. Litvak - 3:13CR19(JCH) - Government's Proposed Trial Exhibits

| | | | |
|---|---|---|---|
| 310 | JEFF SGTP 014518 | 11/30/09 Communication between Jesse Litvak and William Jennings | |
| 311 | JEFF SGTP 031766 | 12/15/09 Communication between Jesse Litvak and PK Banks | |
| 312 | JEFF SGTP 015121 | 12/17/09 Communication between Jesse Litvak and William Jennings | |
| 313 | JEFF SGTP 031826 | 1/5/10 Communication between Jesse Litvak and Peter McMullin | |
| 314 | JEFF SGTP 031812-031817 | 1/5-6/10 Communication between Jesse Litvak and Perry Rahbar | Y |
| ~~315~~ | WITHDRAWN | | |
| 316 | JEFF SGTP 017665 | 1/29/10 Communication between Jesse Litvak and William Jennings, et al. | |
| 317 | JEFF SGTP 047832, 018183-018190 | 1/29/10 Communication between Jesse Litvak and Perry Rahbar | Y |
| 318 | JEFF SGTP 047842 | 1/29/10 Communication between Jesse Litvak and Perry Rahbar | |
| 319 | JEFF SGTP 002071-002072 | 3/1/10 Communication between Jesse Litvak and Brian McGrath | Y |
| ~~320~~ | WITHDRAWN | | |
| 321 | JEFF SGTP 032372 | 3/22/10 Communication between Jesse Litvak and Kevin Blaney | |
| 322 | JEFF SGTP 050568-050571 | 5/18/10 Communication between Jesse Litvak and Perry Rahbar | Y |
| 323A | JEFF SGTP 033195 | 5/1910 Communication between Jesse Litvak and Scott Yedid | Y |
| 323B | JEFF SGTP 033196-033201 | 5/19/10 Communication between Jesse Litvak and representatives of WAMCO | |
| ~~324~~ | WITHDRAWN | | |
| ~~325~~ | WITHDRAWN | | |
| 326 | JEFF SGTP 033636-0033637 | 7/27/10 Communication between representatives of Jefferies and representatives of RBC | Y |
| ~~327~~ | WITHDRAWN | | |
| ~~328~~ | WITHDRAWN | | |
| ~~329~~ | WITHDRAWN | | |
| 330 | JEFF SGTP 049017-049257 | Office of the Special Inspector General for the Troubled Asset Relief Program, *Quarterly Report to Congress April 20, 2010* | Y |
| 331 | USAO-000677-679 | 12 U.S.C. § 5201, *et seq.* | |
| 332 | USAO-000679-80 | 12 U.S.C. § 5211 | |
| 333 | USAO-000690-000692 | 12 U.S.C. § 5231 | |
| 334 | USAO-000693-000695 | 12 U.S.C. § 5231a | |
| 335 | USAO000682-00689 | 31 C.F.R. §§ 31.1, *et seq.* | |
| 336 | BONY-000001-000104 | Spreadsheet of transaction data for PPIP trades | |
| 337 | JEFF SGTP 371801-371804 | 1/24/11 Communication between Jesse Litvak and Representatives of AllianceBernstein | Y |
| 338 | JEFF SGTP JEFF SGTP 371805-371814 | 7/14/10 Communication between representatives of Jefferies and representatives of AllianceBernstein | Y |
| 401 | JEFF SGTP 059789 | 11/3/09 Internal trade ticket for Jefferies' purchase of CMLTI 2007-AR8 2A1A | |
| 402 | JEFF SGTP 059790 | 11/3/09 Communication between Jesse Litvak and Michael Canter | |
| 403A | JEFF SGTP 035667 | 4/1/10 Trade ticket for Jefferies' purchase of RALI 2007-QH1 A1 | |
| 403B | JEFF SGTP 035668 | 4/1/10 Trade ticket for Jefferies' sale of RALI 2007-QH1 A1 | |

