UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | February 27, 2014 |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM REGARDING
THE COURT'S PROPOSED JURY INSTRUCTIONS**

The Government respectfully submits the following supplemental memorandum on three issues the Court raised:

### I.   Motive Instruction

The Government requests a motive instruction. The version at page 33 of the Court's draft of February 7 is acceptable to the Government.

### II.   One Witness Instruction

The Government requests a "one-witness instruction" on elements of the offenses. The third element of securities fraud rests largely on Adam Wolf from Bloomberg LP. Moreover, the securities fraud and false statement counts rest largely on the witness who testified about the securities transaction in a particular count. Accordingly, the Government asks that the following instruction be given:

> The testimony of a single witness may be sufficient to convince you beyond a reasonable doubt of the element of the offense that you are considering, if you believe beyond a reasonable doubt that the witness is truthful; and believe that what the witness said is, in fact, what happened; and believe that the testimony of the witness covers the element of the offense you are considering.

1-4 Modern Federal Jury Instructions, P 4.01 (in circuit pattern jury instruction commentary).

### III. Non-Prosecution Agreement Instruction

The Government objects to the defendant's proposed instruction on the NPA. Mr. Eveland was not a party to the NPA, nor were Ms. Lincoln or Mr. Paradiso. While the Court allowed defense counsel the opportunity to inquire of Mr. Eveland about the NPA and his understanding of terms in it concerning making any public statement in litigation, the Court should not instruct the jury on the issue further to avoid jury confusion under Rule 403.

Alternatively, the defendant never laid any foundation to establish any potential bias on the part of Ms. Lincoln and Mr. Paradiso, and the instruction should not be read to cover them.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/
ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT23923
eric.glover@usdoj.gov

JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
ERIC J. GLOVER
ASSISTANT UNITED STATES ATTORNEY