**United States v. Litvak**
**3:13-CR-19(JCH)**
**Defense Exhibit List**

| Exhibit | Date | Description | Bates Range | Admitted |
|---|---|---|---|---|
| 600 ✓ | N/A | Trade confirmation for 3/31/10 LXS 07-15N 2A1 trade | JEFF SGTP 000527 | Admitted Full 2/20/14 02/20/14, 11:08 AM |
| 601 ✓ | 03/31/10 | Communication between David Schwartz and Bill Jennings | WAYZ-DEF-0000046 | Admitted Full 02/18/14, PM 2/18/14 |
| 602 | 04/01/10 | Communication between David Schwartz and Pat Halloran | WAYZ-DEF-0000071 | |
| 603 | N/A | Internal trade confirmation for HVMLT 06-10 2A1A trade | JEFF SGTP 000597 | |
| 604 | N/A | AllianceBernstein PPIP executed trades chart | AB000074 | |
| 605 | N/A | Jefferies's quarterly statement for AllianceBernstein's PPIP | JEFF SGTP 001191 – JEFF SGTP 001205 | |
| 606 | N/A | Jefferies's quarterly statement for AllianceBernstein's PPIP | JEFF SGTP 001206 – JEFF SGTP 001236 | |
| 607 | N/A | Analytics relating to various bonds | AB000100 - AB000157 | |
| 608 | 03/31/10 | Trade Ticket for Wayzata's Sale of LXS 07-15N 2A1 | WAYZ-00005 – WAYZ-00008 | |
| 609 | 03/31/10 | Communication between Parantap Chaturvedi and Jesse Litvak | JEFF SGTP 060655 | |
| 610 | 03/31/10 | Trade Ticket for Wayzata Sale of HVMLT 06-10 2A1A | WAYZ-00001 – WAYZ-00004 | |
| 611 | N/A | AllianceBernstein PPIP executed trades chart | AB000075 | |
| 612 | N/A | Jefferies's external trade confirmation of HVMLT 07-7 2A1A trade | JEFF SGTP 000502 | |
| 613 ✓ | 06/22/11 | Communication between Victor Bhagat to Michael Canter, Oktay Babayev, and Robert Schick | AB000005 | Admitted Full 2/20/14 02/20/14, 12:35 PM |
| 614 ✓ | | AllianceBernstein Performance Summary Report for HVMLT 07-7 2A1A | AB000006 - AB000013 | Admitted Full 2/20/14 02/20/14, 12:36 PM |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 615 | 06/28/11 | Communication between Corey Brisee and Robert Schick | AB000099 | |
| 616 | 06/22/11 | Communication between Robert Schick and Oktay Babayev | AB000066 | |
| 617 | 07/01/10 | Communication between Haward Wang and Jesse Litvak | JEFF SGTP 033590 – JEFF SGTP 033591 | |
| 618 | 07/01/10 | Communications between Jesse Litvak, Beth Starr, and Michael Canter | JEFF SGTP 033536 – JEFF SGTP 033537 | |
| 619 | N/A | Invesco's working papers regarding SARM 05-21 7A1 | INVESCO 000045 | |
| 620 | 07/01/10 | Invesco PPIP Account Trade Questionnaire | INVESCO 000019 – 000032 | |
| 620-A | | INVESCO Fixed Income Trade Blotter Buy Information for SARM 05-21 7A1 | INVESCO 000019 – 000024 | |
| 620-B | | Broker Notification Report  for SARM 05-21 7A1 | INVESCO 000025 – 000026 | |
| 620-C | | Trade Ticket for  SARM 05-21 7A1 | INVESCO 000027 – 000030 | |
| 620-D | | Trade Analytics for SARM 05-21 7A1 | INVESCO 000025 – 000026 | Admitted Full 2/21/14 02/21/14, 1:05 PM |
| 621 | 07/01/10 | Internal Invesco Trade Ticket regarding SARM 05-21 7A1 | INVESCO 000031 – 000032 | Offered for Identification 02/21/14, 10:07 AM |
| 622 | 12/14/09 | Communication between Jesse Litvak and various recipients | JEFF SGTP 015048 – JEFF SGTP 015051 | |
| 623 | 12/23/09 | Communication between James McLaughlin, Stuart Kronick, Ken Zegar, Haward Wang, and Jonathan Hill | JEFF SGTP 031797 | |
| 624 | N/A | Trade Data from Wellington regarding WFMBS 06-AR12 1A1 | WMC JEF-0004 | Admitted Full. 02/21/14, 10:25 AM |
| 625 | 12/23/09 | Communication between Al Vlajinac and various Wellington recipients | WMC JEF-0001.003 | Full 2/21/14 |
| 626 | 12/14/09 | Communication between Jesse Litvak, Beth Starr, and Shirley Prada | JEFF SGTP 027929 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---|---|---|---|---|
| 627 | 12/21/09 | Communication between Ken Zegar and Al Vlajinac | WMC.LITV-00004 | |
| 628 | 05/28/09 | Communication between Jesse Litvak and Keri Anisgarten | JEFF SGTP 025460 | |
| 629 | N/A | Trade confirmation for INDX 07-AR7 2A1 trade | JEFF SGTP 175387 – JEFF SGTP 175388 | |
| 630 | N/A | MFA Analysis of INDX 07-AR7 2A1 | MFA-00031 - MFA-00072 | 3/4/14 Full |
| 631 | 05/28/09 | Communication between Kevin Lamoin and Jesse Litvak | JEFF SGTP 025461 | |
| 632 | 05/28/09 | Communication between Kevin Lamoin and Alvin Sarabanchong | MFA-00027 - MFA-00028 | |
| 633 | 05/28/09 | Communication between Jesse Litvak and Alvin Sarabanchong | JEFF SGTP 025452 | |
| 634 | 05/28/09 | Communication between Alvin Sarabanchong and Kevin Blaney | MFA-00023 | |
| 635 | N/A | MFA Jacket Folder Handwritten Note | MFA-00030 | 3/4/14 Full |
| 636 | 12/09/09 | Communication between Jesse Litvak and Peter McMullin | JEFF SGTP 031728 | |
| 637 | 12/10/09 | Trade confirmation for NYMT 05-2 A | JEFF SGTP 176174 | |
| 638 | 01/05/10 | Communication between Jesse Litvak and Perry Rahbar | JEFF SGTP 047184 – JEFF SGTP 047185 | |
| 639 | 12/03/09 | GRE-NEAM order ticket and valuation | GRNEAM000127 – GRNEAM000129 | |
| 640 | 12/04/09 | Communication between Haward Wang and various recipients | JEFF SGTP 031681 – JEFF SGTP 031682 | |
| 641 | 12/15/09 | Communication between Haward Wang and various recipients | JEFF SGTP 031769 – JEFF SGTP 031770 | |
| 642 | 12/08/09 | Communication between Peter McMullin and Rory Brown | RT0003-A; RT0004-A; RT0004-B | |
| 643 | 12/09/09 | Communication between Jesse Litvak and Peter McMullin | JEFF SGTP 035848 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 644 | 12/09/09 | Trade Ticket sent by Kevin Lamoin to Peter McMullin regarding NYMT 05-2A | REDTOP-00004 – REDTOP-00005 | |
| 645 | 12/09/09 | Communication between Peter McMullin, Rory Brown, Jerry Ellis, and Jordan Rothstein | RT0005-A; RT0005-B | |
| 646 | 12/09/09 | Trade Ticket for Red Top's sale of NYMT 05-2 A to Bank of America | RT0002 | |
| 647 | 11/02/09 | Communications between Katherine Costanzo and Shirley Prada | JEFF SGTP 218827 – JEFF SGTP 218829 | |
| 649 ✓ | 01/07/10 | WAMCO's Internal Trade Ticket for DSLA 06-AR1 2A1A | WESTERN 00001-00002 | Full 2/24/14 |
| 650 | 09/03/13 | Communication between Katherine Costanzo and Mark Schein | YORK-00009 | ID 2/24/14. |
| 651 | 03/22/10 | Communication between Ross Shapiro, Arthur Chu, Joel Wollman, and Justin Bae | QVT-LTVK-00000023 – QVT-LTVK-00000026 | ID 2/24/14 |
| 652 | 03/22/10 | Communication between Jesse Maffei, Arthur Chu, Joel Wollman, Lisa Fuerst, Simon Berring, and Justin Bae | QVT-LTVK-00000186 | ID 2/24/14 |
| 653 | 03/23/10 | Communication between Jesse Litvak and various recipients | JEFF SGTP 048571 – JEFF SGTP 048575 | |
| 654 | 03/16/10 | Communication between Jesse Litvak, Haward Wang, and Ken Zegar | JEFF SGTP 060557 | |
| 655 | 03/26/10 | Communication between Joel Wollman and Shirley Prada | QVT-LTVK 00000254 – QVT-LTVK 00000255 | |
| 656 | 03/29/10 | Communication between Jesse Litvak and Scott Auker | JEFF SGTP 025469 | |
| 657 | N/A | Jefferies's Internal Report of Trade Confirms | JEFF SGTP 175489 | |
| 658 | 03/22/10 | Communication between Jen Drexler, Arthur Chu, Joel Wollman, Lisa Fuerst, Simon Berring, and Justin Bae | QVT-LTVK-00000234 | |
| 659 | 03/23/10 | Communication between Beth Starr Lisa Fuerst, Joel Wollman, Simon Berring, and Justin Bae | QVT-LTVK-00000237 – QVT-LTVK-00000238 | |
| 660 | 03/25/10 | Communication between Intesar Haider, Arthur Chu, and Joel Wollman | □HbT-LTVK-00000241 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 661 | 03/26/10 | Communication between Beth Starr, Lisa Fuerst, Joel Wollman, Simon Berring, and Justin Bae | QVT-LTVK-00000248 – QVT-LTVK-00000249 | |
