IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | July 22, 2014 |

**DEFENDANT JESSE C. LITVAK'S MOTION
TO SUPPLEMENT THE RECORD AT SENTENCING**

Defendant Jesse C. Litvak files this Motion to Supplement the Record at Sentencing in order to provide the Court with additional materials bearing on its consideration of the sentencing factors set forth in 18 U.S.C. §3553(a).

In the time since Mr. Litvak's sentencing memoranda were filed, counsel have received two additional letters written on his behalf. These letters are relevant to the Court's consideration and application of the factors enumerated in 18 U.S.C. §3553(a), including Mr. Litvak's personal history and characteristics. Copies of these letters are attached as Exhibit A, Part V in further support of Mr. Litvak's Sentencing Memorandum [Doc. #262].

WHEREFORE, for the foregoing reasons, defendant Jesse C. Litvak respectfully moves this Court for permission to supplement the record at sentencing as described above.

2

Respectfully submitted,

**THE DEFENDANT,
JESSE C. LITVAK**

By:   /s/ Ross H. Garber
      Ross H. Garber (ct17689)
      Shipman & Goodwin LLP
      One Constitution Plaza
      Hartford, CT  06103
      Telephone:  860-251-5901
      Fax:  860-251-5219
      Email:  rgarber@goodwin.com

      Patrick J. Smith (admitted *pro hac vice*)
      John M. Hillebrecht (admitted *pro hac vice*)
      Sarah B. Zimmer (admitted *pro hac vice*)
      DLA Piper LLP (US)
      1251 Avenue of the Americas, 27th Floor
      New York, New York  10020
      Tel.:  (212) 335-4500
      Fax:  (212) 884-8509
      Email:  patrick.smith@dlapiper.com
             john.hillebrecht@dlapiper.com
             sarah.zimmer@dlapiper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                /s/ Ross H. Garber
                                                Ross H. Garber