# EXHIBIT A

## Part V: A-172 through A-175

The Honorable Janet Hall
Chief United States District Judge
District of Connecticut
Richard C. Lee United States Courthouse
141 Church Street
New Haven, Connecticut 06510

Dear Judge Hall-

I write to you with great sadness at the prospect of a man of such fine character, Jesse Litvak, will be spending time in our criminal system. If you would indulge me for just a few moments, I want to humbly offer a few words about the man who is to stand before you, ready for his punishment.

Although Jesse values the system and respects the authority and process of law, this crime that he has been found guilty of is just inconsistent with the man who is to stand before you. In my 22 years on Wall Street, I know very few people that are as honest and as kind hearted as Jesse. Even in his worst of times, he looked to help others in need. Even though he is to be sentenced next week, the only thing he can think of is how quickly he can get down to see his ailing father who has just been diagnosed with cancer. As far as his reputation in the industry goes, again, it is just inconsistent with the man who has been found guilty of a crime. I beg you your honor, please consider the man and his true intentions when you sentence him.

I speak to you with full respect for the process and that he was found guilty, but I ask you to consider that Jesse is incapable of trying to intentionally hurt someone or intentionally wrong someone. He was a man who was caught up in his job under the pressures and expectations of his supervision. He never directly profited from these trades nor did he ever believe he was hurting anyone. Every action he undertook was under the direct supervision of his management and compliance controls. That said, he is still ready to accept responsibility. So I humbly request the following.

Please consider making good use of this kind hearted, intelligent, family man. Is there a way to make a true example of retribution while helping others? Is there a middle ground in the form of probation and community service or education to others in the industry so that this does not happen again? In addition, Please consider his wife and children who are suffering for his mistakes. Please offer him the opportunity to lead by example and be a productive part of the solution for the education of Wall Street and best business practices abroad. I promise you, Jesse Litvak will not let you down. He will make you proud that you saw through the verdict and the headlines and saw something more in the man. Myself and hordes of others on Wall Street would also stand ready to play our part if it helped Jesse remain a productive part of our society. Is there a place where punishment, rehabilitation and productive service meet? I believe, as do hundreds of others who know Jesse, that there is a place for him to serve society well. This may involve leniency by Your Honor, but it will also involve a great challenge for Jesse. Firstly, to pay back society in ways that help rehabilitate and educate an industry. Lastly, serving his beautiful children who will not be punished in the process but rather taught a valuable lesson in accountability and forgiveness at the same time.

A-172

I want to end with a thank you for your time, consideration in these matters and above all, your service to a Nation.

Sincerely,

Jon-Paul Rorech

**A-173**

July 14, 2014

The Honorable Janet Hall
District of Connecticut
Richard C. Lee United States Courthouse
141 Church Street
New Haven, Connecticut 06510


Dear Judge Hall,

I have known Jesse Litvak for well over a decade and have done hundreds of trades with him over that time from my seat at two banks (BNP-Paribas and Dresdner), a hedge fund (Peloton Partners) and two broker-dealers (CrossPoint Capital and Braver Stern).

The number of traders I have trusted implicitly over my nearly two decades in the business can be counted on one hand. Jesse was, and still is, firmly on that one hand.

Our business relationship began as early as 2004 and was predicated on his knowledge of the market and his ability to get my firm best execution. Jesse's market share grew as he developed trust throughout his customer base and ultimately he was our most consistent counterparty for cash trades for my hedge fund from 2005 through to February 2008. Simply put, he got us the best price more often than any other broker dealers. On numerous occasions we were willing to pay Jesse and GCM more and he refused to accept it. With us, I never had a doubt as to his intentions or integrity.

When my hedge fund got into trouble in 2008 because of leverage on some of the very same senior securities we discovered that many of our counterparties understood they would be better off if we were liquidated (and acted accordingly). Jesse, and Greenwich Capital, made a conscious decision not to maximize profit in the same way. Instead, he took our securities back at agreed-upon prices while dropping everything to try and help us with our other bonds and other problems. Ultimately we failed, but not before Jesse exhibited his true character.

As SEC deputy Reid Muoio correctly pointed out, establishing a fictional backstory for a bond or a price was indeed "fairly commonplace, fairly widespread" during the period that followed. I am sure Jesse regrets creating this chatroom persona with a few clients just as I am sure he was absolutely nowhere near the worst offender.

Eradicating this commonplace practice years after the fact through the scapegoating of a single trader seems perverse on its face, in addition to being gratuitously cruel to a

A-174

devoted son, father and husband. Jesse has already been humbled, punished and fired from his job. I respectfully ask that you weigh all of what I have written about my good friend, and good person, into account when deciding the appropriate sentence.


Respectfully,

*[signature]*


Peter Howard

███████████

Ridgewood, NJ  07450

A-175