IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | September 8, 2014 |

**DEFENDANT JESSE C. LITVAK'S MOTION
TO MODIFY CONDITIONS OF RELEASE**

Defendant Jesse C. Litvak respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to modify the conditions of his release on bond. Mr. Litvak seeks an Order of the Court removing or suspending the requirement that he actively seek employment, until the time of his self-surrender to the Bureau of Prisons, to permit him to attend to family matters before he begins the court-ordered period of incarceration. In support of this motion Mr. Litvak states as follows:

1. On or about January 25, 2013, Mr. Litvak was charged in a sixteen count Indictment (Doc. No. 1). He was arraigned on January 28, 2013, at which time the court set bond and ordered certain Conditions of Release. *See* Order Setting Conditions of Release (Doc. No. 6).

2. Included among the Court-ordered Conditions of Release is a condition that Mr. Litvak "continue or seek employment" while on release. Order at 7(b).

3. On July 23, 2014, after a trial and conviction by jury, the Court sentenced Mr. Litvak to 24 months' imprisonment and ordered that the conditions of his pretrial release be continued up to and until the time of his self-surrender. The Court denied Mr. Litvak's motion for bond pending appeal. Minute Entry (Doc. No. 272). Since that time, the Bureau of Prisons has designated Mr. Litvak for self-surrender by 12:00 p.m. on November 5, 2014.

4. Mr. Litvak requests that the Court amend the Order Setting Conditions of Release to remove or suspend standard condition 7(b), which requires Mr. Litvak to actively seek

employment as a condition of release. Mr. Litvak makes this request to allow for his attention to family matters and preparation for his absence before commencing his term of incarceration, which is currently set to begin in less than two months.

5. To date, Mr. Litvak has been fully compliant with all conditions of release.

6. Counsel for Mr. Litvak spoke with Assistant United States Attorney Jonathan Francis who indicated that the government has no objection to this proposed amendment to the conditions of release. Counsel has also spoken with United States Probation Officers Jeff Steimel, of the United States Probation Department for the Southern District of New York, and Raymond Lopez, Senior United States Probation Officer for the District of Connecticut, and neither has any objection to this motion being granted.

        Respectfully submitted,
**THE DEFENDANT,**
**JESSE C. LITVAK**

By: /s/ Ross H. Garber
Ross H. Garber (ct17689)
Michael G. Chase (ct28935)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: 860-251-5901
Fax: 860-251-5219
E-mail: rgarber@goodwin.com

Patrick J. Smith (admitted *pro hac vice*)
John M. Hillebrecht (admitted *pro hac vice*)
Sarah B. Zimmer (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 884-8509
E-mail: patrick.smith@dlapiper.com
E-mail: john.hillebrecht@dlapiper.com
E-mail: sarah.zimmer@dlapiper.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Ross H. Garber
      Ross H. Garber