# United States Court of Appeals

FOR THE

## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand fourteen.

Present:     RALPH K. WINTER,
             REENA RAGGI,
             PETER W. HALL,
                  *Circuit Judges.*
-------------------------------------------------------------------------
UNITED STATES OF AMERICA,

                       *Appellee*,

                                                          **ORDER**

        v.                                                No. 14-2902-cr

JESSE C. LITVAK,

                  *Defendant-Appellant.*
-------------------------------------------------------------------------

Defendant Jesse C. Litvak, through counsel, moves for release pending appeal.   Upon due consideration, it is hereby ORDERED that the motion is GRANTED because Litvak has raised "a substantial question of law or fact likely to result in . . . reversal."   18 U.S.C. § 3143(b)(1).   The conditions of release established by the district court shall remain in full force and effect during the pendency of this appeal.

                                   FOR THE COURT:
                                   Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/03/2014