PS 42
(Rev. 7/93)

# United States District Court

District of Connecticut

United States of America        )
                                )
        vs.                     )
                                )
    Jesse Litvak                )
                                )   Case No.  3:13CR019(JCH)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jesse Litvak_____, have discussed with _____Jeff Steimel SD/NY_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall seek/maintain employment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/22/14       _____  10/23/14
Signature of Defendant         Date         Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  10/22/14
Signature of Defense Counsel    Date

☒ The above modification of conditions of release is ordered, to be effective on  11/1/14 .
☐ The above modification of conditions of release is *not* ordered

/s/Janet C. Hall                           10/27/14
Signature of Judicial Officer               Date