```
 1                    UNITED STATES DISTRICT COURT

 2                      DISTRICT OF CONNECTICUT

 3   _____
     United States of America    )January 26, 2015
 4                  Government    )11:10 a.m.
     v.                           )
 5   Jesse C. Litvak              )3:13cr19(JCH)
                     Defendant.   )
 6   _____)

 7                                141 Church Street
                                  New Haven, Connecticut
 8
                     HEARING
 9


10

     B E F O R E:
11                       THE HONORABLE JANET C. HALL, U.S.D.J.

12

13   A P P E A R A N C E S:

14   For The Government  :    Jonathan N. Francis
                              U.S. Attorney's Office
15                            157 Church St., 23rd floor
                              New Haven, CT 06510
16

17   For the Defendant   :    Ross Garber
                              Shipman & Goodwin
18                            One Constitution Plaza
                              Hartford, CT 06103-1919
19
                              Patrick Smith
20                            Sarah B. Zimmer
                              DLA Piper US LLP-NY
21                            1251 Avenue of the Americas,
                              27th Floor
22                            New York, NY 10020-1104

23

24

25
```

1          THE COURT:  Good morning to you.  We're here this

2     morning in the matter of the United States of America versus

3     Jesse C. Litvak, 3:13cr19.  If I can have appearances please.

4          MR. FRANCIS:  Good morning, your Honor.  For the

5     government, Jonathan Francis.  With me at counsel table is

6     Heather Cherry, also Special Agent Jim O'Connor from SigTarp

7     and an investigator with my office, who I believe you know,

8     Robert Marshall.

9          THE COURT:  Good morning to all of you.

10          MR. SMITH:  Good morning, your Honor.  Patrick Smith

11     for Mr. Litvak.  Also present is Sarah3 Zimmer and Ross

12     Garber.

13          THE COURT:  Good morning to all of you.  We're here

14     this morning on a petition of violation of supervised release

15     which I have to say is not something I expected to be taking

16     up in this matter.  It is submitted by Officer Owens of our

17     probation office based upon a report I believe from the

18     supervising office down in the Southern District of New York

19     petitioning for action based upon a report that in December,

20     Mr. Litvak filed a civil lawsuit in New York Supreme Court

21     against Michael Canter individually and AllianceBernstein and

22     various related entities.

23          On January 13, it is reported that Attorney Sarah

24     Zimmer, who is an attorney for Mr. Litvak in the matter, had

25     withdrawn the civil action.  It is not entirely clear to me

1   in the petition, but I now understand that there's a statute

2   under 18 U.S.C. Section 1513 which makes it a crime to

3   retaliate against anyone for his testimony.  Is this the

4   government's view of what this petition is?

5            MR. FRANCIS:  Well, I think we are concerned that it

6   is potentially a violation of that statute.  At the very

7   least, it is inconsistent with the government's obligation to

8   make sure the victim and witnesses are free from retaliation

9   and are respected and their rights are protected under the

10  Crime Victim Fraud Act.  We're concerned it is improper

11  contact.  It was made in indirect fashion through legal

12  process, hiring an attorney this way to sue a witness against

13  you because you didn't like what they had to say at trial

14  seems not so different from asking a friend to go and deliver

15  a vague but threatening message to someone who testified

16  against you, and your Honor should know that the government's

17  been in contact with Mr. Canter and attorneys for

18  AllianceBernstein.  During which this lawsuit was pending,

19  there was also a media article actually the day it was filed.

20  Mr. Litvak's civil attorney spoke to Law360 and had some

21  comments about Mr. Canter personally that seemed ad hominem.

22            With respect to the lawsuit, I'm not sure why it was

23  necessary to name Mr. Canter personally opposed to suing

24  AllianceBernstein.  All of this at the very least indicates

25  that Mr. Litvak doesn't understand what he did here -- this

1   can't happen.  We cannot have victims and witnesses being

2   harassed because of what their testimony, truthful testimony

3   they delivered at trial.

4        In addition, I guess I didn't realize this until I

5   was reminded of it by Mr. Canter.  Mr. Litvak asked

6   Mr. Canter for a letter at sentencing in support of his

7   arguments at sentencing that he should receive leniency from

8   the Court.  Mr. Canter refused to give that to Mr. Litvak

9   apparently so Mr. Canter expressed to my office some concern

10  that he's being punished not for the testimony he delivered

11  to the Court and the jury, also for failing to support Mr.

12  Litvak's argument to the Court that he shouldn't have to go

13  to jail for any amount of time or not a significant amount of

14  time, so I can't say that we're prepared to return, we're

15  prepared to return the indictment against Mr. Litvak for

16  violation of Section 18 U.S.C. 1513(e).  We're very troubled

17  by this and thought we had an obligation to bring it to the

18  attention of probation which we did.  That's what brings us

19  here today.

20       THE COURT:  Maybe I wasn't clear.  Can you tell me

21  what condition of his supervised release pending appeal that

22  you would claim is violated?

23       MR. FRANCIS:  I think there are potentially two.

24  The first is the defendant must not violate federal law while

25  on release.  To the extent that what he did was contrary to

1   1513, then he would violate that condition.

2        The second condition is on the second page 7g avoid

3   all contact directly or indirectly with any person who is or

4   may be a witness or victim in the investigation or

5   prosecution including and this was added persons/entities on

6   the list supplied by U.S. Attorney except in the presence of

7   counsel.

8        THE COURT:  That's fine.  Thank you.

9        Mr. Litvak, a petition has been brought by the U.S.

10  Probation Office charging you with violations of your

11  conditions of supervised release.

12        When that happens, a defendant such as yourself, has

13  certain rights.  The first is you have a right to be

14  represented by counsel.  Obviously Attorney Smith is here

15  today representing you.

16        You also have a right to be aware of what it is the

17  probation office thinks you have done that's in violation of

18  my conditions.

19        Attorney Smith, can you confirm for me that you

20  received a copy of Officer Owens' petition and provided that,

21  showed it to Mr. Litvak before today?

22        MR. SMITH:  We did, your Honor.

23        THE COURT:  You had an opportunity to discuss it

24  with him?

25        MR. SMITH:  Yes, your Honor.

1          THE COURT:  When someone is charged as the

2    government has articulated it, it appears two possible

3    violations here of my conditions.  When someone is charged

4    with a violation, they have an opportunity to deny that they

5    have committed any violation and have a hearing.  That

6    hearing takes place in front of me.  It is not a jury trial.

7    It is a hearing and the burden of proof is less than at a

8    criminal trial.  It is called a preponderance of the evidence

9    which is a fancy phrase to mean the facts are more likely

10   true than not true that this violation occurred.

