IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | MARCH 11, 2016 |
| Defendant. | |
| _____/ | |

**DEFENDANT JESSE LITVAK'S MOTION FOR EARLY RETURN OF SUBPOENAS
*DUCES TECUM* TO COUNTERPARTIES UNDER RULE 17(C)(1)**

Pursuant to Federal Rule of Criminal Procedure 17(c)(1), Defendant Jesse C. Litvak, by and through undersigned counsel, moves for an order allowing service of the attached subpoenas *duces tecum* to various alleged counterparties in this matter, specifically:

Angelo, Gordon & Co.

AllianceBernstein

Invesco Ltd.

Magnetar Capital, LLC

MFA Financial, Inc.

Monarch Alternative Capital LP

QVT Financial, LP

Soros Fund Management LLC

Wellington Management Company, LLP

York Capital Management

*See* Exs. 1-10 (proposed subpoenas).  Mr. Litvak requests leave to serve subpoenas returnable on April 18, 2016.  This Motion is based on the associated Memorandum of Law in Support.

Dated:  March 11, 2016

          Respectfully Submitted,
          **THE DEFENDANT,**
          **JESSE C. LITVAK**

By:   /s/ Michael G. Chase
     Ross H. Garber (ct17689)
     Michael G. Chase (ct28935)
     SHIPMAN & GOODWIN LLP
     1 Constitution Plaza
     Hartford, Connecticut 06103
     Tel:  (860) 251-5000
     Fax:  (860) 251-5099
     rgarber@goodwin.com
     mchase@goodwin.com

     Dane H. Butswinkas (*pro hac vice*)
     Adam D. Harber (*pro hac vice*)
     C.J. Mahoney (*pro hac vice*)
     Williams & Connolly LLP
     725 Twelfth Street, N.W.,
     Washington, D.C.
     Tel: (202) 434-5000
     Fax: (202) 434-5029
     dbutswinkas@wc.com
     aharber@wc.com
     cmahoney@wc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              /s/ Michael G. Chase
                                              Michael G. Chase