IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | MARCH 23, 2016 |
| Defendant. | |

_____/

**DEFENDANT JESSE LITVAK'S UNOPPOSED MOTION FOR RETURN OF FUNDS PAID TO THE CLERK'S OFFICE IN CONNECTION WITH PRIOR VERDICT**

Defendant Jesse Litvak, through undersigned counsel, respectfully moves the Court to order the return of all monies paid to the Clerk's office by Mr. Litvak in connection with the verdict in this case, which has been vacated by the United States Court of Appeals for the Second Circuit. *United States v. Litvak*, 808 F.3d 160 (2d Cir. 2015). In light of the Second Circuit's decision, Mr. Litvak asks that any monies paid to the Clerk's office in connection with the verdict be returned. These monies total $1,753,000.00, and consist of a $1,750,000.00 fine (Dkt. No. 275), and two special assessments of $1,500. Counsel for Mr. Litvak has consulted with counsel for the government, who consents to the requested relief.

Dated: March 23, 2016

                                           Respectfully Submitted,
                                           **THE DEFENDANT,**
                                           **JESSE C. LITVAK**

                     By:   /s/ Michael G. Chase
                           Ross H. Garber (ct17689)
                           Michael G. Chase (ct28935)
                           SHIPMAN & GOODWIN LLP
                           1 Constitution Plaza
                           Hartford, Connecticut 06103

Tel:  (860) 251-5000
Fax:  (860) 251-5099
E-mail:    rgarber@goodwin.com
Email:     mchase@goodwin.com

Dane H. Butswinkas (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
C.J. Mahoney (*pro hac vice*)
Williams & Connolly LLP
725 Twelfth Street, N.W.,
Washington, D.C.
Tel: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com
aharber@wc.com
cmahoney@wc.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                              /s/ Michael G. Chase
                                               Michael G. Chase