IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | |
| Defendant. | |

**ORDER FOR RETURN OF FUNDS PAID TO THE CLERK'S OFFICE IN CONNECTION WITH PRIOR VERDICT**

Upon consideration of Defendant Jesse Litvak's Unopposed Motion for Return of Funds Paid to the Clerk's Office in Connection with Prior Verdict, IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. The Clerk's office is hereby ordered to return all monies paid by Mr. Litvak in connection with the verdict in this case, specifically the $1.75 million fine (Dkt. No. 275) and two special assessments of $1,500 paid by Mr. Litvak. Mr. Litvak resides at ███████████████████████████. Mr. Litvak's taxpayer identification number is ███████.

Dated: 3/24/16

/S/Janet C. Hall

Judge, United States District Court
District of Connecticut