IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | APRIL 5, 2016 |
| Defendant. | |

_____/

**DEFENDANT JESSE LITVAK'S**
**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Defendant Jesse Litvak, through undersigned counsel, respectfully moves the Court for permission to travel to Washington, D.C. on April 12, 2016, with a return date of April 13, 2016. Counsel for Mr. Litvak has consulted with pretrial services and the government, all of whom indicate that they do not oppose. The following good cause exists for the granting of this motion:

1. Mr. Litvak is presently on pretrial supervision. His travel is limited by the conditions of his bond and pretrial supervision.

2. Mr. Litvak seeks permission to travel from Fort Lauderdale, Florida to Washington, D.C. from April 12 to April 13, 2016 for meetings with counsel in this matter. Mr. Litvak will return to his home following his travel.

3. On April 4-5, 2016, counsel for Mr. Litvak corresponded with Mr. Litvak's Pretrial Services Officer in the Southern District of Florida, Officer Kenneth Goldberg. Mr. Goldberg advised that he has no objection to the trip.

4. On April 4, 2016, counsel for Mr. Litvak spoke with Jonathan Francis, Assistant United States Attorney for the District of Connecticut, who stated that the United States does not oppose the relief requested herein.

WHEREFORE, Mr. Litvak respectfully requests an Order permitting him to travel to Washington, D.C. on the above-referenced dates.

Dated: April 5, 2016

        Respectfully Submitted,
        **THE DEFENDANT,**
        **JESSE C. LITVAK**

By:   /s/ Michael G. Chase
     Ross H. Garber (ct17689)
     Michael G. Chase (ct28935)
     SHIPMAN & GOODWIN LLP
     1 Constitution Plaza
     Hartford, Connecticut 06103
     Tel:  (860) 251-5000
     Fax:  (860) 251-5099
     E-mail:   rgarber@goodwin.com
     Email:    mchase@goodwin.com

     Dane H. Butswinkas (phv07986)
     Adam D. Harber (phv07988)
     C.J. Mahoney (phv08039)
     Katherine A. Trefz (phv08040)
     Williams & Connolly LLP
     725 Twelfth Street, N.W.,
     Washington, D.C.
     Tel: (202) 434-5000
     Fax: (202) 434-5029
     dbutswinkas@wc.com
     aharber@wc.com
     cmahoney@wc.com
     ktrefz@wc.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          /s/ Michael G. Chase
                                          Michael G. Chase