UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:13CR19 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | April 12, 2016 |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 16(d), Fed. R. Crim. P., the parties respectfully request that the Court enter the attached Protective Order. Rule 16(d) of the Federal Rules of Criminal Procedure provides that "[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." This Protective Order is necessary to protect the confidentiality of the documents (and the information contained therein) and has been stipulated and agreed to by the parties.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

*[signature]*

HEATHER L. CHERRY
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEYS
FEDERAL BAR NO. phv07037

U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3719
heather.cherry@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 12, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.


              __/s/_____
              HEATHER CHERRY
              ASSISTANT UNITED STATES ATTORNEY