UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:13CR19(JCH) |
| | : | |
| v. | : | |
| | : | |
| JESSE C. LITVAK | : | April 12, 2016 |

## **PROTECTIVE ORDER**

The parties having agreed to the following terms of confidentiality, and the Court having found that good cause exists for issuance of an appropriately tailored protective order, it is therefore ordered that:

1.      All documents (and the information contained therein) disclosed by the Government in discovery and otherwise after date of this Order onward, including documents disclosed pursuant to 18 U.S.C. § 3500; Federal Rule of Criminal Procedure 16(a); *Brady v. Maryland*; and/or *United States v. Giglio*, ("Disclosed Documents") may be reviewed by the defendant and Defense Counsel and shall be used by the defendant, Defense Counsel, and Defense Counsel's agents, only for the purposes of the defense of, and the pursuit of any appeals in, this criminal action. The term "Defense Counsel" means the full-time, part-time, and contract employees of the defendant's counsel of record in this case. To the extent that Disclosed Documents are shown or provided to additional persons consistent with the terms set forth below, those additional persons may use the documents only for the purposes of the defense of, and the pursuit of any appeals in, this criminal action.

2.      Disclosed Documents:

   a. shall not be copied or otherwise recorded by the defendant, except as deemed necessary by Defense Counsel for the purpose of preparing and defending the criminal proceedings in this case;

    b. shall not be distributed or disclosed in any form by the defendant or Defense Counsel except as set forth in paragraph 2(c) below;

    c. may be disclosed only by Defense Counsel and only to the following persons (hereinafter "Designated Persons"):

        i. attorney, investigative, secretarial, clerical, paralegal and student personnel employed full-time, part-time, or on a contract basis by Defense Counsel;

        ii. expert witnesses, investigators or advisers retained by the defendant or on his behalf in connection with this action;

        iii. fact witnesses or other third parties interviewed or consulted by Defense Counsel in the course of investigating or defending the case; however, fact witnesses or other third parties interviewed or consulted by Defense Counsel may not retain copies of the Disclosed Documents outside the presence of Defense Counsel; and

        iv. such other persons as hereafter may be authorized by the Court upon motion by the defendant; and shall be returned to the Government following the conclusion of this case together with any and all copies of thereof.

3. Defense Counsel shall provide a copy of this Order to any Designated Person to whom Disclosed Documents are disclosed pursuant to paragraph 2(c). Designated Persons shall be subject to the terms of this order.

4. Should Defense Counsel seek to file Disclosed Documents with the Court at any time, it will do so only (1) under seal or (2) with the express permission of the Government.

5. The provisions of this Order shall be not be construed as preventing the disclosure

- 3 -

of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

6. The terms of this Order shall not apply to documents or information obtained by the defendant from a source other than Disclosed Documents. To the extent that the Government's discovery contains documents that are also publicly available (without fault of the defendant), nothing in this Order shall restrict the use of such publicly available documents.

7. The defendant and Defense Counsel will abide by the restrictions set forth in this Order unless the defendant makes a written request to the Government for an exception and such a request is granted. The Government shall make all reasonable efforts to accommodate such an exception. If such an exception is refused, the defendant may seek relief from the Court.

8. Nothing in this Order shall restrict or limit the Government's use of the Disclosed Documents.

SO STIPULATED AND AGREED

| | |
|---|---|
| DEIRDRE M. DALY<br>UNITED STATES ATTORNEY | COUNSEL FOR JESSE C. LITVAK |
|     */s/ Heather L. Cherry* |     */s/ Adam D. Harber* |
| Jonathan N. Francis<br>Heather L. Cherry<br>Assistant United States Attorneys | Dane H. Butswinkas<br>Adam D. Harber<br>C.J. Mahoney<br>Katherine A. Trefz<br>Masha Hansford<br><br>Ross H. Garber<br>Andrew M. Zeitlin<br>Michael G. Chase |

SO ORDERED

Dated: New Haven, Connecticut
       April ___, 2016

_____
THE HONORABLE JANET C. HALL
UNITED STATES DISTRICT JUDGE