Crim-Mot hrg (Dec-2008)

HONORABLE: Janet C. Hall

DEPUTY CLERK Diahann Lewis          RPTR/ECRO/TAPE Terri Fidanza

TOTAL TIME: 3 hours 25 minutes     USPO_____ INTERPRETER_____

DATE: 6/16/2016     START TIME: 9:30     END TIME: 12:55

LUNCH_RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 3:13cr19 (JCH) _____ Deft #_____

UNITED STATES OF AMERICA

vs

Jesse C. Litvak

Francis/Cherry/Nardini

AUSA

Mahoney/Chase/Commons/Baumgarten

Defendant's Counsel ☐ CJA ☐ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☐......# ___ | Deft_____ Motion_____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐.............. | Brief(s) due _____ Response(s) due _____ | Replies due _____ |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ | ☐ Non-surety ☐ Surety ☐ PR |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐modified | |
| ☐.............. | Defendant REMANDED to custody | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | |
| ☐.............. | _____ hearing continued until _____ at _____ | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | |
| ☐.............. | Motion Hearing continued until _____ at _____ | |
| ☐.............. | SEE PAGE II for additional entries | |

## DOCUMENTS FILED IN OPEN COURT

☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

Motions in Limine #'s 356, 357, 358, 367, 369,  and 372 are taken under advisement.

Motion to Seal #390 is granted.

Motion #359 is terminated as moot; parties shall identify witnesses/exhibits by 12/15

Motion #360 is granted in part/denied in part - it is granted to the extent that importance does not equal materiality as

stated on the record; the issue of materiality as a whole will be taken up later.

Motion #366 - terminated as moot in light of parties' agreement that  reference to dismissed counts is not appropriate

subject to being revisited if circumstances change, as stated on the record.

Motion #371 - terminated as moot in light of parties' agreement as stated on the record, without prejudice to changing

circumstances