Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

District of Connecticut

Caption:

United States of America v.

Jesse C. Litvak

Docket No.: 3:13cr19

Janet C. Hall
(District Court Judge)

Notice is hereby given that Jesse C. Litvak appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on May 2, 2017
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |✓|   Other |___|

Defendant found guilty by plea |___|   trial |✓|   N/A |___|

Offense occurred after November 1, 1987? Yes |✓|   No |___|   N/A |___|

Date of sentence: April 26, 2017   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |___|   N/A |___|

Surrender date set not sooner than September 11, 2017 and not later than September 22, 2017.

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Adam D. Harber |
| Counsel's Address: | Williams & Connolly LLP, 725 12th St. NW |
| | Washington, DC 20005 |
| Counsel's Phone: | 202 434 5820 |
| Assistant U.S. Attorney: | Jonathan N. Francis |
| AUSA's Address: | Connecticut Financial Center, 157 Church Street |
| | New Haven, CT 06510 |
| AUSA's Phone: | 202 821 3811 |

_[signature]_
Signature

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2017, a copy of this memorandum was uploaded to and filed with the CM/ECF System for the United States District Court for the District of Connecticut, which served a courtesy copy on all counsel in the case.



/s/ C.J. Mahoney