AO245b (USDC-CT Rev 9/07)

Page 4

Upon a finding of a violation of supervised release, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment</u>, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)
)_____     _____
Defendant                                    Date

_____     _____
U.S. Probation Officer Designated Witness    Date

CERTIFIED AS A TRUE COPY ON THIS DATE: _____

By: _____
Deputy Clerk

2017 OCT 3 PM 4 00
U.S. DISTRICT COURT
NEW HAVEN, CT.
FILED

**RETURN**

I have executed this judgment as follows:

Defendant delivered on __9-19-17__ to __FPC Pensacola__ a __Pensacola FL__ with a certified copy of this judgment.

Verly P. Venable Acting Warden
~~Brian Taylor~~
Acting ~~United States Marshal~~

By  _____  CSO
    ~~Deputy Marshal~~