**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | March 9, 2018 |

**MOTION FOR C.J. MAHONEY TO WITHDRAW APPEARANCE**

C. J. Mahoney, admitted pro hac vice, respectfully moves to withdraw his appearance as counsel of record for Defendant Jesse C. Litvak.  Mr. Litvak will continue to be represented by other counsel of record from Williams & Connolly, LLP and Shipman & Goodwin LLP.

Respectfully submitted,
**THE DEFENDANT,
JESSE C. LITVAK**

By:   /s/ *C.J. Mahoney* (phv08039)
Dane H. Butswinkas (phv07986)
Adam D. Harber (phv07988)
C.J. Mahoney (phv08039)
Katherine A. Trefz (phv08040)
Williams & Connolly LLP
725 Twelfth Street, N.W.,
Washington, D.C.
Tel: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com
aharber@wc.com
cmahoney@wc.com
ktrefz@wc.com

Ross H. Garber (ct17689)
Michael G. Chase (ct28935)
SHIPMAN & GOODWIN LLP
1 Constitution Plaza
Hartford, Connecticut 06103
Tel:  (860) 251-5000
Fax:  (860) 251-5099
E-mail: rgarber@goodwin.com
Email: mchase@goodwin.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          */s/ Michael G. Chase* (ct28935)
                                          Michael G. Chase