

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT  06103 | New Haven, CT  06510 | Bridgeport, CT  06604 |
| Phone:  860.240.3200 | Phone:  203.773.2140 | Phone:  203.579.5861 |
| Fax:  860.240.3211 | Fax:  203.773.2334 | Fax:  203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

April 20, 2018

**Jonathan N. Francis**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510

Dear Attorney **Jonathan N. Francis**

RE:       Case Name:   USA v. Litvak
          Case Number:  3:13-cr-00019-JCH

As the above matter has concluded in this court, enclosed is/are the following Government's Exhibit(s).

Please acknowledge receipt of the Exhibit(s) on the copy of this letter and return it to the clerk's office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK


By _____/s/_____
   Diahann Lewis
   Deputy Clerk


ACKNOWLEDGMENT: _____        DATE _____