## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CRIMINAL ACTION NO. |
| : | 3:13-CR-19 |
| v. : | |
| : | |
| JESSE C. LITVAK, : | MAY 3, 2018 |
| Defendant. : | |

### ORDER

In light of the Second Circuit's opinion today, ordering the release of the defendant, Jesse C. Litvak, see USA v. Litvak, No. 17-1464, Opinion (Doc. No. 91-1), at 38, and the issuance of the partial Mandate, see USA v. Litvak, No. 17-1464, Order (Doc. No. 98), Mr. Litvak is ordered to be released immediately. The court orders that, upon Mr. Litvak's release, the same conditions of pretrial release imposed on Mr. Litvak prior to his surrender to the Bureau of Prisons are again imposed pending trial.

Mr. Litvak is ordered to report to the US Probation Office within 72 hours of his release.

**SO ORDERED.**

Dated at New Haven, Connecticut this 3rd day of May, 2018.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge