IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:13CR19 (JCH) |
| v. | |
| JESSE C. LITVAK | MAY 7, 2018 |
| Defendant. | |

## MOTION TO SEAL

Pursuant to Federal Rule of Criminal Procedure 49.1 and D. Conn. L. Cr. R. 57(b)4(a), Jesse C. Litvak respectfully files this Motion to Seal the unredacted version of his Proposed Order for Return of Funds Paid to the Clerk's Office in Connection With Prior Verdict. Filing under seal is warranted because the proposed order includes Mr. Litvak's social security number and home address, each of which is subject to redaction under Fed. R. Crim. P. 49.1(a).

Respectfully Submitted,
**THE DEFENDANT,
JESSE C. LITVAK**

By: /s/ Michael G. Chase
Ross H. Garber (ct17689)
Michael G. Chase (ct28935)
SHIPMAN & GOODWIN LLP
1 Constitution Plaza
Hartford, Connecticut 06103
Tel: (860) 251-5000
Fax: (860) 251-5099
E-mail: rgarber@goodwin.com
Email: mchase@goodwin.com

Dane H. Butswinkas (phv07986)
Adam D. Harber (phv07988)
Katherine A. Trefz (phv08040)
Williams & Connolly LLP

725 Twelfth Street, N.W.,
Washington, D.C.
Tel: (202) 434-5000
Fax: (202) 434-5029
dbutswinkas@wc.com
aharber@wc.com
ktrefz@wc.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    /s/ Michael G. Chase
                                                      Michael G. Chase