United States v. Litvak - 3:13CR19(JCH) - Government's Proposed Trial Exhibits

| | | | |
|---|---|---|---|
| 404 | AB000020-21 | 4/1/10 Communication between Michael Canter and Jesse Litvak | |
| 405 | JEFF SGTP 035660 | 4/1/10 Communication from William Jennings to Jesse Litvak | |
| 406A | JEFF SGTP 006461 | 5/4/10 Trade ticket for Jefferies' purchase of WAMU 2006-AR14 1A1 | |
| 406B | JEFF SGTP 006462 | 5/4/10 Trade ticket for Jefferies' sale of WAMU 2006-AR14 1A1 | |
| 407 | JEFF SGTP 000046-000047 | 5/4/10 Communication between Jesse Litvak, Ken Zegar, and Michael Canter | |
| 408A | JEFF SGTP 006517 | 6/29/2010 Trade ticket for Jefferies' purchase of WMALT 2007-OA3 2A | |
| 408B | JEFF SGTP 006518 | 6/29/2010 Trade ticket for Jefferies' sale of WMALT 2007-OA3 2A | |
| 409A | JEFF SGTP 371815-371817 | 6/29/10 Communication from Chris Heaney to Jesse Litvak | Y |
| 409B | JEFF SGTP 000048-51 | 6/29/10 Communications between representatives of Jefferies and representatives of AllianceBernstein | Y |
| 410A | JEFF SGTP 002495 | 9/14/10 Trade ticket for Jefferies' purchase of HVMLT 2007-7 2A1A | |
| 410B | JEFF SGTP 002494 | 9/14/10 Trade ticket for Jefferies' sale of HVMLT 2007-7 2A1A | |
| 411 | JEFF SGTP 000057-59 | 9/14/10 Communications between Jesse Litvak and Michael Canter | Y |
| 412A | JEFF SGTP 314991 | 1/12/11 Trade ticket for Jefferies' purchase of HVMLT 2007-7 2A1A | |
| 412B | JEFF SGTP 314992 | 1/12/11 Trade ticket for Jefferies' sale of HVMLT 2007-7 2A1A | |
| 413 | JEFF SGTP 314983-314984 | 1/12/11 Communication between Boris Peresechensky and Jesse Litvak | |
| 414 | JEFF SGTP 314985-314986 | 1/12/11 Communication between Beth Starr and Jesse Litvak | Y |
| 415 | JEFF SGTP 314987-314989 | 1/12/11 Communication between representatives of Jefferies and representatives of AllianceBernstein | Y |
| 416A | JEFF SGTP 371729 | 6/23/09 Trade ticket for Jefferies' purchase of WAMU 2006-AR 7 1A | |
| 416B | JEFF SGTP 371730 | 6/23/09 Trade ticket for Jefferies' sale WAMU 2006-AR7 1A | |
| 417A | JEFF SGTP 371835 | 6/23/09 Communication between Scott Auker and Jesse Litvak | |
| 417B | JEFF SGTP 371315-371316 | 6/23/09 Communication between Vladimir Lemin and Jesse Litvak | Y |
| 418A | JEFF SGTP 035729-035735 | 1/11/11 Trade tickets for Jefferies' purchase of HVMLT 2004-9 4A3 | |
| 418B | JEFF SGTP 035736-035738 | 1/11/11 Trade tickets for Jefferies' sale of HVMLT 2004-9 4A3 | |
| 419 | JEFF SGTP 035722-035725 | 1/11/11 Communication between representatives of Jefferies and representatives of Magnetar | Y |
| 420 | JEFF SGTP 035726 | 1/11/11 Communication from Beth Starr to Jesse Litvak | Y |
| 421A | JEFF SGTP 371735-371742 | 1/6/11 Trade tickets for Jefferies' purchase of CWALT 2007-OH3 A3 | |
| 421B | JEFF SGTP 371743-371744 | 1/6/11 Trade tickets for Jefferies' sale of CWALT 2007-OH3 A3 | |
| 422A | JEFF SGTP 371857 | 1/6/11 Internal Trade ticket | |
| 422B | JEFF SGTP 371858 | 1/6/11 Communication from Jesse Litvak to Haward Wang | |
| 422C | JEFF SGTP 371334-371338 | 1/6/11 Communication between Jesse Litvak, Beth Starr, and Joel Wollman | Y |
| 423A | JEFF SGTP 06444 | 3/26/10 Trade ticket for Jefferies' purchase of BSARM 2007-4 2A1 | |
| 423B | JEFF SGTP 006445 | 3/26/10 Trade ticket for Jefferies' sale of BSARM 2007-4 2A1 | |
| 424A | JEFF SGTP 002958 | 3/26/10 Communication between Jesse Litvak and Thomas Durkin | Y |
| 424B | JEFF SGTP 006440 | 3/26/10 Communication between Jesse Litvak and Thomas Durkin | |
| 424C | JEFF SGTP 032452 | 3/26/10 Communication between Jesse Litvak and Stuart Kronick | Y |
| 425A | JEFF SGTP 035940 | 4/29/10 Trade ticket for Jefferies' purchase of BSARM 2007-4 22A1 | |
| 425B | JEFF SGTP 035941 | 5/3/10 Trade ticket for Jefferies' sale of BSARM 2007-4 22A1 | |