| 662 | 03/29/10 | Communication between Jesse Litvak and Shirley Prada | JEFF SGTP 025472 | |
| 663 | 03/26/10 | Communication between Jesse Litvak and Joel Wollman | QVT-LTVK-00000253 | |
| 664 | 03/29/10 | Trade confirmation for CWALT 06-OA3 1A1 | QVT-LTVK-00000269 | |
| 665 | 03/26/10 | Communication between Jesse Litvak and Joel Wollman | QVT-LTVK-00000001 – QVT-LTVK 00000002 | ID  2/24/14 |
| 666 | N/A | Internal trade confirmation for 4/1/10 LXS 07-15N 2A1 trade | JEFF SGTP 175555 | |
| 667 | N/A | Trade confirmation communication between Jesse Maffei and Joel Wollman | QVT-LTVK- 00000272 | |
| 668 | N/A | Trade confirmation communication between Joel Wollman and Jesse Maffei | QVT-LTVK-00000274 | |
| 669 | N/A | QVT valuations and buy/sell prices for LXS 07-15N 2A1 and CWALT 06-OA3 1A1 | QVT-LTVK-DEF-00000001 | |
| 670 | 04/01/10 | Trade Ticket for Wayzata's Sale of LXS 07-15N 2A1 | WAYZ-00009 – WAYZ-00012 | |
| 671 ✓ | N/A | Jefferies External Trade Confirmation of FHAMS 05-AA10 2A1 | JEFF SGTP 176289 – JEFF SGTP 176290 | Full 2/24/14 |
| 672 | 02/24/10 | Internal Trade Ticket for FHAMS 05-AA10 2A1 | MAGNETAR000079 | ID  2/24/14 |
| 673 | N/A | Invesco's working papers and PPIP account trade questionnaire regarding FHASI 07-AR1 1A1 | INVESCO 000001 – INVESCO 000017 | |
| 673-A | | INVESCO Fixed Income Trade Blotter, Buy Information for FHASI 07-AR1 1A | INVESCO 000001 – INVESCO 000010 | |
| 673-B | | Broker Notification Report for  FHASI 07-AR1 1A | INVESCO 000011 – INVESCO 000012 | |
| 673-C | | Trade Summary and Ticket for  FHASI 07-AR1 1A | INVESCO 000013 – INVESCO 000016 | |
| 673-D ✓ | | Trade Analytics for  FHASI 07-AR1 1A | INVESCO 000017 | Full 2/21/14 |
| 674 | 06/24/10 | Invesco PPIP Account Trade Questionnaire | INVESCO 000049 – INVESCO 000055 | ID 2/25/14 |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 675 | 06/24/10 | Invesco Working Papers regarding purchase of FHASI 07-AR1 1A1 | INVESCO 000063 | |
| 676 | 06/24/10 | Internal Invesco Trade Ticket regarding FHASI 07-AR1 1A1 | INVESCO 000059 – 000061 | |
| 677 | 06/24/10 | FHASI 07-AR1 1A1 Trade Ticket | JEFF SGTP 006524 | |
| 678 | N/A | Third Point Best Execution Policy | TPSG0000073 – TPSG0000074 | |
| 700 | 11/10/10 | Communication between Sasan Soleimani, Ken Zegar, and Haward Wang | JEFF SGTP 002780 | |
| 701 | 11/10/10 | Communication between Ken Zegar and various recipients | JEFF SGTP 002781 | |
| 702 | 01/06/10 | Communication between Jesse Litvak, Mark Plansky, and Jeffrey Farkas | JEFF SGTP 035870 | |
| 703 | 12/03/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014617 | |
| 704 | 01/06/10 | Communication between Mark Plansky and Jesse Litvak | JEFF SGTP 035867 | |
| 705 | 05/12/10 | Communication between Ben Hunsaker and Various recipients | JEFF SGTP 061952 | |
| 706 | 11/22/10 | Communication between Thomas Durkin and Jesse Litvak | JEFF SGTP 034501 – JEFF SGTP 034502 | |
| 707 | 12/15/10 | Communication between Jesse Litvak and PK Banks | JEFF SGTP 371525 – JEFF SGTP 371529 | |
| 708 | 05/18/10 | Communication between Jesse Litvak and Perry Rahbar | JEFF SGTP 050568 – JEFF SGTP 050571 | |
| 709 | 11/28/11 | Communication between Brian McGrath and Stuart Kronick | JEFF SGTP 084954 – JEFF SGTP 084955 | |
| 710 | 10/29/09 | Communication between Jesse Litvak and Mark Plansky, and Jeffery Farkas | JEFF SGTP 370598 | |
| 711 | 04/12/11 | Communication between Steve Oricoli and Chris Bolger | JEFF SGTP 004624 | |
| 712 | 04/06/10 | Communication between Ken Zegar and Jesse Litvak | JEFF SGTP 032568 | |
| 713 | 04/14/10 | Communication between Jesse Litvak, Beth Starr, and Kevin Lamoin | JEFF SGTP 032625 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 714 | 11/12/10 | Communication between Jesse Litvak, Joshua Banschick, and Perry Rahbar | JEFF SGTP 052630 – JEFF SGTP 052631 | |
| 715 | 05/06/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 027340 | |
| 716 | 06/08/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 027451 | |
| 717 | 06/25/10 | Communication between Jesse Litvak and Bill Jennings | JEFF SGTP 027021 | |
| 718 ✓ | 08/16/11 | Communication between Bill Jennings, Kevin Blaney, Brian McGrath, Stuart Kronick, Jesse Litvak, Ken Zegar, Adam Smith, Scott Auker, and Brian Pereira | JEFF SGTP 024805 | Full 2/26/14 |
| 719 | 07/20/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 024540 | |
| 720 | 09/09/09 | Communication between Jesse Litvak, Bill Jennings, Kevin Lamoin, and Shirley Prada | JEFF SGTP 013149 | |
| 721 | 11/03/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014032 | |
| 722 ✓ | 01/14/10 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 015492 | Offered, not admitted Full 2/26/14 02/21/14, 10:54 AM |
| 723 | 01/07/10 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026354 | |
| 724 | 04/14/10 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026525 | |
| 725 | 02/06/09 | Communication between Bill Jennings and various recipients | JEFF SGTP 007828 | |
| 726 | 09/09/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 013147 | |
| 727 | 07/14/09 | Communication between Jesse Litvak, Bill Jennings, Kevin Lamoin, and Shirley Prada | JEFF SGTP 026206 | |
| 728 | 01/20/09 | Communication between Jesse Litvak, Bill Jennings, and Kevin Lamoin | JEFF SGTP 007303 – JEFF SGTP 007304 | |
| 729 | 02/11/09 | Communication between Jesse Litvak and various recipients | JEFF SGTP 007895 – JEFF SGTP 007896 | |
| 730 | 07/08/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 011878 | |
| 731 | 01/29/09 | Communication between Jesse Litvak and Bill Jennings | JEFF SGTP 007643 | |
| 732 | 11/16/09 | Communication between Beth Starr and Jesse Litvak | JEFF SGTP 031564 | |
| 733 | 10/11/11 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 025027 – JEFF SGTP 025028 | |
| 734 | 11/13/09 | Communication between Bill Jennings and various recipients | JEFF SGTP 014161 – JEFF SGTP 014162 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 735 | 11/18/10 | Communication between Jesse Litvak and PK Banks | JEFF SGTP 371517 – JEFF SGTP 371520 | |
| 736 | 07/22/10 | Communication between Kevin Lamoin and various recipients | JEFF SGTP 035467 – JEFF SGTP 035468 | |
| 737 | 04/06/10 | Communication between Ken Zegar and Jesse Litvak | JEFF SGTP 032558 – JEFF SGTP 032560 | |
| 738 | 07/10/09 | Communication between Jesse Litvak and various recipients | JEFF SGTP 371459 | |
| 739 | 08/16/10 | Communication between Jesse Litvak and Ken Zegar | JEFF SGTP 033807 | |
| 740 | 10/27/10 | Communication between Jason Eynon and various recipients | JEFF SGTP 034260 – JEFF SGTP 034261 | |
| 741 | 09/14/10 | Communication between Jesse Litvak, Christopher Heaney, and Chris O'Neill | JEFF SGTP 033884 | |
| 742 | 11/09/10 | Communication between Ken Zegar and various recipients | JEFF SGTP 034397 – JEFF SGTP 034398 | |
| 743 | 05/03/10 | Communication between Jesse Litvak and Brian Norris | JEFF SGTP 032872 | Admitted 02/21/14, 12:51 PM Full 2/21 |
| 744 | 11/01/10 | Communication between Jesse Litvak and Bill Jennings, and Johan Eveland | JEFF SGTP 021701 | |
| 745 | 09/23/09 | Communication between Jesse Litvak, Vladimir Lemin, and Kurt Palmer | JEFF SGTP 059279 – JEFF SGTP 059280 | |
| 746 | 10/24/11 | Communication between Johan Eveland, Sonia Han, Robert Glass, and Bill Jennings | JEFF SGTP 077799 | |