11          Further, at this hearing, the probation office with

12   the assistance of the government can present evidence.  That

13   evidence can be in a form that otherwise would not be

14   admissible at a jury trial, for example, but I can consider,

15   obviously I need to decide if I think it is trustworthy

16   whether I accept it, et cetera. So, for example, hearsay

17   could be admitted which would not normally be admissible in

18   front of a jury at a criminal case.

19          Do you have any questions as to what I just

20   explained to you about what your rights are in connection

21   with the petition that's charged you with violations?

22          THE DEFENDANT:  No, your Honor.

23          MR. SMITH:  Your Honor, I have one question.  You

24   referred several times to a violation of supervised release.

25   I think this is a pretrial release application.  I'm not sure

1    the standard your Honor articulated would apply in these

2    circumstances but in terms of when probation tees up

3    violations of supervised release, the procedural protection

4    that applies.  If your Honor wants to apply those in this

5    circumstance, we understand.

6              THE COURT:  I have never not applied.  Do you think

7    there's less protection pretrial?

8              MR. SMITH:  I couldn't tell you one way or the

9    other.

10             THE COURT:  If they are more, I would like you to

11   tell me.  I need to afford them if they're greater.

12             MR. SMITH:  I haven't considered the issue.  Your

13   Honor is going to hear whatever the government has to say

14   about the nature of the issue and your Honor's got to make a

15   determination by a preponderance whether a violation of the

16   conditions took place.

17             I don't think the written notice that was provided

18   to the defendant actually articulates the violation in the

19   way that Mr. Francis described, but I think we can probably

20   resolve the matter without getting hung up on that.

21             THE COURT:  Nicole or Mark, do you want to tell me

22   the section I should be looking at if it is a pretrial

23   violation?

24             MS. OWENS: One second, your Honor.

25             Your Honor, I ask the Court for a recess so we can

1    research the answer for the Court.

2         THE COURT:  I think it is 3142 under the section

3    which he was released that's pending trial.  Under 3143 is

4    pending sentence or appeal.  My problem is I can't find it

5    says when somebody violates the conditions.  I know I revoked

6    someone who violated conditions.  Mr. Trudeau I revoked

7    pending trial for violations.

8         MR. FRANCIS:  I don't have the answer, your Honor,

9    but 3148 is for sanctions for violation of 3142.  I'm not

10   aware of there being anything parallel for 3143.

11        THE COURT:  The first step is you are supposed to

12   have filed, Attorney Francis, a motion for revocation with

13   the District Court under 3148(b).  Would you agree with me?

14        MR. FRANCIS:  That would be right under 3148, yes.

15        THE COURT:  Okay so enter an order of revocation if

16   after a hearing, the judicial officer finds there's probable

17   cause to believe he committed a crime of clear and convincing

18   evidence that the person violated any other condition of

19   release and finds there's no condition or combination that

20   will assure he won't flee or pose a risk of danger or he's

21   unlikely to abide by any condition.

22        If it is a violation of the crime and there's

23   probable cause to believe it a rebuttable presumption arises

24   if no condition will assure the defendant will not pose a

25   danger.

1          I would think that's probably -- would you agree

2     that's what applies, sir?  3148?

3          MR. SMITH:  I think so, your Honor.

4          THE COURT:  Okay.  All right.  Well, it says I have

5     a hearing so I think everything I just said would amount to

6     what I think is the appropriate hearing.  Do you disagree?

7          MR. SMITH:  No.  We don't have an application from

8     the government.  We have some responses to your Honor and we

9     don't have the government's position on whether the remedy

10    ought to be a modification or revocation.

11         I understand that, you know, they are seeking

12    something short of revocation in terms of a potential

13    adjustment in conditions but perhaps your Honor would hear

14    from me briefly on some of the circumstances in the

15    background here.  I think the way the government has teed it

16    up, they assume there is retaliatory purpose to the lawsuit.

17    I want to give your Honor a little bit of procedural

18    background about a lawsuit then factual background.

19         The procedural background is that the statute of

20    limitations on any potential tortious interference claim was

21    due to run I think on December 21 of 2014 which under

22    New York law was three years after Mr. Litvak's termination.

23    Under the New York CPLR, Mr. Litvak's employment counsel

24    filed a summons with notice which under New York law has the

25    effect of tolling the statute of limitations.

1          There's then -- I should note the lawsuit was never

2    served and no complaint was ever filed.  I think under the

3    CPLR, there's then 120 days to serve the notice and up to a

4    year to actually prosecute the claim.  So the point of filing

5    the lawsuit was to preserve any claim of tortious

6    interference and that was the reason it was filed.

7          The thinking was that, you know, were Mr. Litvak to

8    be successful on his appeal, then the claim would be pursued,

9    but if Mr. Litvak was not successful on his appeal, the claim

10   would be abandoned.

11         The claim relates -- if your Honor hasn't seen a

12   copy of the summons with the notice, I can hand up a copy.  I

13   would like to do that.  This has the additional page with the

14   Notice of Discontinuance.  May I approach, your Honor?

15              THE COURT:  Yes.

16              MR. SMITH:  (Handing.)

17              THE COURT:  Thank you.

18              MR. SMITH:  So as I noted, your Honor, there was no

19   service of this document, no other effort to prosecute the

20   claim other than filing this document which has the effect of

21   tolling the statute of limitations.

22         In terms of the basis for it and why we think that

23   the assumption that the government has it was for retaliatory

24   purpose is wrong is that the claim arose in the time period

25   from when this issue was first raised by AllianceBernstein,

1    as your Honor will recall from trial, in early November of

2    2011, through the time of Mr. Litvak's termination on

3    December 21, 2011.

4            In that time frame, there was a lot of discussion

5    back and forth between Jefferies and AllianceBernstein about

6    the issue.  Mr. Litvak continued to be employed, and the

7    materials that were provided in discovery indicate that

8    Michael Canter and AllianceBernstein demanded that as a

9    condition of Jefferies again being permitted to trade with

10   AllianceBernstein that Mr. Litvak be fired.

11           So the way I think about it is either the claim

12   arose in that period and viable and more than colorable, and

13   then what happened in terms of the criminal investigation

14   that followed happened.  Does Mr. Litvak have a legal right?

15   Well, counsel understood that Mr. Litvak had a legal right

16   and filed this document to preserve that claim.

17           Whatever came next in terms of the criminal

18   investigation, the prosecution and the trial is separate, and

19   we think couldn't have vitiated whatever legal right Mr.