United States v. Litvak - 3:13CR19(JCH) - Government's Proposed Trial Exhibits

| | | | |
|---|---|---|---|
| 426A | JEFF SGTP 035931 | 5/3/10 Communication between Thomas Durkin and Jesse Litvak | Y |
| 426B | JEFF SGTP 035932-33 | 5/3/10 Communication between Thomas Durkin and Jesse Litvak | |
| 427A | JEFF SGTP 371636 | 2/17/09 Trade ticket for Jefferies' purchase of BAFC 2006-G 2A5 | |
| 427B | JEFF SGTP 371637 | 2/17/09 Trade ticket for Jefferies' sale of BAFC 2006-G 2A5 | |
| 428A | JEFF SGTP 219215 | 2/17/09 Communication between Jesse Litvak and Ilan Stern | |
| 428B | JEFF SGTP 371391 | 2/17/09 Communication between Jesse Litvak and Ilan Stern | |
| 429A | JEFF SGTP 371287 | 2/24/09 Trade ticket for Jefferies' purchase of LUM 2006-6 A1 | |
| 429B | JEFF SGTP 371288 | 2/24/09 Trade ticket for Jefferies' sale of LUM 2006-6 A1 | |
| 430 | JEFF SGTP 370306, 370347 | 2/24/09 Communications regarding sale of LUM 2006-6 A1 | |
| 431A | JEFF SGTP 371628 | 5/19/09 Trade ticket for Jefferies' purchase of MHL 2004-1 A1 | |
| 431B | JEFF SGTP 371629 | 5/19/09 Trade ticket for Jefferies' sale of MHL 2004-1 A1 | |
| 432A | JEFF SGTP 371878 | 5/19/09 Communication between Nicholas Emmanuel and Jesse Litvak | |
| 432B | JEFF SGTP 371879 | 5/19/09 Communication between Nicholas Emmanuel and Jesse Litvak | |
| 432C | JEFF SGTP 371894 | 5/19/09 Communication from Gabriel Rivera to Jesse Litvak and Kevin Lamoin | |
| 432D | JEFF SGTP 371881-371884 | 5/19/09 Communication from Jesse Litvak to Nicholas Emmanuel | |
| 432E | JEFF SGTP 371886-381888 | 5/19/09 Communication from Jesse Litvak to Nicholas Emmanuel | |
| 432F | JEFF SGTP 371889-371891 | 5/19/09 Communication from Jesse Litvak to Nicholas Emmanuel | |
| 433 | JEFF SGTP 006291-006294 | 6/3/11 Communication between representatives of Jefferies and representatives of Monarch | Y |
| 434 | JEFF SGTP 006295-006296 | 6/3/11 Communication between Ben Morganstein and Jesse Litvak | Y |
| 435A | JEFF SGTP 371745 | 10/24/11 Trade ticket for Jefferies' purchase of WFMBS 2006-AR8 3A1 | |
| 435B | JEFF SGTP 371746 | 10/24/11 Trade ticket for Jefferies' sale of WFMBS 2006-AR8 3A1 | |
| 436A | JEFF SGTP 371898-371899 | 10/24/2011 Communication between Jesse Litvak and Mark Plansky | |
| 436B | JEFF SGTP 371350-371351 | 10/24/11 Communication between Jesse Litvak and Kevin Blaney | Y |
| 501 | To Be Produced | Spreadsheet of transaction data for charged trades | |
| 502 | To Be Produced | Schedule of purchase and sales price of securities in charged trades | |
| 503 | To Be Produced | Timeline of transaction in Count 1, 12a, 13 | |
| 504 | To Be Produced | Timeline of transaction in Count 2, 12b, 14 | |
| 505 | To Be Produced | Timeline of transaction in Count 3, 12c | |
| 506 | To Be Produced | Timeline of transaction in Count 4, 12d | |
| 507 | To Be Produced | Timeline of transaction in Count 5, 12e, 15 | |
| 508 | To Be Produced | Timeline of transaction in Count 6 | |
| 509 | To Be Produced | Timeline of transaction in Count 7 | |
| 510 | To Be Produced | Timeline of transaction in Count 8 | |
| 511 | To Be Produced | Timeline of transaction in Count 9 | |
| 512 | To Be Produced | Timeline of transaction in Count 10 | |
| 513 | To Be Produced | Timeline of transaction in Count 11 | |
| 514 | To Be Produced | Timeline of transaction in Count 16 | |