| 747 | 12/02/11 | Communication between Stuart Kronick and Jesse Litvak | JEFF SGTP 086034 – JEFF SGTP 086035 | |
| 748 | 11/21/11 | Communication between Bill Jennings, Robert Campbell, Johan Eveland, and Daniela DiMonte | JEFF SGTP 083155 – JEFF SGTP 083158 | |
| 749 | 12/21/10 | Communication between Jesse Litvak, Kevin Lamoin, and Nicholas Thompson | JEFF SGTP 034630 – JEFF SGTP 034631 | |
| 750 | 02/03/09 | Communication between Jesse Litvak and Perry Rahbar | JEFF SGTP 036970 | |
| 751 | 03/20/12 | AllianceBernstein Settlement Agreement and Release | JEFF SGTP 002327 – JEFF SGTP 002333 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 752 | 06/28/11 | Communication between Jesse Litvak, Brian McGrath, Corey Brisee, Louis Simone, and Jason Spieler | JEFF SGTP 035146 | |
| 753 | 11/21/11 | Communication between Stuart Kronick, Brian McGrath, Louis Simone, and Jason Spieler; Communication between Brian McGrath and Stuart Kronick | JEFF SGTP 083313; JEFF SGTP 083322 | |
| 800 | 11/29/11 | Communication between Ken Zegar and Kevin Blaney | JEFF SGTP 036003 | |
| 801 | 11/29/11 | Bloomberg trade ticket for ARSI 2004-W11 M6 | JEFF SGTP 036004 | |
| 802 | 11/29/11 | Communication between Paul Thompson and Kevin Blaney | JEFF SGTP 035995 | |
| 803 | 11/29/11 | Communication between Kevin Blaney and Shirley Prada | JEFF SGTP 035996 | |
| 804 | 11/29/11 | Bloomberg trade ticket for ARSI 2004-W11 M6 | JEFF SGTP 036006 | |
| 805 | 04/15/10 | Communication between Ken Zegar, Beth Starr, and Kevin Lamoin | JEFF SGTP 032663 | |
| 806 | 04/15/10 | Communication between Ken Zegar and Steve Kirchner | JEFF SGTP 032666 | |
| 807 | 04/15/10 | Communication between Stuart Goldberg and Ken Zegar | JEFF SGTP 032717 | |
| 808 | 04/15/10 | Communication between Steve Kirchner and Ken Zegar | JEFF SGTP 032723 | |
| 809 | 06/11/10 | Communication between Beth Starr, Jesse Litvak, Ken Zegar, and Haward Wang | JEFF SGTP 033275 | Admitted Full 2/20/14 02/20/14, 12:08 PM |
| 810 | 06/11/10 | Communication between Ken Zegar and Jesse Litvak | JEFF SGTP 033278 | |
| 811 | N/A | Jefferies' spreadsheet of trades from 5/27 – 6/11 | JEFF SGTP 033280 | |
| 812 | 06/22/10 | Communication between Stephen Virgilio and Andrew Flick | JEFF SGTP 371605 | |
| 813 | 06/22/10 | Communication between Bethany Evitts and Andrew Flick | JEFF SGTP 371606 | |
| 814 | 01/11/11 | Communication between Jason Spieler and Ken Zegar | JEFF SGTP 028052 | |
| 815 | 01/11/11 | Communication between Sasan Soleimani and Ken Zegar | JEFF SGTP 028054 | |
| 816 | 03/4/11 | Communication between Ken Zegar, Brian McGrath, Louis Simone, and Jason Spieler | JEFF SGTP 028059 | |
| 817 | 03/04/11 | Communication between Brian McGrath and John Vibert | JEFF SGTP 028060 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 818 | 03/04/11 | Communication between Ken Zegar, Scott Auker, and Kevin Lamoin | JEFF SGTP 028061 | |
| 819 | 03/04/11 | Communication between Scott Auker and Nilam Patel | JEFF SGTP 028062 | |
| 820 | 03/04/11 | Communication between Scott Auker and Paul Park | JEFF SGTP 028063 | |
| 821 | 04/15/11 | Communication between Ken Zegar and Brian McGrath | JEFF SGTP 028079 | |
| 822 | 04/15/11 | Communication between Stuart Kronick and various recipients | JEFF SFGTP 028090 – JEFF SGTP 028093 | |
| 823 | 04/15/11 | Communication between Craig Holloway, Ken Zegar, and James McLaughlin | JEFF SGTP 028064 – JEFF SGTP 028065 | |
| 824 | 02/03/11 | Communication between Chris Bolger and Steve Oricoli | JEFF SGTP 371601 – JEFF SGTP 371604 | |
| 825 | 01/28/11 | Bloomberg trade ticket for RAMP 2004-RS4 MII2 | JEFF SGTP 035963 | |
| 826 | 02/15/11 | Bloomberg trade ticket for RAMP 2004-RS4 MII2 | JEFF SGTP 035964 | |
| 827 | 02/15/11 | Communication between Roberto Sella, Kevin Blaney, and Kevin Lamoin | JEFF SGTP 035961 | |
| 828 | 02/15/11 | Trade history for RAMP 2004-RS4 MII2 | JEFF SGTP 176365 | |
| 829 ✓ | 05/22/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026147 | 2/27/14 Full |
| 830 | 03/01/11 | Jefferies MBS Position Report | JEFF SGTP 034816 | |
| 831 | 03/02/11 | Communication between Ken Zegar and various recipients | JEFF SGTP 034796 – JEFF SGTP 034798 | |
| 832 | 03/24/11 | Communication between Chris Bolger and various WAMCO and Jefferies recipients | JEFF SGTP 006530 – JEFF SGTP 006532 | |
| 833 | 03/24/11 | Communication between Sasan Soleimani and Ben Hunsaker | JEFF SGTP 006529 | |
| 834 | 03/24/11 | Communication between Chris Bolger and Jonathan Hill | JEFF SGTP 006533 | |
| 835 | 03/24/11 | Communication between Jonathan Hill, Scott Auker, Kevin Lamoin, and Chris Bolger | JEFF SGTP 006534 | |
| 836 | 03/24/11 | Communication between Sasan Soleimani, Chris Bolger, and Jonathan Hill | JEFF SGTP 006535 | |
| 837 | 03/24/11 | Communication between Sasan Soleimani and Stuart Kronick | JEFF SGTP 006536 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 838 | 03/24/11 | Communication between Sasan Soleimani and Ben Hunsaker | JEFF SGTP 006537 – JEFF SGTP 006539 | |
| 839 | 03/24/11 | Communication between Scott Auker and Chris Bolger | JEFF SGTP 006543 | |
| 840 | 03/24/11 | Communication between Sasan Soleimani and Ben Hunsaker | JEFF SGTP 006540 | |
| 841 | 03/24/11 | Communication between Sasan Soleimani and Stuart Kronick | JEFF SGTP 006542 | |
| 842 | 03/24/11 | Communication between Sasan Soleimani and Ben Hunsaker | JEFF SGTP 006544 | |
| 843 | 03/24/11 | Communication between Sasan Soleimani and Chris Bolger | JEFF SGTP 006545 | |
| 844 | 03/24/11 | Communication between Chris Bolger and Stuart Kronick | JEFF SGTP 006546 | |
| 845 | 06/21/11 | Communication between Ken Zegar and Pooja Pathak | JEFF SGTP 005971 | |
| 846 | 06/21/11 | Communication between Ken Zegar and Chris Choka | JEFF SGTP 005975 | |
| 847 | 06/21/11 | Communication between Ken Zegar and Steve Oricoli | JEFF SGTP 005976 | |
| 848 | 06/21/11 | Communication between Ken Zegar and Jing Yang | JEFF SGTP 005977 | |
| 849 | 07/26/10 | Communication between Sasan Soleimani, Ken Zegar, Jason Eynon, Soleimani, and Monica Nazareno | JEFF SGTP 006017 | |
| 850 | 07/26/10 | Communication between Ken Zegar and Marc Defife, Elizabeth Harper, Jim Wilson, and Erika Joyce | JEFF SGTP 006018 | |
| 851 | 08/10/11 | Communication between Chris Choka and Ken Zegar | JEFF SGTP 006110 | |
| 852 | 08/10/11 | Communication between Ken Zegar and Steve Kirchner | JEFF SGTP 006111 | |
| 853 | 08/10/11 | Communications between Ken Zegar, Brian McGrath, Gary Litt, and Jefferies's sales force | JEFF SGTP 006079 – JEFF SGTP 006080 | |
| 854 | 01/10/11 | Communication between Ken Zegar, Brian McGrath, Corey Brisse, Louis Simone, and Jason Spieler | JEFF SGTP 006081 | |
| 855 | 08/10/11 | Communication between Ken Zegar and John Vibert | JEFF SGTP 006106 | |
| 856 | 08/10/11 | Trading Blotter | JEFF SGTP 006113 | |
| 857 | 09/15/11 | Communication between Adam Isaacson, Stuart Kronick, and James Harris | JEFF SGTP 005592 – JEFF SGTP 005593 | |
| 858 | 09/15/11 | Communication between Stuart Kronick and Jeff Zinn | JEFF SGTP 005567 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 859 | 09/15/11 | Communication between Stuart Kronick and various recipients | JEFF SGTP 005577 – JEFF SGTP 005578 | |
| 860 | 09/09/11 | Communication between Stuart Kronick and Steven Hulett | JEFF SGTP 068919 – JEFF SGTP 068920 | |