20   Litvak had.  So the whole purpose of filing the lawsuit was

21   simply to preserve the possibility that this potentially

22   valuable claim could be prosecuted at some point in the

23   future.

24           The U.S. Attorney's Office then heard about the

25   lawsuit from AllianceBernstein and Mr. Canter as Mr. Francis

1    has outlined.  They contacted Probation and Pretrial Services

2    in New York, raised it with Mr. Litvak and circled back to

3    me.  I had no role in the preparation of the lawsuit.

4         To the extent the notice indicates that Ms. Zimmer

5    had a role, she did not have a role.  This case was being

6    handled by Jonathan Sack who is noted here on the summons

7    with notice.

8         Mr. Litvak considered the state of affairs and the

9    possibility that the government would take the view this

10   would violate his bail conditions and decided that simply not

11   worth the issue and the Notice of Discontinuance was then

12   filed on January 13, 2015 after we had a conversation with

13   Mr. Francis.  Again nothing was ever served on

14   AllianceBernstein and the case is now dead and over.

15        I note, your Honor, that Mr. Litvak has had nearly

16   two full years on release.  That's been entirely without

17   incident.  He's always appeared when he had to appear.  He's

18   been a model citizen in terms of a pretrial supervision

19   defendant.

20        I think that the idea that this was a violation of

21   his bail conditions via an improper contact with a witness is

22   not supported.  There was no contact.  The lawsuit was filed,

23   but there was no contact with anyone at AllianceBernstein or

24   Mr. Canter.

25        I think, your Honor, that under the facts as they

1    are now before the Court, we would think that no action is

2    warranted.

3         I would like to hear from the government what they

4    think is necessary under these circumstances, but there's

5    just not, seems to me, enough here in terms of either

6    retaliatory purpose or an act in furtherance of some

7    retaliatory plan since the lawsuit has been withdrawn and was

8    never served.

9         I'm not saying I'm not aware that the lawsuit was

10   going to be filed.  I was aware that the lawsuit was going to

11   be filed.  When I heard that the government was taking the

12   position that there was some retaliatory purpose behind, I

13   was puzzled.  I never understood it that way at all.  I knew

14   the facts of the timeline from early November through

15   December.  I understood that there was potentially a claim

16   there and I agreed there was potentially a claim there.  So

17   if the claim independently arose prior to the onset of the

18   criminal investigation, my thinking now, I didn't consider it

19   at the time, frankly the light bulb didn't go off, if this

20   could conceivably be retaliatory.

21        The idea here is if Mr. Litvak has a valid legal

22   claim under the facts as we understand them that arose in

23   November and December 2011, it just can't be that the witness

24   retaliation statute, 18 U.S.C. 1513, could extinguish his

25   right to have that claim prosecuted.

1          He's now given it up in terms of withdrawing the

2     lawsuit, but I think the idea that there's something to do

3     here in terms of a violation proceeding is just -- I just

4     don't get it.  I think that at the end of the day here your

5     Honor should resolve this by finding that no violation has

6     taken place.

7          THE COURT:  I haven't practiced law for a long time.

8     Before I became a judge I did do civil business litigation

9     and I have filed claims for tortious interference, and I have

10    to say when I learned of this, I struggle as to who thinks

11    this is tortious interference.  I'm remembering the facts.  I

12    recall that.  That there was a period that Mr. Litvak wasn't

13    fired right away.  There were discussions and there was anger

14    on AllianceBernstein's side that they had been duped by him

15    and that he should be made to pay a price for that.  Those

16    are my words, not their words.

17         But by the theory of this lawsuit, it would mean

18    that if I work for a company, and I do something that's

19    wrong, even if it is not criminally wrong, just wrong, I

20    breach an unwritten rule in the industry, that the company

21    who is the victim of that, can't urge that I be fired because

22    I have a contractual relation with my employer.  Did he have

23    a contract for a term of years or was it at will?

24         MR. SMITH:  He had an employment contract.

25         THE COURT:  Was there any cause that he could be

1    fired for?

2           MR. SMITH:  I think he could be fired for cause

3    under the terms of the employment contract, but I think your

4    Honor is -- this is not an issue we can debate today.  The

5    issue is now at the Court of Appeals.  It may well turn out

6    that the Court of Appeals decides and folks across the aisle

7    don't agree with, that no legal wrong took place in terms of

8    Mr. Litvak's conduct.  Then the question becomes was

9    AllianceBernstein victimized at all.  That's the thinking

10   that went behind it.  If the appeal were not successful, the

11   case would never be prosecuted, but if it were successful and

12   Mr. Litvak's position was vindicated that no legal wrong took

13   place vis-a-vis AllianceBernstein, then that claim could

14   never be prosecuted unless it was preserved.

15           So does he have a claim?

16           THE COURT:  That's what I'm wondering.

17           MR. SMITH:  I hear what your Honor is saying, but

18   competent employment counsel evaluated the facts, came to as

19   an officer of the court, a good faith conclusion there was a

20   claim here and he filed it.

21           THE COURT:  Maybe New York law is different than

22   Connecticut law.  That could be one source of my puzzlement

23   over this cause of action.

24           MR. SMITH:  There's certain evidence that you did

25   not see because it wasn't admitted at the trial.  The

```
 1    evidence includes, for example, text messages between Michael
 2    Canter and Beth Starr, who was the sales rep on the
 3    AllianceBernstein account, that corroborated the idea that
 4    Canter was militating for Mr. Litvak to be fired.
 5              THE COURT:  What I don't understand is and I gather
 6    you were aware that the suit was going to be brought but not
 7    involved but even a noncriminal lawyer bringing this suit who
 8    knows his client has been charged with crimes, maybe they
 9    don't know federal statutes, but -- I don't want to expound
10    on whether I think there's probable cause on the face of all
11    of this to say there's a violation.  What you are arguing to
12    me there's a defense to the charge under 1513 because he was
13    doing it to protect his civil interest, and they interfered
14    with his rights, but that's his version of the story.  It
15    seems to me that it presents on its face a suggestion that
16    Michael Canter testifies, Michael Canter gets sued.
17              MR. SMITH:  Bear in mind, your Honor --
18              THE COURT:  If it were your client, you would be
19    standing there screaming at me about how this was
20    retaliation.
21              MR. SMITH:  I don't know about screaming, your
22    Honor.  I think you know I'm not a screamer.  But the
23    lawsuit, whether or not the lawsuit has merit and would be
24    successful is not really the point, but the factual basis for
25    the lawsuit is entirely in the zone before the criminal
```

1    investigation started, and it's not framed in any way in

2    terms of what happened after December 21 of 2011.