| 861 | 10/04/11 | Communication between Stuart Kronick, Jason Eynon, Sasan Soleimani, Monica Nazareno, Bill Jennings, and Jonathan Hill | JEFF SGTP 027728 | |
| 862 | 10/04/11 | Communication between Stuart Kronick, Jason Spieler, Brian McGrath, and Jonathan Hill | JEFF SGTP 027732 | |
| 863 | 12/14/11 | Communication between Stuart Kronick and Brian McGrath | JEFF SGTP 088007 | |
| 864 | 12/14/11 | Communication between Brian Pereira and Bill Jennings | JEFF SGTP 088126 | |
| 865 | 12/14/11 | Communication between Brian Pereira, Johan Eveland and Bill Jennings | JEFF SGTP 088184 | |
| 866 | 12/14/11 | Communication between Johan Eveland, Brian Pereira and Bill Jennings | JEF SGTP 088185 | Full 2/27/14 |
| 867 | 12/14/11 | Communication between Brian Pereira and Bill Jennings | JEFF SGTP 088321 – JEFF SGTP 088322 | |
| 868 | 11/24/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014411 | |
| 869 | N/A | Spreadsheet with Litvak's trades from January 2009 through December 2011 | JEFF SGTP 371617 | |
| 870 | 11/30/09 | Communication between Bill Jennings, Beth Starr, and Shirley Prada | JEFF SGTP 370791 | |
| 871 | 11/30/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 014476 | |
| 872 | 11/30/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 370794 | |
| 873 | 12/09/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026267 | |
| 874 | 12/09/09 | Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 026268 | |
| 875 | 09/30/09 | Communication between Ken Zegar, Scott Auker, and Kevin Lamoin | JEFF SGTP 371611 – JEFF SGTP 371613 | |
| 876 | 03/01/10 | Communication between Beth Starr and Michael Canter | JEFF SGTP 002066 | |
| 877 | 03/01/10 | Communication between Jesse Litvak and Beth Starr | JEFF SGTP 371408 – JEFF SGTP 371409 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 878 | 03/01/10 | Communication between Mario Rivera and Jesse Litvak | JEFF SGTP 371403 – JEFF SGTP 371404 | |
| 879 | 03/01/10 | Communication between Brian McGrath and Jesse Litvak | JEFF SGTP 371405 – JEFF SGTP 371407 | |
| 880 | 03/30/10 | Communication between Jesse Litvak, Jason Eynon, and Sasan Soleimani | JEFF SGTP 032482 | 2/27/14 Full |
| 881 | 05/07/10 | Communication between Kevin Blaney and Jesse Litvak | JEFF SGTP 033063 | |
| 882 | 05/07/10 | Communication between Jason Eynon, Jesse Litvak and Sasan Soleimani | JEFF SGTP 033049 – JEFF SGTP 033050 | |
| 883 | 05/21/10 | Communication between Jesse Litvak, Sasan Soleimani, Monica Nazareno, and Jason Eynon | JEFF SGTP 371492 | |
| 884 | 01/07/11 | Communication between Jesse Litvak and Jason Spieler | JEFF SGTP 025621 – JEFF SGTP 025627 | |
| 885 | 01/07/11 | Communication between Jason Spieler and PK Banks | JEFF SGTP 025639 – JEFF SGTP 025641 | |
| 886 | 06/07/11 | Communication between Ken Zegar and Vita Padalino | JEFF SGTP 005915 | |
| 887 | 06/07/11 | Communication between Vita Padalino and Ken Zegar | JEFF SGTP 005919 | |
| 888 | 06/07/11 | Communication between Carl Brown and Ken Zegar | JEFF SGTP 005921 | |
| 889 | 09/30/11 | Communication between Kevin Blaney and Jonathan Hill | JEFF SGTP 028129 – JEFF SGTP 028130 | |
| 890 | 09/30/11 | Communication between Stuart Kronick and Jonathan Hill | JEFF SGTP 028131 | |
| 891 | 10/03/11 | Communication between Jesse Litvak and Corey Brisee | JEFF SGTP 035238 – JEFF SGTP 035239 | |
| 892 | 03/04/10 | Communication between Brian McGrath and Jesse Litvak | JEFF SGTP 371476 – JEFF SGTP 371477 | |
| 893 | 01/13/11 | Communication between Jesse Litvak and Scott Auker | JEFF SGTP 371589 – JEFF SGTP 371590 | |
| 894 | 01/13/11 | Communication between Scott Auker and Drew Casino | JEFF SGTP 371591 | |
| 895 | 01/13/11 | Communication between Jesse Litvak and Haward Wang | JEFF SGTP 371594 | |
| 896 | 08/11/11 | Communication between Adam Sklar and Jesse Litvak | JEFF SGTP 025856 – JEFF SGTP 025857 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 897 | 01/26/10 | Communication between Steve Kirchner and Jesse Litvak | JEFF SGTP 371474 | |
| 898 | 01/26/10 | Communication between Alvin Sarabanchong, Jesse Litvak, Steve Kirchner | JEFF SGTP 371475 | |
| 899 | 03/02/11 | Communication between Kevin Blaney and Ken Zegar; Communication between Kevin Blaney and Mohit Marria | JEFF SGTP 035782 – JEFF SGTP 035785; JEFF SGTP 035770 – JEFF SGTP 035772 | |
| 900 | 03/03/10 | Communication between Jesse Litvak and Mark Plansky | JEFF SGTP 371322 – JEFF SGTP 371323 | |
| 901 | 03/19/09 | Mortgage Markup Report communication between Lisa Rizzi-Grieco and Johan Eveland | JEFF SGTP 057160 | |
| 902 | 04/02/10 | Communication between Lisa Rizzi-Grieco, Johan Eveland, Bill Jennings, and various recipients | JEFF SGTP 006299 – JEFF SGTP 006302 | |
| 903 | 11/23/10 | Communication between Lisa Rizzi-Grieco, Johan Eveland, Bill Jennings, and various recipients | JEFF SGTP 057860 – JEFF SGTP 057862 | |
| 904 | 12/24/09 | Communication between Lisa Rizzi-Grieco, Johan Eveland, Bill Jennings, and various recipients | JEFF SGTP 006306 – JEFF SGTP 006307 | |
| 905 | 12/10/09 | Mortgage Markup Report | JEFF SGTP 058684 – JEFF SGTP 058690 | |
| 906 | 02/05/09 | Communication between Johan Eveland, Lisa Rizzi-Grieco, P. Nicholson, T. Cronin, and T. Thees | JEFF SGTP 057084 | |
| 907 | 02/04/09 | Mortgage Markup Report | JEFF SGTP 057085 – JEFF SGTP 057086 | |
| 908 | 04/02/09 | Communication between Johan Eveland, Lisa Rizzi-Grieco, P. Nicholson, T. Cronin, and T. Thees | JEFF SGTP 057213 | |
| 909 | 04/01/09 | Mortgage Markup Report | JEFF SGTP 057214 – JEFF SGTP 057217 | |
| 910 | 05/27/10 | Mortgage Markup Report | JEFF SGTP 058784 – JEFF SGTP 058789 | |
| 911 | 04/01/10 | Mortgage Markup Report | JEFF SGTP 092940 – JEFF SGTP 092944 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 912 | N/A | Orchestria – Deployment Overview | JEFF SGTP 317937; JEFF SGTP 317945 | |
| 913 | N/A | CA DLP External Agent API Specification | JEFF SGTP 316535; JEFF SGTP 316586 | |
| 914 | N/A | Mortgage and Asset-Backed Group Supervisory Checklist | JEFF SGTP 059114, JEFF SGTP 059117 – JEFF SGTP 059121, JEFF SGTP 059123 – JEFF SGTP 059124, JEFF SGTP 059126 – JEFF SGTP 059134, JEFF SGTP 059139 – JEFF SGTP 059149, JEFF SGTP 059154 | |
| 915 A | N/A | Spreadsheet of supervisor-reviewed communications | JEFF SGTP 371307 | |
| 916 | 05/12 | Fixed Income Organizational Chart | JEFF SGTP 004251 – JEFF SGTP 004271 | |
| 917 | 1/26/11; 1/23/11 | Communication between Bill Jennings and various recipients | JEFF SGTP 022929; JEFF SGTP 001896 | |
| 918 | 03/01/12 | Communication between Joseph Allgor, Michael Sharp, Lauri Scoran, and Bob Albano | JEFF SGTP 091557 – JEFF SGTP 091559 | |
| 919 | N/A | Legacy Securities Public Private Investment Program-Program Update for Quarter Ending December 31, 2009 | JEFF SGTP 001062 – JEFF SGTP 001069 | |
| 920 | 10/07/10 | Selecting Fund Managers for the Legacy Securities Public-Private Investment Program | JCL-DEF-0001596 – JCL-DEF-0001641 | Admitted Full 2/18/14 02/18/14, PM |
| 921 | N/A | Application for Treasury Investment in a Legacy Securities Public-Private Investment Fund | JCL-DEF-0001443 – JCL-DEF-0001454 | |
| 922 | N/A | Guidelines for the Legacy Securities Public-Private Investment Program | JCL-DEF-0000393 | |
| 923 | 07/08/09 | United States Department of the Treasury Form Letter of Intent | JCL-DEF-0001547 – JCL-DEF-0001586 | |