3         THE COURT:  You don't think that the defendants at

4    that civil case would want to spend a lot of time on the

5    coincidence of the criminal case and their testimony at that

6    trial and this notice or the summons having been issued?

7         MR. SMITH:  This would only play out, your Honor,

8    were the appeal successful and that procedurally there was no

9    way to preserve the claim other than either filing this

10   summons and notice mere placeholder under New York law or

11   getting a tolling agreement out of AllianceBernstein, which I

12   think the judgment of employment counsel was a futile act.

13   So against that, the procedural background, another reason

14   why there could never be a probable cause finding is that

15   there was -- it just didn't go forward, it wasn't set up to

16   go forward, no one wanted to debate the merits of this, your

17   Honor.

18        Mr. Litvak after the government became agitated

19   about it, withdraw the lawsuit.  The interest of

20   AllianceBernstein and Michael Canter are now protected in

21   the way the government has described under the Victim Witness

22   Protection Act.  It frankly I think just shouldn't be taking

23   up your Honor's time with this.  It doesn't merit your

24   Honor's attention.

25        THE COURT:  As long as you are here, you and your

1   remarks have mentioned Mr. Litvak has been fully compliant.

2   Is he employed?

3            MR. SMITH:  Mr. Litvak has taken steps to start a

4   business and that's been in the works since sometime over the

5   summer.

6            THE COURT:  What's the nature of the business and

7   what are the steps?

8            MR. SMITH:  Mr. Litvak, as I understand it, has

9   undertaken to become a ticket broker where, you know, tickets

10  for sporting events and the entertainment are bought, then

11  resold to clients who need tickets for various events so it's

12  been slow steps.  But that's the nature of the business that

13  Mr. Litvak has embarked upon.

14           The family is also in the process of preparing to

15  move to Florida which I understand that move will take place

16  in June of this year and, you know, whatever career Mr.

17  Litvak would embark on, that would take place in Florida.

18           This is all against the background of the appeal

19  pending and the uncertainty with which Mr. Litvak approaches

20  the issue of whether or not he's going to remain at liberty

21  after the appeal is decided.

22           THE COURT:  He's succeeded in doing that for quite a

23  long time.  It is a standard condition of supervised release

24  that a person is working.

25           MR. SMITH:  He's not on supervised release.

1    MS. OWENS: It is a special condition.

2    THE COURT:  I don't think I've never not had it as a

3    condition.

4    MS. OWENS: I think that's correct.  May I approach,

5    your Honor?

6    THE COURT:  Yes.

7    (Discussion Off the Record.)

8    THE COURT:  The probation officer has just received

9    something from New York indicating that he demonstrated

10   payment for his self-employed contractor efforts through some

11   ticket type of thing.  He hasn't provided one -- he provided

12   one in the middle of December.  They are awaiting one in

13   January they haven't received.  How many hours a week or --

14   how many hours a week does he put to this activity?

15   MR. SMITH:  I also would note your Honor mentioned a

16   two year time frame which he was not employed.  I think your

17   Honor had previously modified the conditions of release so he

18   did not have to seek employment pretrial.  It was reinstated

19   after.

20   THE COURT:  I didn't say he hadn't been employed for

21   two years.  I said he's been on release for two years.

22   MR. SMITH:  The mandate to get a job that was added

23   after the trial.

24   THE COURT: Correct.

25   MR. SMITH:  Five to six hours a day, your Honor.

1          THE COURT:  All right.  Attorney Francis, do you

2    want to respond about the fact that I don't have -- what is

3    it called?  A motion from the government for this violation.

4          MR. FRANCIS:  Sure, your Honor.  So 3148 applies to

5    violations of 3142.

6          THE COURT:  Where do I look for 3143 violations?

7          MR. FRANCIS:  As I said, I'm not aware of there

8    being a statute.  Let's assume it is then mandatory.  The

9    provisions are mandatory.

10          THE COURT:  The provisions are mandatory for this

11   situation.

12          MR. FRANCIS:  Your Honor had to follow this process.

13   3148(b) says the attorney for the government may initiate

14   proceedings for revocation by filing a motion.  Doesn't say

15   we have to.

16          THE COURT:  In which case, I could leave the bench

17   and that will be the end of it.  May means that you could

18   take action.  There could be a violation and you wouldn't

19   have to act if you don't choose to, just like you don't

20   prosecute when you don't choose to.  I think that's how I

21   read the may.  You may initiate a proceeding if you choose to

22   initiate a proceeding but otherwise there's no proceeding.

23          MR. FRANCIS:  Right. The government did not initiate

24   the proceeding.  The court did through contact.  We gave --

25          THE COURT:  Obviously the Court has erred.  Thank

1    you very much for helping me do everything correctly.

2           MR. FRANCIS:  I don't think your Honor has erred.

3           THE COURT:  I'm reading 3148.  You tell me what I

4    did correctly.

5           MR. FRANCIS:  I think your Honor scheduled a hearing

6    and we're here on your Honor's as it were motion to say --

7           THE COURT:  You read the two sentences as

8    independent?  The first sentence doesn't have to happen for

9    the second sentence to happen?

10          MR. FRANCIS:  For your Honor to issue a warrant?  If

11   your Honor had issued a warrant sua sponte, I think that

12   would be problematic.  Your Honor didn't do that.  Your Honor

13   scheduled a hearing.  I think that takes the place and the

14   petition probation filed effectively takes the place of a

15   motion the government files. There's no lack of notice to the

16   defendant here.

17          THE COURT:  There is in the sense that I didn't know

18   until I asked you and you articulated what was the condition

19   that's claimed to be violated.  It took you two answers to

20   tell me what those were.  I don't think that's in the written

21   notice.  I think a person has a right to have something in

22   writing ahead of time as to what they are being charged with,

23   so I don't think the petition satisfies that.

24          MR. FRANCIS:  In that case, I suppose we could --

25   your Honor could recess and we could file something and come

1   back and do it again.

2          Mr. Smith and I have discussed the situation.  He

3   knew the conditions that the government felt had been

4   violated and your Honor, I have been involved in other

5   situations where the government gives information to the

6   probation office, then the probation officer provides it to

7   the Court.  Then the Court schedules its own hearing.  I

8   never on my own filed a motion.

9          THE COURT:  I have never seen one either.  It seems

10  to say such a thing exists.

11         MR. FRANCIS:  I would suggest in this situation

12  there's not been a technical procedural violation of 3148.