915B   Reviewed communications 3/4/14 Full

| Exhibit | Date | Description | Bates Range | Admitted |
|---|---|---|---|---|
| 924 | N/A | Legacy Securities Public-Private Investment Program (PPIP) Summary of Conflicts of Interest Rules and Ethical Guidelines | JCL-DEF-0000001 – JCL-DEF-0000003 | |
| 925 | 05/08/13 | Legacy Securities Public-Private Investment Program: Program Update-Quarter Ended 3/31/13 | JCL-DEF-0001246 – JCL-DEF-0001254 | |
| 926 | 10/21/11 | Legacy Securities Public-Private Investment Program: Program Update - Quarter Ended 9/30/11 | JCL-DEF-0000486 – JCL-DEF-0000494 | |
| 927 | 03/22/10 | US Treasury letter to AllianceBernstein | JCL-DEF-0001587 – JCL-DEF-0001591 | |
| 928 | N/A | Loan Agreement between the Bank of NY Mellon and the United States Department of the Treasury | JCL-DEF-0000004 – JCL-DEF-0000211 | |
| 929 | 07/16/10 | US Treasury letter to AllianceBernstein | JCL-DEF-0001594 – JCL-DEF-0001595 | |
| 930 | N/A | Amended and Restated Limited Partnership Agreement of AllianceBernstein Legacy Securities Master Fund, L.P. | JCL-DEF-0001258 – JCL-DEF-0001351 | Admitted 02/18/14, PM Full |
| 931 | N/A | Amended and Restated Limited Partnership Agreement of Invesco Legacy Securities Master Fund, L.P. | JCL-DEF-0000394 – JCL-DEF-0000485 | 3/4/14 Full |
| 932 | N/A | Amended and Restated Limited Partnership Agreement of Wellington Management Legacy Securities PPIF Master Fund, L.P. | JCL-DEF-0000212 – JCL-DEF-0000301 | 3/4/14. Full |
| 933 | N/A | Amended and Restated Limited Partnership Agreement of RLJ Western Asset Public/Private Master Fund, L.P. | JCL-DEF-0000302 – JCL-DEF-0000392 | |
| 934 | N/A | Amended and Restated Limited Partnership Agreement of BlackRock PPIF, L.P. | JCL-DEF-0001455 – JCL-DEF-0001546 | |
| 935 | N/A | Amended and Restated Limited Partnership Agreement of AG GECC PPIF Master Fund, L.P. | JCL-DEF-0001352 – JCL-DEF-0001442 | |
| 936 | 09/05/12 | Engagement Memorandum – Evaluation of Treasury's Oversight Related to Public-Private Investment Program Trading Activity | JCL-DEF-0001245 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 937 | 10/02/09 | Engagement Memorandum – Review of the Internal Controls for the Legacy Securities Program under Treasury's Public-Private Investment Program | JCL-DEF-0001592 – JCL-DEF-0001593 | |
| 938 | 11/16/10 | Engagement Memorandum – Review of Treasury's Oversight of the Internal Controls for the Legacy Securities Public-Private Investment Program | JCL-DEF-0002110 | |
| 939 | 04/28/09 | SIGTARP Release -TALF Task Force Expanded to Address Public-Private Investment Plan | JCL-DEF-0002108 – JCL-DEF-0002109 | |
| 940 | N/A | Legacy Securities Public Private Investment Program – FAQs | JCL-DEF-0001255 – JCL-DEF-0001257 | |
| 941 | 07/24/13 | SIGTARP Quarterly Report to Congress | JCL-DEF-0000837 – JCL-DEF-0001244 | |
| 942 | 01/30/13 | SIGTARP Quarterly Report to Congress | JCL-DEF-0000495 – JCL-DEF-0000836 | |
| 943 | 10/26/10 | SIGTARP Quarterly Report to Congress | JCL-DEF-0001770 – JCL-DEF-0002107 | |
| 944 | N/A | Bank of New York Spreadsheet of PPIP Trades | BONY_000001 – BONY_000104 | |
| 945 | N/A | Bank of New York Trade Data for the Period of March 15, 2013 to Present | BNYM-LIT 000001 – BNYM-LIT 000004 | |
| 946 | N/A | All PPIF Managers' Monthly and Quarterly Reports to Treasury | Various Bates Ranges | |
| 947 | 10/14/10 | Congressional Oversight Report – Examining Treasury's Use of Financial Crisis Contracting Authority | JCL-DEF-0001642 – JCL-DEF-0001769 | |
| 1000 | N/A | LXS 2007-15N 2A1: Lehman Bond | N/A | |
| 1001 | N/A | HVMLT 2006-10 2A1A: Harborview Bond | N/A | |
| 1002 | N/A | US Mortgages Organizational Chart – Full | N/A | Full  2/26/14 |
| 1003 | N/A | US Mortgages Organizational Chart – Trading & Sales Only | N/A | Full  2/26/14. |
| 1004 | N/A | US Mortgages Organizational Chart – Full (with Animations) | N/A | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 1005 | N/A | US Mortgages Organizational Chart – Trading & Sales Only (with Animations) | N/A | |
| 1200 | 01/12/09 | Communication between Katherine Costanzo and Jesse Litvak | JEFF SGTP 200618 | |
| 1201 | 01/06/10 | Communication between Wyatt Wachtel and Katherine Costanzo | YORK 00013 | 2/24/14 Full |
| 1202 | | RLJ Western Asset Public/Private Master Fund, L.P. PPIF Management Discussion & Analysis for month ended January 31, 2010 | SIGTARP AUDIT 00000198511 – 00000198531 | |
| 1203 | | Communication between Jesse Litvak, Mark Plansky, and Jeffrey Farkas | JEFF SGTP 035391 | |
| 1204 | | Communication between Jeffrey Farkas, Jesse Litvak, Michael Malm, Vladimir Lemin, Ken Zegar, Mark Plansky, Jeffrey Farkas, and Kurt Palmer | JEFF SGTP 035438 – 035441 | |
| 1205 | | Communication between Jeffrey Farkas, Jesse Litvak, Mark Plansky, and Stuart Kronick | JEFF SGTP 033227 – 033231 | |
| 1206 | | Communication between Jeffrey Farkas, Ken Zegar, Lesse Litvak, Stuart Kronick, Mark Plansky, Chris Bolger, Vladimir Lemin, Kurt Palmer, Michael Malm | JEFF SEC 006258 – 006260 | |
| 1207 | | Communication between Jesse Litvak and various individuals | JEFF SGTP 124577 – 124579 | |
| 1208 | | Communication between Jeffrey Farkas, Jesse Litvak, Mark Plansky, Chris Bolger, Stuart Kronick, Ken Zegar, and Vladimir Lemin | JEFF SGTP 028200 – 028202 | |
| 1209 | | January 26, 2011 Communication between Jeffrey Farkas, Mark Plansky, Vladimir Lemin, Chris Bolger, Kurt Palmer, | JEFF SGTP 035513 – 035514 | |
| 1210 | 12/06/11 | Communication between Stuart Kronick, Chris Bolger, | JEFF SGTP 086352 – 086355 | |