13  If I can move on to some of the things Mr. Smith said.

14         THE COURT:  Sure.

15         MR. FRANCIS:  So the timeline he lays out is I think

16  a red herring because I cannot conceive of a situation where

17  Mr. Litvak could expect the Court of Appeals to decide his

18  appeal within 120 days of December 18, 2014.  So I don't

19  think this placeholder, as he put it, was ever meant to be a

20  placeholder.

21         In fact, his attorney on December 19 is quoted in

22  Law360 saying he's going to file a complaint within a month.

23  I'm not sure that information being provided to your Honor is

24  accurate.  In fact, it seems like it is not.

25         It is a minor point, but Mr. Smith said the

1     government heard about this from AllianceBernstein.  We heard

2     it because we read about it in Law360.  Law360 immediately

3     published an article on December 18 that said Mr. Litvak

4     files lawsuit against prime witness against him or something

5     along those lines.

6          The next day this additional article comes out in

7     Law360 with ad hominem attacks by Mr. Litvak's lawyer against

8     Michael Canter.

9          I notice Mr. Smith didn't mention this article and

10    the things that Mr. Litvak's attorney had to say about

11    Mr. Canter in it.

12         Apparently based on what Mr. Smith said, the

13    timeline he presented to you, Mr. Litvak thought about this

14    for over a month about filing this lawsuit, and he had the

15    benefit of discussing it with multiple counsel, not only his

16    civil counsel but also his criminal counsel.  That is

17    shocking and deeply disturbing to me that when Mr. Litvak

18    thinks he's going to bump into someone he might know I think

19    it was at a wedding, he comes to your Honor to get

20    permission, but no one thought to approach your Honor and say

21    I'm on bail pending appeal and I want to make sure I don't

22    get into trouble here.  I think that's incredibly imprudent.

23    Also it shows the mindset here.  This wasn't a drunken phone

24    call.  This wasn't a spur of the moment thing.  This was a

25    deliberate act.

1        Finally, everything Mr. Smith had to say made it

2   seem as if the criminality of Mr. Litvak's conduct is somehow

3   up in the air.  Mr. Litvak wasn't charged when he filed this

4   lawsuit.  He was a convicted felon.  He's a convicted felon

5   today.  He is under appeal.  He has appeal rights and he's

6   exercising them.  Nothing about this situation means that Mr.

7   Litvak wasn't convicted of 15 felony counts.  He can pretend

8   somehow the legality of that is a question to be decided.

9   The Appellate Court will decide issues presented to it, but

10  the facts remain on the day he filed this lawsuit and on the

11  next day when his lawyer made comments about the lead witness

12  against him, he was a convicted felon, and I don't think we

13  can ignore that just because we're sort of in this pretrial

14  release condition or supervised release condition.  He's on

15  bail pending appeal.  He's convicted.  This is not a

16  situation where reasonable minds can disagree.  Your Honor

17  issued an order.  The Court issued an order saying don't do

18  these things.  The government raised it because we thought he

19  had done the things your Honor said not to do.

20        THE COURT:  The Court of Appeals has said he raised

21  substantial questions of law and fact that are likely to

22  result in a reversal.

23        MR. FRANCIS:  Right.  That's why he's on bail.  They

24  didn't say his convictions were wrong.  Of course, the

25  government is confident that the Court of Appeals will affirm

1    your Honor's judgment.

2          Leaving that aside --

3          THE COURT:  The only reason I didn't leave it aside

4    to begin with is your pounding of the drum that he's a

5    convicted felon which, of course, is a correct statement.

6          MR. FRANCIS:  Listen, I understand Mr. Litvak

7    probably feels very strongly about his arguments on appeal.

8    That's good.  He should make those arguments as serious as he

9    wants.  It doesn't change the fact, your Honor, bail

10   conditions apply.  He doesn't get to ignore them just because

11   he filed an appeal.

12         THE COURT:  What about his argument that this isn't

13   a violation of the law which is the first grounds for your

14   arguing there's been a violation of his release conditions

15   because he didn't do it with an intent to retaliate.  This

16   relates to the conduct unrelated to his being a witness.  It

17   relates to conduct that occurred before anyone knew "he"

18   being Canter would be a witness that relates to the bad acts

19   that Mr. Litvak views of Mr. Canter and AllianceBernstein in

20   trying to trash Mr. Litvak at his job at Jefferies.

21         MR. FRANCIS:  I heard Mr. Smith make that argument.

22   That's all argument about why filing a summons and notice

23   isn't a violation of the law.  It doesn't show his intent.

24   But what Mr. Smith is ignoring the stuff over here about how

25   his lawyer gets in touch with Law360, Law360 gets in touch

1    with Mr. Litvak's lawyer and he says things like Michael

2    Canter tortuously interfered with his employment at Jefferies

3    by extorting the firm.  Mr. Canter reported Mr. Litvak

4    because he appeared to be embarrassed he overpaid for certain

5    actions.  Then he went on to ask kind of a rhetorical

6    question how does that benefit you in the least other than

7    your bruised ego when after the fact you found out you could

8    have paid less for something you bought.

9         These are all comments that Mr. Litvak's attorney

10   made that has no purpose to preserve the right to sue at some

11   later date.  It is an attack on a witness.  Is it authorized?

12   I have not heard Mr. Litvak do anything to distance himself

13   from those comments saying they are unauthorized, fire the

14   lawyer or anything like that.

15        A month lawyer Mr. Sack is the one who discontinued

16   the lawsuit so he was still representing Mr. Litvak a month

17   after he made the comment.  There's no justification for

18   that.  That in and of itself even if he hadn't filed a

19   lawsuit just making public comments attacking a witness is

20   potentially a violation of 1513.  It is a very broad statute

21   any act to do anything that harms a witness to punish them

22   for their truthful testimony.

23        As I said, we have not indicted Mr. Litvak.  I don't

24   know what's going on in his head, but there's at least

25   probable cause to find that what he did was a violation.

1          Now, the government doesn't urge you to lock up Mr.

2     Litvak.  It is obviously within your Honor's power, but the

3     government doesn't think we have the option of ignoring some

4     violations of bail conditions and reporting others.  We

5     understood ourselves to have the duty to report this to

6     probation and the court.  We didn't think we had any

7     optionality.

8          THE COURT:  What do you want me to do now that you

9     reported it?