✓ ✱ 1008 ✓ 2010 calendar      Full 2/24/14

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 1211 | 12/13/11 | December 13, 2011 Communication between Jesse Litvak, Jeffrey Farkas, Mark Plansky, Vladimir Lemin, Kurt Palmer, Stuart Kronick, Chris Bolger, Ken Zegar, Zhe Cao, Michael Malm, and Haward Wang | JEFF SGTP 087711 – 087713 | |
| 1212 | | Invesco Legacy Securities Master Fund, L.P., for month ended June 30, 2010 | SIGTARP AUDIT 00000050965 – 00000050991 | |
| 1213 | | Invesco Legacy Securities Master Fund, L.P., for month ended May 30, 2010 | SIGTARP AUDIT 00000050992 – 00 000051012 | |
| 1214 | 10/26/11 | October 26, 2011 Communication between Jesse Litvak, Stuart Kronick, Marc Defife, John Anzalone, Brian Norris, Ken Zegar, and Jason Marshall | JEFF SGTP 078157 – 078159 | |
| 1215 | 04/01/10 | April 1, 2010 Communication between Joel Wollman and Joseph Steffa | QVT-LTVK-00000009 – 00000011 | |
| 1216 | | 8.8 Best Execution | YORK-DEF-0000001 | |
| 1217 | 01/01/11 | January 1, 2011 Communication between Vladimir Lemin and Michael Henriques | MAGNETAR000160 | |
| 1218 | 06/23/09 | June 23, 2009 Communication between Kurt Palmer and Vladimir Lemin | MAGNETAR000178 – 000180 | Full 2/24/14 |
| 1219 | 07/01/10 | July 1, 2010 Communication between Adina Dolfman, Aaron Kemp, Brian Norris, Clint Dudley, David Diao, Glenn Bowling, John Anzalone, Jason Marshall, Kevin Collins, Kyle Dawkins, Lisa Reed, and Rob Kuster | INV-01101-01103 | Admitted Full 2/21/14 02/21/14, 1:09 PM |
| 1220 | 07/01/10 | July 1, 2010 Communication between John Fitzhugh and Brian Norris | INV-01116 | Admitted Full 2/21/14 02/21/14, 1:09 PM |
| 1221 | 07/01/10 | July 1, 2010 Communication between Mike Carothers, Brian Norris and Jason Marshall | INV-01131 | Admitted Full 2/21/14 02/21/14, 1:09 PM |
| 1222 | | RMS Non-Agency CMO Offerings, generated 06/25/2010 | INV-01273-01274 | |
| 1223 | | G.5. Invesco Fixed Income Trading Policies and Procedures -- Retail and Institutional | INVESCO-DEF0000554 – 0000560 | |

1215A Wollman communication dated 4/1/10.   Full 2/24/14

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 1224 | | Buy Ticket CWHL 2007-J3 A9 6, Ticket No. 02154553 | JEFF SGTP 002004 – 002005 | |
| 1225 | 08/19/11 | August 19, 2011 Communication between Michael Ferry and Jason Eynon | JEFF SGTP 002012 | |
| 1226 | 08/19/11 | August 19, 2011 Communication Jason Eynon and James Michal | JEFF SGTP 002013 | |
| 1227 | 08/19/11 | August 19, 2011 Communication between Erez Biala and Beth Starr | JEFF SGTP 002014 | |
| 1228 | 08/19/11 | August 19, 2011 Communication between Erez Biala and Beth Starr | JEFF SGTP 002015 | |
| 1229 | 03/22/12 | March 22, 2012 Communication between Joseph Allgor and Jesse Litvak | JEFF SGTP 002334 – 002335 | |
| 1230 | | Trade Ticket for CWALT 2007-J3 A9 6, Buy Ticket Number 1025QA16 | JEFF SGTP 028095 | |
| 1231 | 09/06/11 | September 6, 2011 Communication between Jesse Litvak and Brian McGrath | JEFF SGTP 067783 | 2/27/19 Full |
| 1232 | 12/12/11 | December 12, 2011 Communication between William H. Jennings, Robert Campbell, Johan Eveland and Daniela DiMonte | JEFF SGTP 087499 – 087501 | |
| 1233 | 12/10/11 | December 10, 2011 Communication between Michael Sharp, Johan Eveland, William H. Jennings II and Bob Albano | JEFF SGTP 089743 | |
| 1234 | 03/26/12 | March 26, 2012 Communication between Kaitlyn Kooyers, Nader Salehi, Michael Sharp and Eugene McGivney | JEFF SGTP 092115 | |
| 1235 | | Jefferies/BGTP Intra-day Trades | JEFF SGTP 371787 – 371790 | |
| 1236 | 12/14/11 | December 14, 2011 Communication between Brian Pereira, Mark Plansky, Jeffrey Farkas, and Jessica Martin | LTVK 000718 | offered but not admitted 2/27/14 |
| 1237 | 12/14/11 | December 14, 2011 Communication between Mark Plansky and Mark Hughes | LTVK 000722 | offered but not admitted 2/27/14. |

| Exhibit | Date | Description | Bates Range | Admitted |
|---|---|---|---|---|
| 1238 | 12/14/11 | December 14, 2011 Communication between Marc Defife, Mark Plansky, Jeffrey Farkas, and Jessica Martin | LTVK 000725 | |
| 1239 | 12/14/11 | December 14, 2011 Communication between Mark Plansky and Johan Eveland | LTVK 000756 | 2/27/14 Full |
| 1240 | | Trade Date August 19, 2011 Trader Jason Eynon | JEFF SGTP 002002 | |
| 1241 | 01/19/12 | Form U5 Uniform Termination Notice for Securities Industry Registration | FINRA-000383 – 000388 | Admitted Full 02/19/14, AM 2/19/14 |
| 1242 | 03/29/12 | Form U5 Uniform Termination Notice for Securities Industry Registration | N/A | |
| 1243 | 01/29/14 | Non Prosecution Agreement between DOJ and Jefferies | N/A | ID 2/26/14 |
| 1244 | 03/12/08 | March 12, 2008 Communication between Johan Eveland and Richard Handler | JEFF SGTP 174097 – 174106 | |
| 1245 | 12/16/10 | December 16, 2010 Communication between Johan Eveland and Richard B. Handler and Brian P. Friedman | JEFF SGTP 174107 – 174115 | |
| 1246 | 03/12/08 | March 12, 2008 Communication between William H. Jennings and Richard Handler | JEFF SGTP 174172 – 174181 | |
| 1247 | 12/16/10 | December 16, 2010 Communication between William H. Jennings, Richard Handler and Brian P. Friedman | JEFF SGTP 174166 -- 174171 | |
| 1248 | N/A | Litvak Trades Demonstrative | N/A | |
| 1249 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000518 | Admitted Full 2/21/14 02/21/14, 10:53 AM |
| 1250 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000519 | |
| 1251 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000520 | |
| 1252 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000521 | |
| 1253 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000522 | Admitted Full 2/21/14 02/21/14, 10:54 AM |
| 1254 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000523 | Admitted 2/21/14 Full 02/21/14, 11:03 AM |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 1255 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000524 | Admitted Full 2/21/14 02/21/14, 11:04 AM |
| 1256 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000525 | Admitted Full 2/21/14 02/21/14, 11:05 AM |
| 1257 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000526 | Admitted Full 2/21/14 02/21/14, 11:06 AM |
| 1258 | 12/21/09 | December 21, 2009 Communication between Al Vlajinac and Ken Zegar | LTVK 000527 | Admitted Full 2/21/14 02/21/14, 11:07 AM |
| 1259 | 12/14/09 | December 14, 2009 Communication between Ken Zegar and various recipients | JEFF SGTP 015048 – 015051 | |
| 1260 | 12/14/09 | December 14, 2009 Communication between Bill Jennings and Jesse Litvak | JEFF SGTP 027927 | |
| 1261 | 12/18/09 | December 18, 2009 Communication between Alan Vlajinac and various recipients | WMC JEF-0001.002 | |
| 1262 | 01/24/13 | Testimony of Alan Vlajinac, In Re Grand Jury Proceeding, N-12-3 (D. Conn. Jan. 24, 2013) | USAO-000458 – 000534 | |
| 1263 | | Wellington Management Legacy Securities PPIF Master Fund, LP as of December 31, 2009, Quarterly Report | SIGTARP_AUDIT_00000 531694 – 00000531714 | Admitted Full 2/21/14 02/21/14, 10:13 AM |
| 1263-A | | Wellington Management Legacy Securities PPIF Master Fund, LP as of December 31, 2009, Quarterly Report | | |
| 1264 | | Wellington Management Legacy Securities PPIF Master Fund, LP as of November 30, 2009, Monthly Report | SIGTARP_AUDIT_00000 531662 – 00000531678 | Admitted Full 2/21/14 02/21/14, 10:21 AM |
| 1264-A | | Wellington Management Legacy Securities PPIF Master Fund, LP as of November 30, 2009, Monthly Report | | |
| 1265 | 01/23/13 | Testimony of Robert Marston, In Re Grand Jury Proceeding, N-12-3 (D. Conn. Jan. 23, 2013) | USAO-000252 – 000407 | |
| 1266 | 01/25/13 | Testimony of Robert Marston, In Re Grand Jury Proceeding, N-12-3 (D. Conn. Jan. 25, 2013) | USAO-000572 – 000648 | |
| 1267 | 12/15/11 | December 15, 2011 Communication between Jesse Litvak and Mark Plansky | LTVK 000810 – 000812 | |
| 1268 | 12/14/11 | December 14, 2011 Communication between Mark Plansky and Bill Jennings | LTVK 000755 | |

1267A · Full 2/27/14 (to be provided.)