10         MR. FRANCIS: The government is willing to defer to

11    your Honor, but at the very least we need clarity in the

12    conditions of release so that Mr. Litvak no longer operates

13    under the illusion that what he did was okay.  Given where we

14    are --

15         THE COURT:  That may be difficult.

16         MR. FRANCIS:  Well, given Mr. Litvak's conduct, I

17    think that's probably right.  Your Honor asked me at

18    sentencing whether I thought Mr. Litvak was ever going to

19    re-offend.  We talked around it a little bit.  You got me to

20    agree with you that I found it incredibly unlikely.  Had you

21    asked the question differently do I think Mr. Litvak is a

22    risk to violate the bail conditions, I would have answered

23    the same way.  As your Honor said when you came out today you

24    never thought you would be here on this and hearing

25    Mr. Smith, and having talked to Mr. Smith off the record, I

1   don't think Mr. Litvak gets it.  I don't think he's getting

2   counsel that enables him to understand that your Honor's bail

3   conditions aren't optional.  They are mandatory and if you

4   like to change them, there's a method to do that.  He can

5   approach your Honor and make his own motion.  We'll respond.

6   But if he said is it okay for me to file a retaliatory

7   lawsuit against the lead victim against me, I think

8   AllianceBernstein would have had something to say to us, and

9   we would have said something to your Honor.

10  AllianceBernstein didn't get that.  Instead they had to

11  suffer a month of this being in the media where people are

12  talking about how Litvak sued Canter.  Mr. Canter said it

13  affected his business.  It hurt him.  It is personally also a

14  problem for him.  He's very worried.  He raised with us the

15  possibility with us what happens if the Second Circuit does

16  order a re-trial and I'm a witness, what happens then.  Mr.

17  Litvak doesn't get to create his own bias in the witnesses

18  against him.  They are going to want to cross-examine Mr.

19  Canter for re-trial don't you hate Mr. Litvak because he sued

20  you once.

21          In any event, the government shouldn't have to deal

22  with the situation where we subpoena Mr. Canter and he says

23  you know what, I'm not going to be a great witness for you

24  because I know what happens or anyone in the industry I know

25  what happens when I say bad things about Mr. Litvak on the

1    witness stand.  That's why we're worried.  That's why we

2    report it.

3         As to what to do, much like the sentencing, we can

4    take a position but ultimately your Honor has to be the one

5    to make the call on it.

6         The last thing we want to do is create the

7    impression in your Honor's mind or Mr. Litvak's mind that

8    we're out to get him.  I would much prefer the situation

9    never arisen.  We're not pursuing Mr. Litvak.  What we're

10   doing, what we're trying to do is satisfying our duty to the

11   court and to the victims and witnesses in the case.

12        THE COURT:  Attorney Smith, I would like to go back

13   to something we recently touched on and that is what, if any,

14   role you had in connection with the decision to file this

15   lawsuit and to talk to the press about it.

16        MR. SMITH:  I had no role with respect to any

17   discussion with the press.  I did not have a role in deciding

18   whether or not to file the lawsuit.  I was advised that Mr.

19   Litvak was going to file the lawsuit, and I had an

20   understanding of the facts that would support the lawsuit.  I

21   suppose I agreed there was a good faith basis for the

22   lawsuit.  Did not give any advice on that.

23        THE COURT:  You didn't think he had to be concerned

24   about the condition that he have no contact direct or

25   indirect with witnesses?

1          MR. SMITH:  Did not cross my mind because now having

2     gone back and read the condition, it is through counsel and

3     the entire lawsuit would have been prosecuted through

4     counsel.

5          THE COURT:  That's not the way it is worded.

6          MR. SMITH:  It is directly or indirectly.  Contact

7     through counsel are permitted under that condition of the

8     release order so the lawsuit would have been prosecuted

9     through counsel.  I didn't see this as a contact by Mr.

10    Litvak with any witness.

11         THE COURT:  Which counsel do you think it means in

12    that condition?

13         MR. SMITH:  I suppose it can be mean to read to be

14    criminal counsel.

15         THE COURT:  No, no.  I meant to serve this

16    complaint, Mr. Litvak through his lawyer, then through some

17    sort of service.  I don't know what they do in New York.

18    Someone who serves papers would have had to have contact with

19    Mr. Canter directly to serve the papers.

20         MR. SMITH:  I suppose that's right.

21         THE COURT:  I don't know who counsel you think the

22    condition as I heard it is -- you are saying that as long as

23    Mr. Litvak's lawyer is the one who approaches the witness,

24    that that's not in violation?

25         MR. SMITH:  Well --

1          THE COURT:  How do --

2          MR. SMITH:  We were permitted under the order to

3     have contact with any witness, lawyers.  Mr. Litvak was

4     permitted to be part of those conversations under the order.

5     So, for example, leading up to trial, if we deemed it

6     advisable to have Mr. Litvak on the phone with us to talk to

7     a prospective witness, we did.  We expressly asked for that

8     release and got it.

9          THE COURT:  You didn't see at all this as someone

10    could see this as retaliation for having been part of the

11    litigation?

12         MR. SMITH:  I didn't, your Honor.  Maybe a little

13    bit more background.

14         THE COURT:  I would like to ask about the comments

15    in the newspaper because those sound a little closer to the

16    criminal case.

17         MR. SMITH:  Listening to as Mr. Francis described

18    them, they seem to all relate back to the issues that arose

19    between Mr. Litvak and AllianceBernstein and all relate to

20    the circumstances of the forced termination.  And just in

21    terms so -- I did not -- if you are asking did I have

22    anything to do with the press the answer is no. As I read

23    those comments, they could all be understood and should be

24    understood in the context of the tortious interference

25    comments about the conduct of AllianceBernstein and Michael

1    Canter that led to Mr. Litvak's wrongful termination under

2    the theory of the lawsuit.

3         THE COURT:  You represented to me that in New York,

4    it is 120 days this has to be served, and that it was done as

5    a placeholder pending the appellate review.  Mr. Sack or

6    Ms. Sack, Attorney Sack, is reported to have said he expected

7    to file the formal complaint against the defendants within

8    the next month.  That's what he said in the newspaper.  I

9    can't imagine if it were 120 months that the circuit is going

10   to have a decision by then.  Do you have a date for argument?

11        MR. SMITH:  No, we don't.

12        THE COURT:  I wouldn't think 120 you could ever get

13   there before you heard from the circuit.  You wouldn't hear

14   from the circuit until after the 120.

15        MR. SMITH:  The timeline works 120 days to file the

16   summons with the notice.  Then you have up to a year to file

17   a complaint.  That's the timeline.

18        THE COURT:  I have to agree actually on this with

19   Attorney Francis.  This doesn't have the smell of just filled

20   out the papers like in Connecticut what you can do is in a

21   state action.  If this were in Connecticut and I were the

22   lawyer for Mr. Litvak, as long as I get the paper in the

23   hand, I can pick a long return date.  As long as they are in

24   the hands of the sheriff, and I say don't do anything.  I can

25   keep things quiet.  It doesn't look like that's the intention

1    of Mr. Litvak, at least not his lawyer that he engaged for

2    this.