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 1269 | 12/14/11 | December 14, 2011 Communication between Mark Hughes, Mark Plansky, Jeffrey Farkas, and Jessica Martin | LTVK 000736 | |
| 1270 | 12/14/11 | December 14, 2011 Communication between Mark Hughes and Mark Plansky | LTVK 000753 | |
| 1271 | 09/15/10 | September 15, 2010 Communication between Perry Rahbar and Jesse Litvak | JEFF SGTP 125477 – 125479 | |
| 1272 | 06/28/11 | June 28, 2011 Communication between Jesse Litvak and Johan Eveland | JEFF SGTP 035140 | 2/27/14 Full |
| 1273 | 03/18/10 | March 18, 2010 Communication between Beth Starr and Ken Zegar | JEFF SGTP 315020 | |
| 1274 | 12/14/11 | December 14, 2011 Communication between Mark Plansky and Bill Jennings and Johan Eveland | LTVK 000758 | 2/27/14 Full |
| 1275 | 12/15/11 | December 15, 2011 Communication between Mark Plansky, Kevin Farrell, Mark Hughes, and Ryan King | LTVK 000813 | |
| 1276 | 07/11/12 | July 11, 2012 Communication between Jonathan Francis and Boyd Johnson | WILMER-00023 – 00024 | |
| 1277 | 07/19/12 | July 19, 2012 Communication between Jonathan Francis and Boyd Johnson | WILMER-00026 | |
| 1278 | 04/03/13 | April 3, 2013 Communication between Jonathan Francis and Boyd Johnson | WILMER-00104 | |
| 1279 | 08/15/94 | August 15, 1994 Communication between Jonathan G. Katz and Robert Welch | CTRL00128736 – 00128736_00004 | |
| 1280 | 09/07/11 06/07/11 06/13/11 | Testimony of Thomas Carocci, United States v. Fleishman, No. 11 CR 32 (S.D.N.Y. Sept. 7, 2011) Testimony of Thomas Carocci, United States v. Jiau, No. 11 CR 161 (S.D.N.Y. June 7, 2011) Testimony of Thomas Carocci, United States v. Jiau, No. 11 CR 161 (S.D.N.Y. June 13, 2011) | FINRA-000449-000501 | |
| 1281 | 09/27/11 | Jefferies Draft Fixed Income Business Review presentation, Sept. 2011 | JEFF SGTP 072500 – 072501; 072556 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---|---|---|---|---|
| 1282 | 05/12 | Jefferies Fixed Income, May 2012 presentation | JEFF SGTP 004251 – 004253 | |
| 1283 | 03/26/10 | Trade Ticket for CWALT 2006-OA3 1A1 | QVT-LTVK-00000254 | |
| 1284 | | QVT Financial's Valuations of CWALT 2006-OA3 1A1 and LXS-2007-15N-2A1 | QVT-LTVK-DEF-00000001 | |
| 1285 | 03/18/10 | Communication between Ken Zegar, Beth Starr, and Kevin Lamoin | JEFF SGTP 315012 – 315013 | |
| 1286 | 03/18/10 | Communication between Jesse Litvak, Michael Canter, Beth Starr | JEFF SGTP 315016 – 315017 | |
| 1287 | | File Scanning Agent Log Errror Codes E2E15 - E2E26 | JEFF SGTP 315201 | |
| 1288 | 03/11/10 | Buy Ticket for CWALT 2007-19 1A34 6, Ticket number 625825 | JEFF SGTP 315023 | |
| 1289 | 07/08/13 | Communication between Jonathan Francis and E. Scott Schirick | WILMER-00124 | |
| 1290 | 03/18/10 | Sell Ticket for CWALT 2007-19 1A34 6, Ticket Number 625828 | JEFF SGTP 315024 | |
| 1291 | | Exhibit Number skipped | | |
| 1292 | N/A | FINRA IM-2440-2. Additional Mark-up Policy For Transactions in Debt Securities, Except Municipal Securities | N/A | |
| 1293 | 01/07/10 | Communication between Katherine Costanzo and Jesse Litvak | YORK-00007 | Admitted 02/18/14, PM   Full 2/18/14 |
| 1294 | 01/04/12 | Communication between Michael Sharp, Eugene McGivney, Bob Albano, Lauri Scoran, and Joseph Allgor | JEFF SGTP 090363 – 090364 | |
| 1295 | 07/10/09 | Communication between Jesse Litvak, Elizabeth Harper, Julio Siderio, Marc Defife, and Jim Wilson | JEFF SGTP 371459 | |
| 1296 | 12/23/09 | Communication between Jesse Litvak and Al Vlajinac | JEFF SGTP 027947 | |
| 1297 | 12/23/09 | Communication between Jesse Litvak and Al Vlajinac | WMC.LITV-00006 | |
| 1298 | 12/21/09 | Communication between Al Vlajinac and Ken Zegar | WMC.LITV-00005 | |
| 1299 | 12/21/09 | Communication between Al Vlajinac and Ken Zegar | LTVK 000519 | |

| Exhibit | Date | Description | Bates Range | Admitted |
|---|---|---|---|---|
| 1300 | 03/10 | Alliance Bernstein Legacy Securities Master Fund, L.P. PPIF Management Discussion & Analysis, March 2010 | N/A | Admitted Full 02/18/14, PM 2/18/14 |
| 1301 | 03/31/10 | Alliance Bernstein Legacy Securities Master Fund, L.P. As of March 31, 2010, Quarterly Report | N/A | Admitted Full 02/18/14, PM 2/18/14 |
| 1302 | 09/30/09; 04/14/11 | AB Legacy securities Master Fund, L.P., AB Legacy Securities Management, L.P., AB Special Situations Team - PPIP Group Statement of Policy on Best Execution of Eligible Assets | AB000116 – AB0000124 | Admitted Full 02/20/14, 10:47 AM 2/20/14 |
| 1302-A | 01/08 | SIFMA Asset Management Group, Best Execution Guidelines for Fixed-Income Securities, White Paper, January 2008 | N/A | Admitted Full 2/20/14 02/20/14, 11:38 AM |
| 1303 | N/A | Canter Shading Color Chart | N/A | Offered for Identification ID ONLY 02/20/14, 12:12 PM 2/20/14 |
| 1304 | 05/14/12 | PPIP report offers chance for direct comparison of managers, 2012 WLNR 10461004 | | |
| 1305 | 03/19/10 | Communication between James Coe, Michael Canter, Victor Bhagat, Oktay Babayev and Robert Schick | AB000104 | |
| 1306 | 03/25/10 | Communication between Adina Dolfman and Robert Schick | AB000105 | |
| 1307 | N/A | BAML spreadsheet Attachment to March 25, 2010 Communication between Adina Dolfman and Robert Schick | AB000106 | |
| 1308 | 03/29/10 | Communication between Matthew McQueen and Michael Canter | AB000110 – AB000111 | Admitted Full 2/20/14 02/20/14, 2:17 PM |
| 1309 | 07/08/09 | News Release: AllianceBernstein Pre-Qualified as Legacy Securities Public-Private Investment Program Fund Manager by US Department of the Treasury | | |
| 1310 | 11/27/11 | Communication between Mike and Beth | BS000021 | Offered for Identification ID ONLY 2/20/14 02/20/14, 3:59 PM |