3         MR. SMITH:  The intention was to reserve the

4    right.

5         THE COURT:  So why is Mr. Sack out there saying all

6    these things about his appeal and about Mr. Canter and about

7    AllianceBernstein?

8         MR. SMITH:  I think Mr. Sack's comments were

9    potentially somewhat exuberant but the idea would be there

10   was a legal right here --

11        THE COURT:  I don't disagree that may have been your

12   view but it isn't reflected in Mr. Sack's behavior.  His

13   behavior reflects somebody that's going to the mat

14   tomorrow.

15        MR. SMITH:  Mr. Sack was employment counsel.

16        THE COURT:  He's Mr. Litvak's lawyer.  He's his

17   agent.

18        MR. SMITH:  He was counsel at the FINRA arbitration

19   against Jefferies where the general counsel of Jefferies,

20   Michael Sharp, admitted in the arbitration that

21   AllianceBernstein demanded that Mr. Litvak be fired as a

22   condition of doing business with him again.  So it turns back

23   to is there a factual basis for this lawsuit.  Think about it

24   this way, your Honor, if Mr. Litvak had sued

25   AllianceBernstein and Michael Canter on December 22 of 2011

1    to vindicate this claim, the lawsuit would have proceeded,

2    then the criminal case would have arisen on a separate track.

3    I don't think anybody would have said that Mr. Litvak

4    couldn't have acted to vindicate his claim because there was

5    something that's going to take place in the future vis-a-vis

6    potential witnesses in a criminal case.

7            My point here if he has a valid claim, the fact that

8    the criminal case then arises --

9            THE COURT:  The problem for you is the criminal

10   statute.  Yes, he could have done that but that isn't what

11   happened.  Yes, he could have maybe done a placeholder, put

12   it in the hands of the sheriff and tell him don't serve it

13   and keep quiet, and they would never have known for 120 days

14   but that isn't what he did.

15           MR. SMITH:  I think there's a very interesting due

16   process issue about whether that statute could be applied to

17   these facts.

18           THE COURT:  The circumstance you describe he had

19   sued Canter in December 24, 2011.  He never heard of the U.S.

20   Attorney's Office in Connecticut.  He brought that civil suit

21   and it is pending.  I would be shocked if you were his

22   counsel and at any bail hearing pretrial when the conditions

23   are being set, I know it would have a condition do not have

24   any contact with any witnesses, you didn't raise the issue of

25   well, judge, he has a lawyer and that lawyer is pressing a

1   civil lawsuit against Canter and AllianceBernstein.  But, you

2   know, that won't be a violation, will it, or we'll accept it,

3   right, Judge.

4           MR. SMITH:  I don't think you're equally shocked

5   that I know the facts about as anyone here.  When I

6   understood this lawsuit was going to be filed, I didn't speak

7   up and say we have to go get the Court's permission.  This

8   could potentially be construed as a violation of the

9   condition of release.  Your Honor, I just didn't.

10          THE COURT:  That makes me nervous.

11          MR. SMITH:  I will take the blame for that.

12          THE COURT:  That makes me nervous.  What's next

13  week?

14          MR. SMITH:  I think you have to think about it in

15  terms of good faith in which this was filed.  At sentencing

16  you looked at me after an hour or more of argument, sitting

17  here today, Attorney Smith, your client doesn't think he did

18  anything wrong, does he, and I answered your Honor no, he

19  doesn't.  Your Honor quite fairly heard my response to that

20  and still fixed a very fair sentence knowing that Mr. Litvak

21  thought that way.  That's thinking that's continued so with a

22  mindset that he doesn't think he did anything wrong and a

23  belief there was a legal wrong worked against him and that's

24  potentially valuable and the ability to work in the industry

25  is ruined either way whether the appeal is successful or not.

1    The desire was to preserve and potentially prosecute the

2    claim.  That's the background for the nonretaliatory purpose

3    but if the issue is we should have come before your Honor and

4    ask, if we should do this, I will shoulder that.

5            THE COURT:  Next week when he picks up the phone and

6    calls another witness are you going to shoulder that one,

7    too?

8            MR. SMITH:  He never picked up a phone and called a

9    witness.

10           THE COURT:  I've sat through too many violation

11   hearings to be to tell you that I can possibly imagine all

12   the permeations on which people can violate the conditions

13   which seem so simple on paper.

14           MR. SMITH:  We have a track record of compliance, a

15   good track record.  This is the only issue that's ever been

16   brought up to court your Honor with some suggestion of a

17   violation.  We don't think there's a meritorious application

18   here.  There's not a chance, your Honor, that Mr. Litvak will

19   not be compliant going forward.

20           The lawsuit was withdrawn because there's a feeling

21   on the government's side that this was a problem.  We don't

22   want to argue about it.  The lawsuit has been abandoned.  We

23   think now giving up a potentially valuable claim.  That's

24   where it ought to rest.

25           THE COURT:  What does Mr. Canter do about what I'm

```
 1    sure he thinks the harm that's been done to him?  Won't get

 2    vindicated in your lawsuit because you dropped that.

 3            MR. SMITH:  Your Honor, I wouldn't think that a bail

 4    violation proceeding is a forum to vindicate Mr. Canter's

 5    interest.  The claim is publicly filed.  The claim has been

 6    withdrawn.  The public relations issue is out there.  I don't

 7    think that's a factor that your Honor should place much

 8    weight on.

 9            THE COURT:  Did the lawyer, who filed the suit,

10    consult with you at all about whether he was going to speak

11    to the press or not?

12            MR. SMITH:  He did not.

13            THE COURT:  Anyone in your office speak to him?

14            MR. SMITH:  No, your Honor.

15            THE COURT:  Mr. Litvak, do you have any thoughts

16    about suing anybody else?

17            THE DEFENDANT:  No, your Honor.

18            THE COURT:  Do you have any thoughts about having

19    any contact directly or indirectly with anybody that's

20    involved in this litigation, this criminal proceeding and the

21    appeal?

22            THE DEFENDANT:  No, your Honor.

23            THE COURT:  Do you understand now that it was in

24    violation of my conditions?  One, it could be a criminal

25    crime, a federal crime, excuse me, I misspoke.
```

1          THE DEFENDANT:  I understand what the issue is, your

2     Honor.

3          THE COURT:  And the issue is that someone thought

4     you did it in retaliation suing Mr. Canter and

5     AllianceBernstein that that could be a crime, would you

6     agree?  Is that's the issue?