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 1311 | 10/30/09 | AllianceBernstein Legacy Securities Master Fund, LP As of October 30, 2009, Monthly Report | SIGTARP_AUDIT_00000 009099 – 00000009105 | |
| 1312 | 03/30/10 | March 30, 2010 Communication between Jesse Litvak, Johan Eveland and Bill Jennings | JEFF SGTP 018414 | |
| 1313 | 12/09/11 | December 9, 2011 Communication between Bob Albano and Lauri Scoran | JEFF SGTP 089731 – 089732 | |
| 1314 | 03/31/12 | AllianceBernstein Legacy Securities Master Fund, L.P. PPIP Management Discussion and Analysis, March 31, 2012 | | |
| 1315 | 03/18/10 | March 18, 2010 Communication between Beth Starr and Ken Zegar | JEFF SGTP 315020 | |
| 1316 | 01/23/11 | January 23, 2011 Email Review of 100 Trades | JEFF SGTP 001896 | |
| 1317 | 12/11 | Mortgage and Asset-Backed Group Supervisory Checklist, Month of December 2011 | JEFF SGTP 059124 | |
| 1318 | 08/11 | Mortgage and Asset-Backed Group Supervisory Checklist, Month of August 2011 | JEFF SGTP 059123 | |
| 1319 | 06/11/10 | Communication between Beth Starr and Robert Schick | LTVK 001117 | Admitted Full 2/20/14 02/20/14, 12:06 PM |
| 1320 | 09/15/11 | Jefferies Trade Blotter | N/A | |
| 1321 | 05/10 | AllianceBernstein Legacy Securities Master Fund, L.P. PPIP Management Discussion and Analysis, May 2010 | N/A | |
| 1322 | 09/30/11 | AllianceBernstein Legacy Securities Master Fund, L.P. PPIP Management Discussion and Analysis, September 30, 2011 | N/A | |
| 1323 | 05/07/10 | Communication between Kevin Lamoin, Chris Bolger, Jesse Litvak, Robert Schick, Jeffry Mullins, Beth Starr and Michael Canter | JEFF SGTP 033035 – 033036 | |
| 1324 | 09/26/11 | Communication between Beth Starr, Jesse Litvak, Ken Zegar, Haward Wang, Neil Aggarwal | JEFF SGTP 072684 | |
| 1325 | 09/26/11 | Communication between Robert Schick, Beth Starr, and Corey Brisee | LTVK 004263 | |

※ 1398 -6/25/10 12:01 p.m. Chat Full 2/27/14 ✓

* 1342 (cont's 63B) Full 2/27/14.

* 1341 Fixed Income November 2011 ✓          2/26/14 Full

| Exhibit | Date | Description | Bates Range | Admitted |
|---|---|---|---|---|
| 1326 | 12/11/13 | Memorandum of Investigative Activity: Robert Francis Schick, December 11, 2013 | SIGTARP-000507 – 000508 | Offered for ID ONLY Identification 2/20/14 02/20/14, 2:47 PM |
| 1327 | N/A | Cost Savings Calculations for WFMBS 06-AR12 1A1 | N/A | |
| 1328 | N/A | Wellington Management Policy and Procedures on Order Execution | WMC.DLA-002 – 006 | |
| 1329 | 03/29/10 | Trade Ticket for CWALT 2006-OA3 1A1 | WVT-LTVK-00000277 | |
| 1330 | 02/14/14 | Memorandum to File from Kyle C. DiGangi re: Conference Call with Brian Norris | | |
| 1331 ✓ | 12/21/09 | Communication between Ken Zegar and Jesse Litvak | JEFF SGTP 027936 | Admitted Full 2/21/14 02/21/14, 11:01 AM |
| 1332 | N/A | Jefferies's phone records for ingoing/outgoing calls from Dec. 7th-9th 2009 | N/A | |
| 1333 | 09/15/11 | Trade Ticket for ABSHE 2003-HE7 M2 2.779, Ticket Number 35586355 | | |
| 1400 | 02/23/12 | Memorandum of Investigative Activity: Michael Canter | SIGTARP-000003 – SIGTARP-000005 | |
| 1401 | 03/15/12 | Memorandum of Investigative Activity: Michael Canter | SIGTARP-000006 – SIGTARP-000007 | Offered for ID ONLY Identification 2/20 02/20/14, AM |
| 1402 | 05/22/12 | Memorandum of Investigative Activity: Michael Canter | SIGTARP-000020 – SIGTARP-000021 | |
| 1403 | 12/18/13 | Memorandum of Investigative Activity: Michael Canter | SIGTARP-000521 – SIGTARP-000522 | |
| 1404 | 12/11/13 | Memorandum of Investigative Activity: Katherine Corso | SIGTARP-000503 – SIGTARP-000506 | |
| 1405 | 01/15/14 | Memorandum of Investigative Activity: Katherine Corso | SIGTARP-000526 | |
| 1406 | 07/25/12 | Memorandum of Investigative Activity: Johan Eveland | SIGTARP-000034 – 000040 | ID 2/26/14. |
| 1407 | 12/17/13 | Memorandum of Investigative Activity: Johan Eveland | SIGTARP-000519 – 000520 | |

✓ * 1339A P.6 4/12/10 17:54 Chat          2/24/14 Full.
         Beginning w/↑

✓ * 1334 ✓ Costanzo Message dated 1/7/10 12:30 pm.   Full 2/24/14
✓ * 1335 ✓ Chat dated 1/7/10 12:05 pm Litvak/soleimani      Full 2/24/14

1336 ✓ Katz

1350 ✓FMBS Ticket 06-AR12 1A1 Full 2/26/14

1343 Blaney Communication. Full 2/27/14

| Exhibit | Date | Description | Bates Range | Admitted |
|---------|------|-------------|-------------|----------|
| 1408 | 10/30/13 | Memorandum of Investigative Activity: Vladimir Alex Lemin | SIGTARP-000226 – 000229 | ID 2/24/14 |
| 1409 | 01/13/14 | Memorandum of Investigative Activity: Vladimir Lemin | SIGTARP-000530 – 000531 | |
| 1410 | 10/30/13 | Memorandum of Investigative Activity: Peter Anthony McMullin | SIGTARP-000230 – 000233 | |
| 1411 | 02/12/14 | Memorandum of Investigative Activity: Peter A. McMullin | SIGTARP-000551 | |
| 1412 | 01/28/14 | Memorandum of Investigative Activity: David Miller | SIGTARP-000535 – 000536 | |
| 1413 | 02/10/14 | Memorandum of Investigative Activity: David Miller | SIGTARP-000546 | |
| 1414 | 10/24/12 | Memorandum of Investigative Activity: Brian Paul Norris | SIGTARP-000083 – 000086 | |
| 1415 | 01/14/14 | Memorandum of Investigative Activity: Brian Norris | SIGTARP-000525 | |
| 1416 | 05/27/10 | Memorandum of Investigative Activity: Alan Vlajinac | SIGTARP-000241 – 000243 | |
| 1417 | 09/26/12 | Memorandum of Investigative Activity: Alan Vlajinac | SIGTARP-000066 – 000069 | |
| 1418 | 02/12/13 | Memorandum of Investigative Activity: Joel Wollman | SIGTARP-000113 – 000117 | |
| 1419 | 01/13/14 | Memorandum of Investigative Activity: Joel Wollman | SIGTARP-000532 | |
| 1420 | 01/28/14 | Memorandum of Investigative Activity: Adam Wolf | SIGTARP-000533 – 000534 | |
| 1421 | 02/10/14 | Memorandum of Investigative Activity: Robert J. Welch | SIGTARP-000550 | |
| 1422 | 01/25/13 | Indictment | N/A | |
| 1423 | 01/08/14 | Memorandum of Investigative Activity: Jordan Harry Rothstein | SIGTARP-000523 – 000524 | |
| 1424 | 02/17/14 | Memorandum of Investigative Activity: Tracy Lincoln | SIGTARP-000552 – 000553 | |
| 1425 | 11/19/12-11/20/12 | Memorandum of Investigative Activity: Michael Canter | SIGTARP-000103 – 000107 | Offered for Identification 02/20/14, 12:56 PM ID ONLY 2/20/14 |

1344 ✓ Blaney Communication. 2/27/14 Full.

| Exhibit | Date | Description | Bates Range | Admitted |
|---|---|---|---|---|
| 1426 | 01/24/12 | Memorandum of Investigative Activity: Johan Eveland | SIGTARP-000537 – 000539 | 2/26/14 ID |
| 1427 | 07/13/11 | Memorandum of Investigative Activity: Ben Hunsaker | SIGTARP-000244 – 000245 | |
| 1428 | 11/17/11 | Memorandum of Investigative Activity: Ben Hunsaker | SIGTARP-000248 | |
| 1429 | 09/26/12 | Memorandum of Investigative Activity: Bethany Evitts | SIGTARP-000060 – 000063 | |
| 1430 | 09/26/12 | Memorandum of Investigative Activity: Michael Garrett | SIGTARP-000064 – 000065 | ID ONLY 2/21/14 |
| 1431 | 10/24/12 | Memorandum of Investigative Activity: Jason Marshall | SIGTARP-000081 – 000082 | |
| 1432 | 10/25/12 | Memorandum of Investigative Activity: Ben Hunsaker | SIGTARP-000093 – 000095 | |
| 1433 | 05/24/10 | Memorandum of Investigative Activity: Michael Garrett | SIGTARP-000239 – 000240 | |