7          THE DEFENDANT:  Yes, your Honor.

8          THE COURT:  I don't think I will take any action in

9     light of the petition that was brought to my attention by the

10     probation office.  I am going to direct Mr. Litvak, and his

11     attorney can accompany him, to proceed to the probation

12     office with our probation officer here in Connecticut where

13     they are going to go over the conditions of supervised

14     release one by one and if Mr. Litvak has any question about

15     any of those conditions, you will ask Probation Officer Owens

16     those.  If you don't ask her and I ever see you again other

17     than after an appeal, but I see you in violation of release

18     conditions, I'm not going to listen to your lawyer tell me

19     how even he couldn't have imagined that that would be a

20     violation. Do you understand that?

21          THE DEFENDANT:  I do, your Honor.

22          THE COURT:  I also would advise you to provide your

23     income statements to the New York Probation Office who has

24     been kind enough to supervise you for us.  If you fail to do

25     that, then I will impose a 30-hour a week community service

1   condition upon you.  I will have to conclude that you are not

2   employed if you are not showing pay stubs.  Is that clear?

3          THE DEFENDANT:  Yes, your Honor.

4          MR. FRANCIS:  Your Honor, may I suggest that

5   condition 7g be amended to given this condition no contact

6   except in the presence of counsel.  That was done at the

7   defendant's request by Magistrate Judge Fitzsimmons I

8   believe.  This was a long time ago now.  Because they were

9   concerned about pretrial preparation.  So given where we are,

10   if it does come back for a retrial, it would be easy for them

11   to modify the condition.  I would suggest that your Honor

12   order that condition modified to just no contact with persons

13   or entities on the list provided by the U.S. Attorney's

14   Office.

15          THE COURT:  That's direct or indirectly.

16          MR. FRANCIS:  Right.  The condition would be avoid

17   all contact directly or indirectly with any person who is or

18   may be a victim or witness in the prosecution including what

19   was added person/entity on list provided by the U.S.

20   Attorney.  They have that list.  If they want to modify that

21   list, we're open to doing it.  If he's looking for employment

22   or something like that that he needs to be in contact but

23   that it removes any possibility in the future.  The way it

24   reads now as long as he has a lawyer on the phone, he can

25   call someone up and say mean things to them.  Under his

1    argument as long as he doesn't in his mind have an intent to

2    be retaliating that wouldn't be a violation of the

3    condition.

4         MR. SMITH:  The original list was a very, very long

5    list of various financial services firms that many turned out

6    to be irrelevant.  If we limit it to the individuals who were

7    on any of the government's witness list that were filed with

8    the court, I think that would be an appropriate amendment.

9         MR. FRANCIS:  Given what I heard from Mr. Smith,

10   he's not looking for employment in this industry so what

11   reason would he have to be in touch with these people. He

12   said he's not thinking about contacting them so he's not

13   going to change his behavior.  It is preventing him from

14   doing something he isn't allowed to do.

15        MR. SMITH:  The practical issue there's a long list

16   of individuals who are Mr. Litvak's friends and

17   acquaintances.  Nothing to do with the facts of this case,

18   never going to be witnesses in this case, because they were

19   once upon a time employed at one of the entities on the list,

20   Mr. Litvak has been cut off from them.

21        THE COURT:  I think if he wants to be in touch with

22   Joey Jones who is on the list who didn't come to trial,

23   wasn't a witness, didn't up being central, then he can speak

24   to the probation officer.  The officer will let the U.S.

25   Attorney in case it is somebody they know that would be a

1    problem.  If it is not a problem, then we'll take it off the

2    list.  I'm not going to sit here and negotiate a list of

3    people.  For example, if Mr. Litvak needs to get a

4    recommendation from somebody that he worked with that might

5    be at a company that's on the list, obviously he should speak

6    to his probation officer.  Assume the officer would be in

7    touch with us or the U.S. Attorney, make sure that person

8    wasn't a problem for him to be in touch with.  Maybe Nicole

9    you can send an email to the officer just to say that this

10   issue got raised.  We're not adverse to allowing him to

11   contact certain noninvolved in the trial people but that we

12   would like to know before he says yes, that we have got to

13   clear it with you and with the U.S. Attorney office make sure

14   it is not someone like Mr. Canter or not even that high up,

15   that visible in this case but still involved very much in the

16   case opposed to a very broad list of industry people that

17   ended up not having anything to do with the case but might be

18   helpful to Mr. Litvak.  I don't want to harm him in that way

19   but on the other hand, I'm not going to go through the list

20   right now.  Anything, Nicole?

21           THE PROBATION OFFICER:  No, your Honor.

22           THE COURT:  You would suggest.  The other thing you

23   should tell the officer in New York if the proof of

24   employment doesn't come through, then I will want to impose a

25   condition of community service if not employed so I will have

1    to get paper on that.  If there's option, we'll have a

2    hearing. If there isn't, I'll modify it.

3            THE PROBATION OFFICER:  I want to clear are you

4    amending The No Contact condition?

5            THE COURT:  Yes.

6            THE PROBATION OFFICER:  Would you like probation to

7    submit something in writing?

8            THE COURT:  Sure.

9            THE PROBATION OFFICER:  Can you let me know exactly

10   how you like that worded?

11           THE COURT:  I don't have it in front of me.

12   Attorney Francis read it and sounded all right to me.

13           MR. FRANCIS:  I can hand that up.

14           THE COURT:  I think the problem it is written that

15   way I think the magistrate is trying to accommodate defense

16   counsel preparation of trial, interviewing witnesses.  The

17   condition G in print avoid all contact direct or indirect

18   with any person who is or may be a victim or witness in the

19   investigation or prosecution including persons/entities on

20   list supplied by U.S. Attorney.  It now reads except for the

21   presence of counsel and I will strike those word except for

22   the presence of counsel.

23           Is there an objection to that modification?

24   Obviously Attorney Smith if the case comes back, you should

25   immediately apply to have that altered again in preparation

1    for trial.  At this point you are not doing any investigative

2    work in connection with the appeal.  You are on the record,

3    right?

4              MR. SMITH:  No.

5              THE COURT:  Anything further?

6              MR. FRANCIS:  No.

7              THE COURT:  Thank you very much.  We'll stand in

8    recess.

9              (Whereupon, the above hearing adjourned 12:10 p.m.)

10

11

12   COURT REPORTER'S TRANSCRIPT CERTIFICATE

13   I hereby certify that the within and foregoing is a true and

14   correct transcript taken from the proceedings in the

15   above-entitled matter.

16

17   /s/  Terri Fidanza

18   Terri Fidanza, RPR

19   Official Court Reporter

20

21

22

23

24

25